AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern                                District of   New York

BRIARWOOD INVESTMENTS, INC.,
Individually and On Behalf of All Others
Similarly Situated,

V.

CARE INVESTMENT TRUST INC.,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**07 CIV 8159**

JUDGE STANTON

TO: (Name and address of Defendant)

Care Investment Trust Inc.
c/o CIT Healthcare LLC
505 Fifth Avenue, 6th Floor
New York, NY 10017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                           SEP 1 8 2007

CLERK                                             DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 9-19-07 @ 1:10 pm |
| NAME OF SERVER *(PRINT)* <br> Daniel DiCarlo | TITLE <br> Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where ~~served~~ 11 W. 42nd St., NYNY 10036 12th Fl.
with Nicole Ali - Legal Assistant

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

☐ Returned _____

☐ Other _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-21-07
                 Date                    Signature of Server

LOWER LEVEL
858 MERRICK AVE.
EAST MEADOW, N.Y. 11554

Daniel DiCarlo #826649
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.