UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
BRIARWOOD INVESTMENTS, INC., Individually : 07 CIV 8159 (LLS)
and On Behalf of All Others Similarly Situated, :
:
:
: NOTICE OF
Plaintiff, : APPEARANCE
:
- against - :
:
CARE INVESTMENT TRUST INC., :
:
:
Defendant. :
------------------------------------------------------------------ X

PLEASE TAKE NOTICE that Andrew D. Kaizer, a member of McDermott Will & Emery LLP, hereby appears on behalf of Care Investment Trust Inc., the defendant in the above-captioned action.

Dated: November 13, 2007
New York, New York

                Respectfully submitted,

                *[signature]*
                Andrew D. Kaizer (AK 9230)
                McDERMOTT WILL & EMERY LLP
                340 Madison Avenue
                New York, NY 10173-1922
                (212) 547-5400 (voice)
                (212) 547-5444 (fax)