UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BRIARWOOD INVESTMENTS, INC., Individually
and On Behalf of All Others Similarly
Situated,
        Plaintiff,

              07 CIVIL 8159 (LLS)

  -against-

CARE INVESTMENT TRUST INC.,
        Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:   Andrew D. Kaizer

☒   *Attorney*

  ☒   I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
     2128973

  ☐   I am a Pro Hac Vice attorney

  ☐   I am a Government Agency attorney

☐   *Law Firm/Government Agency Association*

  From: _____

  To: _____

  ☐   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

  ☐   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒   *Address:*   McDermott Will & Emery LLP,
      340 Madison Avenue, New York, NY 10173-1922

☒   *Telephone Number:*   (212) 547-5400

☒   *Fax Number:*   (212) 547-5444

☒   *E-Mail Address:*   akaizer@mwe.com

Dated: 11/15/07        *[signature]*