ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
:
BRIARWOOD INVESTMENTS, INC., Individually : 07 CIV 8159 (LLS)
and On Behalf of All Others Similarly Situated, :
:
: MOTION TO ADMIT
Plaintiff, : COUNSEL PRO HAC
: VICE
- against - :
:
CARE INVESTMENT TRUST INC., :
:
:
Defendant. :
------------------------------------------------------------- X

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, Andrew D. Kaizer, a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Joel G. Chefitz |
| Firm Name: | McDermott Will & Emery LLP |
| Address: | 227 West Monroe Street |
| City/State/Zip: | Chicago, Illinois |
| Phone Number: | (312) 372-2000 |
| Fax Number: | (312) 984-7700 |

and

| | |
|---|---|
| Applicant's Name: | Myriam Pierre Warren (a/k/a Myriam Pierre) |
| Firm Name: | McDermott Will & Emery LLP |
| Address: | 227 West Monroe Street |
| City/State/Zip: | Chicago, Illinois |
| Phone Number: | (312) 372-2000 |
| Fax Number: | (312) 984-7700 |

Joel G. Chefitz and Myriam Pierre Warren are members in good standing of the Bar of the State of Illinois. There are no pending disciplinary proceedings against Joel G. Chefitz or Myriam Pierre Warren in any State or Federal court.

Dated: November 13, 2007
New York, New York

                                  Respectfully submitted,

                                  Andrew D. Kaizer (AK 9730)
                                  McDERMOTT WILL & EMERY LLP
                                  340 Madison Avenue
                                  New York, NY 10173-1922
                                  (212) 547-5400 (voice)
                                  (212) 547-5444 (fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
BRIARWOOD INVESTMENTS, INC., Individually : 07 CIV 8159 (LLS)
and On Behalf of All Others Similarly Situated, :
: 
: AFFIDAVIT OF ANDREW
Plaintiff, : D. KAIZER IN SUPPORT
: OF MOTION TO ADMIT
- against - : COUNSEL *PRO HAC*
: *VICE*
CARE INVESTMENT TRUST INC., :
:
:
Defendant. :
------------------------------------------------------------------ X

State of New York    )
                     )  ss:
County of New York   )

ANDREW D. KAIZER, being duly sworn, hereby deposes and says as follows:

1. I am a member of the law firm of McDermott Will & Emery LLP, counsel for Defendant Care Investment Trust Inc., in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Joel G. Chefitz and Myriam Pierre Warren (a/k/a Myriam Pierre) as counsel *pro hac vice* to represent Defendant in this matter.

2. I am a member in good standing of the Bar of the State of New York, and was admitted to practice law in New York on April 13, 1987. I am also admitted to the Bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Joel G. Chefitz since February 2007

4. Mr. Chefitz is a member of the law firm of McDermott Will & Emery LLP.

5.  I have found Mr. Chefitz to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.  I have known Myriam Pierre Warren since November 2007.

7.  Ms. Warren is a member of the law firm of McDermott Will & Emery LLP.

8.  I have found Ms. Warren to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

9.  Accordingly, I am pleased to move the admissions of Joel G. Chefitz and Myriam Pierre Warren, *pro hac vice*.

10. I respectfully submit a proposed order granting the admission of Joel G. Chefitz and Myriam Pierre Warren, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Joel G. Chefitz and Myriam Pierre Warren, *pro hac vice*, to represent Defendant Care Investment Trust Inc. in the above captioned matter, be granted.

Dated: November 13, 2007
New York, New York

Respectfully submitted,

/s/ Andrew D. Kaizer
Andrew D. Kaizer (AK 2750)
McDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10173-1922
(212) 547-5400 (voice)
(212) 547-5444 (fax)

Sworn to before me this
13th day of November, 2007

_____
Notary Public

MAUREEN K. CORRAO
Notary Public, State of New York
No. 01CO4757410
Qualified in Richmond County
Commission Expires July 12, 2011

- 2 -

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
BRIARWOOD INVESTMENTS, INC., Individually                    :   07 CIV 8159 (LLS)
and On Behalf of All Others Similarly Situated,              :
                                                             :
                                                             :   ORDER FOR
                                                             :   ADMISSION *PRO HAC*
                                                             :   *VICE* ON WRITTEN
                    Plaintiff,                               :   MOTION
                                                             :
              - against -                                    :
                                                             :
CARE INVESTMENT TRUST INC.,                                  :
                                                             :
                                                             :
                    Defendant.                               :
------------------------------------------------------------ X

Upon the motion of Andrew D. Kaizer, attorney for Defendant Care Investment Trust Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

|  |  |
|---|---|
| Applicant's Name: | Joel G. Chefitz |
| Firm Name: | McDermott Will & Emery LLP |
| Address: | 227 West Monroe Street |
| City/State/Zip: | Chicago, Illinois |
| Phone Number: | (312) 372-2000 |
| Fax Number: | (312) 984-7700 |

and

|  |  |
|---|---|
| Applicant's Name: | Myriam Pierre Warren (a/k/a Myriam Pierre) |
| Firm Name: | McDermott Will & Emery LLP |
| Address: | 227 West Monroe Street |
| City/State/Zip: | Chicago, Illinois |
| Phone Number: | (312) 372-2000 |
| Fax Number: | (312) 984-7700 |

- 2 -

are admitted to practice *pro hac vice* as counsel for Defendant Care Investment Trust Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated:
New York, New York

                                                    _____
                                                  Louis L. Stanton, U.S.D.J.

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Joel Gerald Chefitz

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 19, 1976 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Tuesday, November 06, 2007.

*Juleann Hornyak*
Clerk

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Myriam Pierre

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 4, 1999 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Tuesday, November 06, 2007.

*Juleann Hornyak*
Clerk

## **CERTIFICATE OF SERVICE**

Robert Candella, pursuant to 28 USC 1746, hereby declares under penalty of perjury, that on the 13th day of November, 2007, I caused the accompanying Notice of Motion for Admission *pro hac vice* and supporting papers to be served by mail upon counsel for the plaintiff's herein via regular United States First Class Mail.

*/s/ Robert Candella*

Robert Candella