ORIGINAL



**COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**

Mario Alba, Jr.
malba@csgrr.com

MEMORANDUM ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/07

SAN DIEGO • SAN FRANCISCO
NEW YORK • BOCA RATON
WASHINGTON, DC • HOUSTON
LOS ANGELES • PHILADELPHIA

To The Clerk of The Court:
Please docket and place
this document in the public file.

LLS  11/15/07
Louis L. Stanton
U.S.D.J.

November 14, 2007

VIA HAND DELIVERY

Honorable Louis L. Stanton
United States District Court
Southern District of New York
500 Pearl Street, Room 2250
New York, New York 10007

Re: *Briarwood Investments, Inc. vs. Care Investment Trust* 07-cv-08159-LLS

Dear Judge Stanton:

My firm has recently been retained to represent an investor who wishes to make a motion for appointment as lead plaintiff in the above-referenced actions. Pursuant to the Private Securities Litigation Reform Act of 1995, this motion must be made by any class member who wishes to seek appointment as a lead plaintiff, whether or not they have previously filed a complaint in these actions, no later than 60 days following the publication of the first notice that was issued advising investors of the pendency of these actions. 15 U.S.C. §§ 78u-4(a)(3)(A) and (B). This notice was issued on September 18, 2007; accordingly, our client must file its motion no later than Monday, November 19, 2007.

Your Honor's Individual Practices, however, require that "...[a] pre-motion conference with the court is required before making any motion...." Because of the strict deadline imposed by the PSLRA, we respectfully request leave from complying with this practice so that we may file our motion on November 19, 2007.

granted.
Louis L. Stanton
11/15/07

Respectfully submitted,

Mario Alba, Jr.

cc: all counsel by facsimile

58 South Service Road, Suite 200 • Melville, New York 11747 • 631.367.7100 • Fax 631.367.1173 • www.csgrr.com