UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIARWOOD INVESTMENTS, INC., Individually and On Behalf of All Others Similarly Situated, | Civil Action No. 1:07-cv-08159-LLS |
| Plaintiff, | CLASS ACTION |
| vs. | NOTICE OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL |
| CARE INVESTMENT TRUST INC., | |
| Defendant. | |

PLEASE TAKE NOTICE that Institutional Investor Alaska Hotel & Restaurant Employees Pension Trust Fund ("Alaska Hotel & Restaurant Fund") will hereby move this Court, on a date and at such time as may be designated by the Court, for an Order (attached hereto as Exhibit A): (i) appointing Alaska Hotel & Restaurant Fund as Lead Plaintiff; (ii) approving Alaska Hotel & Restaurant Fund's selection of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP to serve as Lead Counsel; and (iii) granting such other and further relief as the Court may deem just and proper. In support of this Motion, Alaska Hotel & Restaurant Fund submits herewith a Memorandum of Law and Declaration of Mario Alba Jr., dated November 19, 2007.

DATED: November 19, 2007              COUGHLIN STOIA GELLER
                                        RUDMAN & ROBBINS LLP


                                              /s/ *Mario Alba Jr.*
                                            MARIO ALBA JR.

                                      SAMUEL H. RUDMAN
                                      DAVID A. ROSENFELD
                                      MARIO ALBA JR.
                                      58 South Service Road, Suite 200
                                      Melville, NY  11747
                                      Telephone:  631/367-7100
                                      631/367-1173 (fax)

                                      [Proposed] Lead Counsel for Plaintiff

I:\Care Investment\LP Motion\LP Motion.doc

**CERTIFICATE OF SERVICE**

I, Mario Alba Jr., hereby certify that on November 19, 2007, I caused a true and correct copy of the attached:

> Notice of Motion for Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel;
>
> Memorandum in Support of the Motion of Alaska Hotel & Restaurant Employees Pension Trust Fund for Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel; and
>
> Declaration of Mario Alba Jr. in Support of the Motion of Alaska Hotel & Restaurant Employees Pension Trust Fund for Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel,

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to any additional counsel.

*/s/ Mario Alba Jr.*
Mario Alba Jr.

CARE INVESTMENT

Service List - 11/16/2007    (07-0193)

Page 1 of 1

**Counsel For Defendant(s)**

Andrew D. Kaizer
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY  10022
   212/230-8807
   212/230-8888 (Fax)

**Counsel For Plaintiff(s)**

| | |
|---|---|
| Jack G. Fruchter | Samuel H. Rudman |
| Abraham, Fruchter & Twersky | David A. Rosenfeld |
| One Pennsylvania Plaza, Suite 2805 | Mario Alba, Jr. |
| New York, NY  10119 | Coughlin Stoia Geller Rudman & Robbins LLP |
|   212/279-5050 | 58 South Service Road, Suite 200 |
|   212/279-3655 (Fax) | Melville, NY  11747 |
| |   631/367-7100 |
| |   631/367-1173 (Fax) |