UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIARWOOD INVESTMENTS, INC., Individually and On Behalf of All Others Similarly Situated, | : Civil Action No. 1:07-cv-08159-LLS |
| | : CLASS ACTION |
| Plaintiff, | : [PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL |
| vs. | : |
| CARE INVESTMENT TRUST INC., | : |
| Defendant. | : |

- 1 -

Having considered the motion of Alaska Hotel & Restaurant Employees Pension Trust Fund ("Alaska Hotel & Restaurant Fund") for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel and the Memorandum of Law and Declaration of Mario Alba Jr., in support thereof, and good cause appearing therefore:

1. Alaska Hotel & Restaurant Fund is hereby appointed Lead Plaintiff for the Class pursuant to Section 27 of the Securities Act of 1933; and

2. The law firm of Coughlin Stoia Geller Rudman & Robbins LLP is hereby appointed Lead Counsel.

IT IS SO ORDERED.

DATED: _____           _____
                                         THE HONORABLE LOUIS L. STANTON
                                         UNITED STATES DISTRICT JUDGE

I:\Care Investment\LP Motion\LP Order.doc