UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIARWOOD INVESTMENTS, INC., Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>CARE INVESTMENT TRUST INC.,<br><br>　　　　　　　　　Defendant. | Civil Action No. 1:07-cv-08159-LLS<br><br>CLASS ACTION<br><br>DECLARATION OF MARIO ALBA JR. IN SUPPORT OF THE MOTION OF ALASKA HOTEL & RESTAURANT EMPLOYEES PENSION TRUST FUND FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL |

MARIO ALBA JR., declares, under penalty of perjury:

1. I am an associate with Coughlin Stoia Geller Rudman & Robbins LLP, one of plaintiff's counsel in the action entitled *Briarwood Investments, Inc. vs. Care Investment Trust Inc.,* Civil Action No. 1:07-cv-08159-LLS (the "*Briarwood Investments* Action"). I submit this Declaration in support of the motion of Alaska Hotel & Restaurant Employees Pension Trust Fund ("Alaska Hotel & Restaurant Fund") for appointment as Lead Plaintiff and for approval of selection of Lead Counsel.

2. Attached hereto as Exhibit A is a true and accurate copy of the first notice regarding the pendency of these actions, published by plaintiff in the *Briarwood Investments* Action, on *Business Wire*, a national, business-oriented newswire service, on September 18, 2007.

3. Attached hereto as Exhibit B is a true and accurate copy of a loss chart presenting the transactions in the subject securities and summarizing the estimated collective losses of Alaska Hotel & Restaurant Fund at approximately $19,673.90, in connection with its transactions in Care Investment Trust Inc. shares during the Class Period.

4. Attached hereto as Exhibit C is the certification of Alaska Hotel & Restaurant Fund.

5. Attached hereto as Exhibit D is a true copy of the firm resume of Coughlin Stoia Geller Rudman & Robbins LLP.

DATED: November 19, 2007

/s/ *Mario Alba Jr.*
MARIO ALBA JR.

I:\Care Investment\LP Motion\LP Decl.doc

CARE INVESTMENT
Service List - 11/16/2007  (07-0193)
Page 1 of 1

**Counsel For Defendant(s)**

Andrew D. Kaizer
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY  10022
   212/230-8807
   212/230-8888 (Fax)

**Counsel For Plaintiff(s)**

| | |
|---|---|
| Jack G. Fruchter | Samuel H. Rudman |
| Abraham, Fruchter & Twersky | David A. Rosenfeld |
| One Pennsylvania Plaza, Suite 2805 | Mario Alba, Jr. |
| New York, NY  10119 | Coughlin Stoia Geller Rudman & Robbins LLP |
|    212/279-5050 | 58 South Service Road, Suite 200 |
|    212/279-3655 (Fax) | Melville, NY  11747 |
| |    631/367-7100 |
| |    631/367-1173 (Fax) |