Movant's Purchases and Losses

Care Investment Trust Inc

| Name | Date | Shares Purchased | Share Price | Total Cost | Date | Shares Sold | Share Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| Alaska Hotel & Restaurant Employees Pension Trust Fund | 06/22/2007 | 400 | $13.56 | $5,425.20 | held | 6,400 | $11.50 | $73,600.00 | |
| Alaska Hotel & Restaurant Employees Pension Trust Fund | 06/22/2007 | 600 | $13.67 | $8,203.80 | | | | | |
| Alaska Hotel & Restaurant Employees Pension Trust Fund | 06/22/2007 | 3,400 | $15.00 | $51,000.00 | | | | | |
| Alaska Hotel & Restaurant Employees Pension Trust Fund | 07/06/2007 | 100 | $14.55 | $1,455.20 | | | | | |
| Alaska Hotel & Restaurant Employees Pension Trust Fund | 07/06/2007 | 300 | $14.62 | $4,387.20 | | | | | |
| Alaska Hotel & Restaurant Employees Pension Trust Fund | 07/06/2007 | 300 | $14.58 | $4,373.70 | | | | | |
| Alaska Hotel & Restaurant Employees Pension Trust Fund | 07/09/2007 | 100 | $14.75 | $1,475.00 | | | | | |
| Alaska Hotel & Restaurant Employees Pension Trust Fund | 07/09/2007 | 200 | $14.80 | $2,959.00 | | | | | |
| Alaska Hotel & Restaurant Employees Pension Trust Fund | 07/13/2007 | 500 | $14.45 | $7,225.00 | | | | | |
| Alaska Hotel & Restaurant Employees Pension Trust Fund | 07/31/2007 | 100 | $13.67 | $1,367.10 | | | | | |
| Alaska Hotel & Restaurant Employees Pension Trust Fund | 08/01/2007 | 300 | $13.53 | $4,058.70 | | | | | |
| Alaska Hotel & Restaurant Employees Pension Trust Fund | 08/02/2007 | 100 | $13.44 | $1,344.00 | | | | | |
| Movant's Total | | 6,400 | | $93,273.90 | | 6,400 | | $73,600.00 | ($19,673.90) |

*For shares held at the end of the class period, damages are calculated by multiplying the shares held by the date of notice.
The price used is $11.50 as of September 18, 2007.