UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
BRIARWOOD INVESTMENTS, INC., :
Individually, and On Behalf of All Others :
Similarly Situated, : Electronically Filed
 :
           Plaintiff, : Civil Action No.: 1:07-cv-08159-LLS
 : (ECF Case)
    v. :
 : Hon. Louis L. Stanton
CARE INVESTMENT TRUST, INC., :
 :
           Defendant. :
 :
------------------------------------------------------------ x

# MOTION OF THE MASSACHUSETTS PUBLIC PENSION FUNDS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD <u>COUNSEL</u>

PLEASE TAKE NOTICE that class members the Boston Retirement Board and the Norfolk County Retirement System (collectively, the "Massachusetts Public Pension Funds"), by their counsel, hereby move this Court for an Order: (i) appointing the Massachusetts Public Pension Funds as Lead Plaintiff; (ii) approving the Massachusetts Public Pension Funds' selection of Labaton Sucharow LLP to serve as Lead Counsel; and (iii) granting such other and further relief as the Court may deem just and proper. In support of this motion, the Massachusetts Public Pension Funds submit herewith a Memorandum of Law and Declaration of Alan I. Ellman.

Dated: Nov. 19, 2007             Respectfully submitted,

**LABATON SUCHAROW LLP**

By:   */s/ Christopher J. Keller*
Christopher J. Keller (CK-2347)
Andrei V. Rado (AR-3724)
Alan I. Ellman (AE-7347)
140 Broadway
New York, New York 10005
Telephone:   (212) 907-0700
Facsimile:   (212) 818-0477

*Attorneys for the Massachusetts Public Pension Funds and Proposed Lead Counsel for the Class*