## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

BRIARWOOD INVESTMENTS, INC.,
Individually, and On Behalf of All Others
Similarly Situated,

                  Plaintiff,

      v.

CARE INVESTMENT TRUST, INC.,

                  Defendant.

---------------------------------------------------------- x

:
:
:
:
:
:
:
:
:
:
:
:
:
:

Electronically Filed

Civil Action No.: 1:07-cv-08159-LLS
(ECF Case)

Hon. Louis L. Stanton

**DECLARATION OF ALAN I. ELLMAN IN SUPPORT
OF THE MOTION OF THE MASSACHUSETTS PUBLIC PENSION FUNDS FOR
APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF  SELECTION OF LEAD
COUNSEL**

Alan I. Ellman declares under penalty of perjury this day 19th day of November, 2007:

1.      I am an associate with the law firm of Labaton Sucharow LLP.  I submit this declaration in support of the motion of the Boston Retirement Board and the Norfolk County Retirement System (collectively, the "Massachusetts Public Pension Funds") for appointment as lead plaintiff and approval of their selection of lead counsel.

2.      Attached hereto as Exhibit A is a true and correct copy of the signed certifications of the Massachusetts Public Pension Funds pursuant to the requirements of the Private Securities Litigation Reform Act of 1995.  15 U.S.C. § 77z-1(a)(2).

3.      Attached hereto as Exhibit B is a true and correct copy of a chart of the Massachusetts Public Pension Funds' transactions and approximate losses in Care Investment securities.

4.      Attached hereto as Exhibit C is a true and correct copy of the notice to class members concerning the first-filed of the above-captioned actions that was published on September 18, 2007 on *Business Wire*, advising the public of the pendency of a class action filed on behalf of shareholders of Care Investment Trust, Inc. ("Care Investment").

5.      Attached hereto as Exhibit D is a true and correct copy of the firm resume of Labaton Sucharow LLP.

I hereby declare under penalty of perjury that the foregoing is true and correct.

ALAN I. ELLMAN (AE-7347)