**Exhibit A**

## CERTIFICATION

I, Robert E. Tierney, as Executive Officer of Boston Retirement Board, hereby certify as follows:

1.  I am fully authorized to enter into and execute this Certification on behalf of the State-Boston Retirement System ("Boston"). I have reviewed a complaint prepared against Care Investment Trust Inc. ("Care") alleging violations of the federal securities laws;

2.  Boston did not purchase securities of Care at the direction of counsel or in order to participate in any private action under the federal securities laws;

3.  Boston is willing to serve as a lead plaintiff in this matter, including providing testimony at deposition and trial, if necessary;

4.  Boston's transactions in the securities of Care as reflected in Exhibit A, are attached hereto;

5.  Boston has not sought to serve as a lead plaintiff in a class action under the federal securities laws during the last three years, except for the following:

> *In Re Amkor Technology, Inc. Securities Litigation* (**appointed**)
> *Garber v. Juniper Networks, Inc.* (*withdrew*)
> *In re SafeNet, Inc. Securities Litigation* (**appointed**)
> *In re Take-Two Interactive Software Securities Litigation* (*Class Representative*)
> *Ellen Rosenthal Brodsky v. Yahoo! Inc. et al,* (*not appointed*)
> *In re Luminent Mortgage Capital, Inc., Securities Litigation* (*pending*)

6.  Beyond its pro rata share of any recovery, Boston will not accept payment for serving as a lead plaintiff on behalf of the class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 13th day of November, 2007.

Robert E. Tierney
Executive Officer of Boston Retirement Board

## EXHIBIT A

## TRANSACTIONS IN
## CARE INVESTMENT TRUST INC.

| Transaction Type | Trade Date | Settle Date | Shares | Price Per Share | | Cost/ Proceeds |
|---|---|---|---|---|---|---|
| Purchase | 07/27/07 | 08/01/07 | 25,640.00 | $ | 13.35 | ($343,755.48) |
| Purchase | 07/31/07 | 08/03/07 | 700.00 | $ | 13.63 | ($9,561.72) |
| Purchase | 08/01/07 | 08/06/07 | 3,400.00 | $ | 13.51 | ($46,039.74) |
| Purchase | 08/02/07 | 08/07/07 | 200.00 | $ | 13.40 | ($2,686.00) |
| Purchase | 08/03/07 | 08/08/07 | 1,000.00 | $ | 13.40 | ($13,432.60) |
| Purchase | 08/06/07 | 08/09/07 | 1,600.00 | $ | 13.49 | ($21,635.84) |
| Purchase | 08/07/07 | 08/10/07 | 200.00 | $ | 13.46 | ($2,697.04) |
| Purchase | 08/16/07 | 08/21/07 | 4,600.00 | $ | 9.88 | ($45,582.78) |
| Purchase | 08/17/07 | 08/22/07 | 2,600.00 | $ | 10.53 | ($27,476.54) |

## CERTIFICATION

I, Joseph Connolly, as Treasurer of Norfolk County Retirement System ("Norfolk County"), hereby certify as follows:

1.    I am fully authorized to enter into and execute this Certification on behalf of Norfolk County. I have reviewed a complaint prepared against Care Investment Trust Inc. ("Care") alleging violations of the federal securities laws;

2.    Norfolk County did not purchase securities of Care at the direction of counsel or in order to participate in any private action under the federal securities laws;

3.    Norfolk County is willing to serve as a lead plaintiff in this matter, including providing testimony at deposition and trial, if necessary;

4.    Norfolk County's transactions in the securities of Care as reflected in Exhibit A, are attached hereto;

5.    Norfolk has not sought to serve as a lead plaintiff in any class action under the federal securities laws during the last three years preceding the date of this certification, except for the following:

> *In Re Bearingpoint, Inc. Securities Litigation* (Not Appointed)
> *In Re SFBC International, Inc. Securities & Derivative Litigation* (Withdrew)
> *In Re Herley Industries Inc. Securities Litigation* (Not Appointed)
> *City of Brockton Retirement System v. The Shaw Group, Inc.* (**Appointed**)
> *In re Luminent Mortgage Capital, Inc. Securities Litigation* (Pending)

6.    Norfolk County is currently serving as a representative party but not a lead plaintiff in the following class action under the federal securities law.

> *Lowry v. Andrx Corporation, et al*

7.    Beyond its pro rata share of any recovery, Norfolk County will not accept payment for serving as a lead plaintiff on behalf of the class, except the reimbursement of such reasonable costs and expenses including lost wages as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this ___14___ day of November, 2007.

Joseph Connolly
Treasurer of Norfolk County Retirement System

## EXHIBIT A

## TRANSACTIONS IN
## CARE INVESTMENT TRUST INC.

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/ Proceeds |
|---|---|---|---|---|
| Purchase | 06/22/07 | 6,300.00 | $ 13.52 | ($85,393.98) |
| Purchase | 06/25/07 | 2,800.00 | $ 13.66 | ($38,340.40) |
| Purchase | 07/31/07 | 200.00 | $ 13.63 | ($2,731.92) |
| Purchase | 08/01/07 | 1,200.00 | $ 13.51 | ($16,249.32) |
| Purchase | 08/02/07 | 100.00 | $ 13.40 | ($1,343.00) |
| Purchase | 08/03/07 | 300.00 | $ 13.40 | ($4,029.78) |
| Purchase | 08/06/07 | 500.00 | $ 13.49 | ($6,761.20) |
| Purchase | 08/07/07 | 100.00 | $ 13.46 | ($1,348.52) |
| Purchase | 08/16/07 | 1,500.00 | $ 9.88 | ($14,863.95) |
| Purchase | 08/17/07 | 900.00 | $ 10.53 | ($9,511.11) |