# Exhibit B

**Norfolk County Retirement System**

Class Period: 6/22/2007 to 9/18/2007

**CARE INVT TR INC**

| | Ticker | CUSIP | ISIN | Lookback Price* |
|---|---|---|---|---|
| | CRE | 141657106 | US1416571065 | $11.50 |

| Trans Type | Trade Date | Shares | Price Per Share | Cost/ Proceeds |
|---|---|---|---|---|
| Open | | 0.00 | | |
| Purchase | 06/22/07 | 6,300.00 | $ 13.52 | ($85,393.98) |
| Purchase | 06/25/07 | 2,800.00 | $ 13.66 | ($38,340.40) |
| Purchase | 07/31/07 | 200.00 | $ 13.63 | ($2,731.92) |
| Purchase | 08/01/07 | 1,200.00 | $ 13.51 | ($16,249.32) |
| Purchase | 08/02/07 | 100.00 | $ 13.40 | ($1,343.00) |
| Purchase | 08/03/07 | 300.00 | $ 13.40 | ($4,029.78) |
| Purchase | 08/06/07 | 500.00 | $ 13.49 | ($6,761.20) |
| Purchase | 08/07/07 | 100.00 | $ 13.46 | ($1,348.52) |
| Purchase | 08/16/07 | 1,500.00 | $ 9.88 | ($14,863.95) |
| Purchase | 08/17/07 | 900.00 | $ 10.53 | ($9,511.11) |
| *Class period purchases:* | | *13,900.00* | | *($180,573.18)* |
| None | | | | |
| *Class period sales (matched to class period purchases):* | | *0.00* | | *$0.00* |
| *FIFO Retained purchases:* | | *13,900.00* | *$11.50* | *$159,850.00* |
| *LIFO Retained purchases:* | | *13,900.00* | *$11.50* | *$159,850.00* |
| | | | FIFO Gain/(Loss): | ($20,723.18) |
| | | | LIFO Gain/(Loss): | ($20,723.18) |

*Value of retained purchases is the price on the date the section 11 lawsuit was filed, 9/18/2007.

**Boston Retirement Board**

Class Period: 6/22/2007 to 9/18/2007

**CARE INVT TR INC**

| | Ticker | CUSIP | ISIN | Lookback Price* |
|---|---|---|---|---|
| | CRE | 141657106 | US1416571065 | $11.50 |

| Trans Type | Trade Date | Shares | Price Per Share | Cost/ Proceeds |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Open | | 0.00 | | |
| Purchase | 07/27/07 | 25,640.00 $ | 13.35 | ($343,755.48) |
| Purchase | 07/31/07 | 700.00 $ | 13.63 | ($9,561.72) |
| Purchase | 08/01/07 | 3,400.00 $ | 13.51 | ($46,039.74) |
| Purchase | 08/02/07 | 200.00 $ | 13.40 | ($2,686.00) |
| Purchase | 08/03/07 | 1,000.00 $ | 13.40 | ($13,432.60) |
| Purchase | 08/06/07 | 1,600.00 $ | 13.49 | ($21,635.84) |
| Purchase | 08/07/07 | 200.00 $ | 13.46 | ($2,697.04) |
| Purchase | 08/16/07 | 4,600.00 $ | 9.88 | ($45,582.78) |
| Purchase | 08/17/07 | 2,600.00 $ | 10.53 | ($27,476.54) |
| **Class period purchases:** | | **39,940.00** | | **($512,867.74)** |
| None | | | | |
| *Class period sales (matched to class period purchases):* | | *0.00* | | *$0.00* |
| *FIFO Retained purchases:* | | *39,940.00* | *$11.50* | *$459,310.00* |
| *LIFO Retained purchases:* | | *39,940.00* | *$11.50* | *$459,310.00* |
| | | | FIFO Gain/(Loss): | ($53,557.74) |
| | | | LIFO Gain/(Loss): | ($53,557.74) |

*Value of retained purchases is the price on the date the section 11 lawsuit was filed, 9/18/2007.

Total Loss: ($74,280.92)