# Exhibit C

BUS         Coughlin Stoia Geller Rudman & Robbins LLP Files Class Action
            Sep 18 2007  17:53

Suit against Care Investment Trust Inc.

NEW YORK--(BUSINESS WIRE)--September 18, 2007
Coughlin Stoia Geller Rudman & Robbins LLP ("Coughlin Stoia")
(http://www.csgrr.com/cases/careinvestment/) today announced that a
class action has been commenced in the United States District Court
for the Southern District of New York on behalf of a Class consisting
of all persons other than Defendants who purchased the common stock of
Care Investment Trust Inc. ("Care Investment")(NYSE:CRE) pursuant
and/or traceable to the Company's initial public offering on or about
June 22, 2007, (the "IPO" or the "Offering") seeking to pursue
remedies under the Securities Act of 1933 (the "Securities Act").

   If you wish to serve as lead plaintiff, you must move the Court no
later than 60 days from today. If you wish to discuss this action or
have any questions concerning this notice or your rights or interests,
please contact plaintiff's counsel, Samuel H. Rudman or David A.
Rosenfeld of Coughlin Stoia at 800/449-4900 or 619/231-1058, or via
e-mail at djr@csgrr.com. If you are a member of this class, you can
view a copy of the complaint as filed or join this class action online
at http://www.csgrr.com/cases/careinvestment/. Any member of the
purported class may move the Court to serve as lead plaintiff through
counsel of their choice, or may choose to do nothing and remain an
absent class member.

   The complaint charges Care Investment and certain of its officers
and directors with violations of the Securities Act. Care Investment
is a real estate investment and finance company formed principally to
invest in healthcare-related commercial mortgage debt and real estate.

   According to the complaint, on or about June 22, 2007, the
Prospectus with respect to the IPO, which forms part of the
Registration Statement, became effective and more than 15 million
shares of Care Investment's common stock were sold to the public at
$15.00 per share, thereby raising more than $225 million. The
complaint alleges that the Prospectus contained inaccurate statements
of material fact because they failed to disclose that certain of the
assets in the portfolio of healthcare-related mortgage assets, which
was created upon the consummation of the IPO were materially impaired
and therefore overvalued and that the Company was experiencing
increasing difficulty in securing its warehouse financing lines.

   Plaintiff seeks to recover damages on behalf of a Class consisting
of all persons other than Defendants who purchased the common stock of

Copyright (c) 2007

```
                                                                 2 of 2
BUS        Coughlin Stoia Geller Rudman & Robbins LLP Files Class Action
           Sep 18 2007   17:53


Care Investment pursuant and/or traceable to the Company's IPO seeking
to pursue remedies under the Securities Act. The plaintiff is
represented by Coughlin Stoia, which has expertise in prosecuting
investor class actions and extensive experience in actions involving
financial fraud.

    Coughlin Stoia, a 180-lawyer firm with offices in San Diego, San
Francisco, Los Angeles, New York, Boca Raton, Washington, D.C.,
Houston and Philadelphia, is active in major litigations pending in
federal and state courts throughout the United States and has taken a
leading role in many important actions on behalf of defrauded
investors, consumers, and companies, as well as victims of human
rights violations. Coughlin Stoia lawyers have been responsible for
more than $45 billion in aggregate recoveries. The Coughlin Stoia Web
site (http://www.csgrr.com) has more information about the firm.


CONTACT:
Coughlin Stoia Geller Rudman & Robbins LLP
Samuel H. Rudman, 800-449-4900
David A. Rosenfeld
djr@csgrr.com

-0- Sep/18/2007 21:53 GMT
```

Copyright (c) 2007