UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------- x
BRIARWOOD INVESTMENTS, INC., :
Individually, and On Behalf of All Others :
Similarly Situated, : Electronically Filed
 :
   Plaintiff, : Civil Action No.: 1:07-cv-08159-LLS
 : (ECF Case)
v. :
 : Hon. Louis L. Stanton
CARE INVESTMENT TRUST, INC., :
 :
   Defendant. :
 :
---------------------------------------------------- x

**CERTIFICATE OF SERVICE**

Christopher J. Keller, hereby certify, that on November 19, 2007, I electronically filed true and correct copies of the foregoing documents:

- Motion of the Norfolk County Retirement System and the Boston Retirement Board for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel

- Memorandum of Law in Support of the Motion of the Norfolk County Retirement System and the Boston Retirement Board for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel

- Declaration of Alan I. Ellman in Support of the Motion of the Norfolk County Retirement System and the Boston Retirement Board for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel

with the Clerk of the Court using the ECF system which will send notification to the following:

srudman@csgrr.com; akaizer@mwe.com

and I hereby certify that I have caused true and correct copies of the foregoing documents to be served via U.S. mail to the following non-ECF participants below:

**Joel G. Chefitz**
**Myriam Pierre Warren**
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606
Telephone: (312) 372-2000
Fax: (312) 984-7700

/s/   Christopher J. Keller
Christopher J. Keller (CK-2347