**Labaton Sucharow**

MEMORANDUM ENDORSED

ALAN I. ELLMAN

Direct Dial: (212) 907-0877
Direct Fax: (212) 883-7077
aellman@labaton.com

November 16, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/20/07

VIA PERSONAL DELIVERY

Honorable Louis L. Stanton
United States District Judge
United States Courthouse
500 Pearl Street, Room 2250
New York, New York 10007-1312

Re: *Briarwood Investments, Inc. v. Care Investment Trust, Inc.*
Case No. 1:07-cv-08159-LLS

Dear Judge Stanton:

This firm represents a plaintiff that intends to file a motion for appointment as lead plaintiff and approval of selection of lead counsel pursuant to Section 21D of the Securities Exchange Act, 15 U.S.C. § 78u-4(a)(3)(A) (the "Lead Plaintiff Motion").

We are aware of the Court's Individual Practice Rule requiring that a movant request a pre-motion conference prior to the filing of any motion. We write to seek leave from that rule. We wish to file the Lead Plaintiff Motion so as to meet the Exchange Act's requirement that such motions be filed no later than 60 days after the date the notice of action was first published. *See* 15 U.S.C. § 78u-4(a)(3)(A)(i)(II). In this case, the first notice of action was published on September 18, 2007, and the lead plaintiff motion must be filed no later than Monday, November 19, 2007. We respectfully submit that, under these circumstances where we do not know the identities of all other lead plaintiff movants, and where filing of a motion is statutorily mandated by the 60-day limit, the requirement of a pre-motion conference should be waived and that leave be granted to file the Lead Plaintiff Motion.

We thank the Court for its consideration of our request.

So ordered.
Louis L. Stanton
11/19/07

Respectfully,

Alan I. Ellman, Esq.

cc: Samuel Howard Rudman
    Andrew David Kaizer
    Jack Fruchter