

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/4/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

BRIARWOOD INVESTMENTS, INC., Individually
and On Behalf of All Others Similarly Situated,

       Plaintiff,

  - against -

CARE INVESTMENT TRUST INC.,

       Defendant.
------------------------------------------------------------------ X

07 CIV 8159 (LLS)

ORDER FOR
ADMISSION *PRO HAC
VICE* ON WRITTEN
MOTION

Upon the motion of Andrew D. Kaizer, attorney for Defendant Care Investment Trust Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Joel G. Chefitz |
| Firm Name: | McDermott Will & Emery LLP |
| Address: | 227 West Monroe Street |
| City/State/Zip: | Chicago, Illinois |
| Phone Number: | (312) 372-2000 |
| Fax Number: | (312) 984-7700 |

and

| | |
|---|---|
| Applicant's Name: | Myriam Pierre Warren (a/k/a Myriam Pierre) |
| Firm Name: | McDermott Will & Emery LLP |
| Address: | 227 West Monroe Street |
| City/State/Zip: | Chicago, Illinois |
| Phone Number: | (312) 372-2000 |
| Fax Number: | (312) 984-7700 |

- 2 -

are admitted to practice *pro hac vice* as counsel for Defendant Care Investment Trust Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: December 4, 2007
New York, New York

*Louis L. Stanton*
Louis L. Stanton, U.S.D.J.