UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
:
BRIARWOOD INVESTMENTS, INC., :
Individually, and On Behalf of All Others : Electronically Filed
Similarly Situated, :
: Civil Action No.: 1:07-cv-08159-LLS
Plaintiff, : (ECF Case)
:
v. : Hon. Louis L. Stanton
:
CARE INVESTMENT TRUST, INC., :
:
Defendant. :
:
------------------------------------------------------------- x

## NOTICE OF WITHDRAWAL OF LEAD PLAINTIFF MOTION

State-Boston Retirement System hereby gives notice of the withdrawal of its lead plaintiff motion. The reasons for the withdrawal are stated in the affidavit of Robert E. Tierney, the Retirement System's Executive officer, submitted contemporaneously herewith.

|  | Respectfully submitted, |
|---|---|
| January 11, 2008 | **LABATON SUCHAROW LLP** |
|  | By:   */s/ Christopher J. Keller* |
|  | Christopher J. Keller (CK-2347) |
|  | Andrei V. Rado (AR-3724) |
|  | Alan I. Ellman (AE-7347) |
|  | 140 Broadway |
|  | New York, New York 10005 |
|  | Telephone:   (212) 907-0700 |
|  | Facsimile:   (212) 818-0477 |
|  | Attorneys for State-Boston Retirement System, Norfolk County Retirement System and Proposed Lead Counsel for the Class |