UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

BRIARWOOD INVESTMENTS, INC., : Civil Action No. 1:07-cv-08159-LLS
Individually and On Behalf of All Others :
Similarly Situated, : CLASS ACTION
:
Plaintiff, : AFFIDAVIT OF PLAINTIFF BRIARWOOD
: INVESTMENTS, INC. IN SUPPORT OF
vs. : APPOINTMENT OF LEAD PLAINTIFFS
: AND FOR APPROVAL OF SELECTION OF
CARE INVESTMENT TRUST INC., : LEAD COUNSEL
:
Defendant. :

---------------------------------------------------------------x

STATE OF NEW YORK   )
                    ) ss:
COUNTY OF NEW YORK  )

Rina Rollhaus, being duly sworn, deposes and states under penalty of perjury as follows:

1. I am President, of Briarwood Investments, Inc. ("Briarwood"), the named plaintiff in this matter. I have personal knowledge of the facts set forth herein, and submit that these facts are true and correct. I submit this Affidavit as a full and candid response to the concerns that the Court raised at the December 14, 2007 conference regarding the lead plaintiff process.

2. On September 18, 2007, Briarwood filed the complaint in this action, with Coughlin Stoia Geller Rudman & Robbins LLP ("Coughlin Stoia") serving as one of its counsel.

3. It is my understanding that, on November 19, 2007, the Alaska Hotel & Restaurant Employees Pension Trust Fund ("Alaska") moved for appointment as lead plaintiff, with the Norfolk County Retirement System ("Norfolk") and the Boston Retirement System ("Boston") also filing a motion seeking similar relief. Each of these movants sustained losses that exceed those sustained by Briarwood.

4. I also learned that Boston later sought to withdraw its motion, with the understanding that Alaska and Norfolk would jointly seek appointment as lead plaintiffs and approval of their counsel, Coughlin Stoia and Labaton Sucharow LLP, respectively, as lead counsel.

5. We did not have any objection to the lead plaintiff and lead counsel structure that Alaska and Norfolk proposed, and we continue to support such structure now.

Sworn to before me this
_____ day of January, 2008.

_____
Notary Public

My Commission Expires: 4/22/2010

JACK G. FRUCHTER
Notary Public, State of New York
No. 02FR6073524
Qualified in Nassau County
Commission Expires April 22, 2010