Case 1:07-cv-80759-LLS    Document 29-1    Filed 01/11/2008    Page 1 of 36

Case 3:05-cv-03098-MLC-JJH    Document 29    Filed 03/24/2006    Page 1 of 3
Mar-16-06   11:25am   From-LITE DE PALMA                              873 623 0869      T-100   P.004/006   F-542

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| AVIVA PARTNERS LLC, Individually and On Behalf of All Others Similarly Situated, | No. 3:05-cv-03098-MLC-JJH **(Consolidated)** |
| Plaintiff, | CLASS ACTION |
| vs. | ORDER APPOINTING LEAD PLAINTIFFS AND APPROVING SELECTION OF LEAD AND LIAISON COUNSEL |
| EXIDE TECHNOLOGIES, et al., | |
| Defendants. | |

Case 1:07-cv-06195-LES    Document 20-1    Filed 01/11/2008    Page 2 of 36

Mar-16-06  11:25am  From-LITE DE PALMA          Case 3:05-cv-03098-MLC-JJH    Document 29    Filed 03/24/2006    Page 2 of 3
973 623 0858    T-100    P.005/006    F-542

WHEREAS, on August 15, 2005, in accordance with Section 21D(a)(3)(B) of the Private

Securities Litigation Reform Act of 1995 (the "PSLRA"), motions seeking appointment of lead

plaintiff and approval of selection of lead and liaison counsel were filed in this action (the "Opening

Motions") by: (i) Alaska Hotel & Restaurant Employees Pension Trust Fund ("Alaska Pension

Trust"); (ii) Lakeway Capital Management ("Lakeway Capital") and Copper Beech Capital ("Copper

Beech" and, together with   Lakeway Capital, the "Copper Beech Group"); (iii) Crain

Communications Incorporated Pension Plan ("Crain"); (iv) Arthur Horwitz, on behalf of Louisville

Frankfort Realty Corp., and Adam Siakala; and (v) Elaine Breckenridge, William Waeckerle, Mac

Sohrabi, Mitra Sohrabi and Jeffrey Uhl;

WHEREAS, subsequent to the filing of the Opening Motions, only movants (i) Alaska

Pension Trust and (ii) Copper Beech Group filed oppositions to the Opening Motions;

WHEREAS, movant Crain filed a non-opposition to the Opening Motions filed by the

Copper Beech Group and later filed a reply brief addressing arguments raised in the opposition filed

by Alaska Pension Trust;

WHEREAS, counsel for Alaska Pension Trust and Lakeway Capital sent a letter dated

November 29, 2005 to the Court, which, among other things, (i) requested that the Court appoint

Alaska Pension Trust and Lakeway Capital as co-lead plaintiffs and (ii) informed the Court that

Crain did not object to the appointment of Alaska Pension Trust and Lakeway Capital as co-lead

plaintiffs;

It is hereby ORDERED:

1.      Alaska Pension Trust and Lakeway Capital are hereby appointed Co-Lead Plaintiffs

for the Class pursuant to Section 21D of the Securities Exchange Act of 1934; and

2.      The law firms of Lerach Coughlin Stoia Geller Rudman & Robbins LLP and Schatz

& Nobel, P.C. are hereby appointed Co-Lead Counsel and the law firms Lite DePalma Greenberg &

Case 1:07-cv-08159-LLS   Document 20-7   Filed 01/11/2008   Page 3 of 36
Case 3:05-cv-03098-MLC-JJH   Document 29   Filed 03/24/2006   Page 3 of 3

Mar-16-06   11:25am   From-LITE DE PALMA                    973 623 0856      T-100   P.006/006   F-542

Rivas, LLC and Cohn Lifland Pearlman Herrmann & Knopf, LLP are hereby appointed Co-Liaison

Counsel.

IT IS SO ORDERED.

DATED: _Mar. 24, 2006_                    _Mary L. Cooper_
                                          THE HONORABLE MARY L. COOPER
                                          UNITED STATES DISTRICT JUDGE

- 2 -



1  LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  JOHN K. GRANT (169813)
   SYLVIA SUM (207511)
3  100 Pine Street, Suite 2600
   San Francisco, CA  94111
4  Telephone: 415/288-4545
   415/288-4534 (fax)
5       – and –
   WILLIAM S. LERACH (68581)
6  401 B Street, Suite 1600
   San Diego, CA  92101
7  Telephone: 619/231-1058
   619/231-7423 (fax)
8
   [Proposed] Lead Counsel for Plaintiffs
9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                   SAN JOSE DIVISION

13
   JAMES DOLAN, On Behalf of Himself and   )   No. C-04-4156-JW
14 All Others Similarly Situated,          )
                                           )   CLASS ACTION
15                         Plaintiff,      )
                                           )   PLAINTIFFS' JOINT STIPULATION AND
16       vs.                               )   [PROPOSED] ORDER TO CONSOLIDATE
                                           )   THE ACTIONS, APPOINT LEAD
17 INFINEON TECHNOLOGIES AG, et al.,       )   PLAINTIFF, AND TO APPROVE LEAD
                                           )   PLAINTIFF'S SELECTION OF CO-LEAD
18                         Defendants.     )   COUNSEL
                                           )
19

20

21

22

23

24

25

26

27

28

1      WHEREAS, on or about September 30, 2004, the above-captioned *Dolan v. Infineon*

2  *Technologies AG, et al.*, 04-CV-4156 (the "*Dolan* Action"), was filed in the United States District

3  Court for the Northern District of California and alleged violations of the federal securities laws on

4  behalf of a class of purchasers of Infineon Technologies AG ("Infineon") securities from March 13,

5  2000, to July 19, 2004.  On October 6, 2004, the complaint in the action captioned *Christierson v.*

6  *Infineon Technologies AG, et al.*, 04-CV-7917, was the first action filed in the Southern District of

7  New York.  On October 28, 2004, the complaint captioned *Burger v. Infineon Technologies AG, et*

8  *al.*, 04-CV-8513, was filed in the Southern District of New York on behalf of purchasers of Infineon

9  securities between March 13, 2000, and September 15, 2004 (the "Class Period");

10      WHEREAS, pursuant to §21D(a)(3)(A) of the Securities Exchange Act of 1934 ("Exchange

11  Act"), 15 U.S.C. §78u-4(a)(3)(A), the plaintiff in the *Dolan* Action caused notice to be published on

12  *Business Wire* on September 30, 2004, which informed class members of their right to seek

13  appointment as lead plaintiff by filing a motion with the Court no later than November 29, 2004;

14      WHEREAS, on November 29, 2004, plaintiff Reinhard Schroeder, pursuant to §21D of the

15  Private Securities Litigation Reform Act of 1995 ("PSLRA"), timely filed a motion seeking

16  consolidation of the above-captioned actions, his appointment as Lead Plaintiff, and approval of his

17  selection of Murray, Frank & Sailer LLP ("Murray Frank") as Lead Counsel in the proposed

18  consolidated cases.  During the Class Period, Schroeder purchased 84,900 shares of Infineon on the

19  Frankfurt Stock Exchange and suffered losses of $892,143.94 on his transactions;

20      WHEREAS, on November 29, 2004, plaintiffs the Central Laborers' Retirement Fund, the

21  Charter Township of Clinton Police & Fire Retirement System, and Mark and Karen Gurvey

22  pursuant to §21D of the PSLRA, timely filed a motion seeking consolidation of the above-captioned

23  actions, their appointment as Lead Plaintiff, and approval of their selection of Lerach Coughlin Stoia

24  Geller Rudman & Robbins LLP ("Lerach Coughlin") as Lead Counsel in the proposed consolidated

25  cases.  During the Class Period, Charter Township of Clinton Police & Fire Retirement System

26  purchased 2,100 Infineon American Depository Receipts and suffered losses of $77,437.50.  Mark

27  and Karen Gurvey purchased 2,250 shares of Infineon common stock traded on the Frankfurt Stock

28  Exchange and suffered losses of $53,012.46 on their transaction;

1    WHEREAS, there are no other motions to be appointed lead plaintiff and to approve lead
2  plaintiff's selection of lead counsel pending in the Southern District of New York or the Northern
3  District of California;

4    WHEREAS, pursuant to the PSLRA, the Court is to presume that the "most adequate
5  plaintiff" is the person or group of persons who, "in the determination of the court, has the largest
6  financial interest in the relief sought by the class." 15 U.S.C. §78u-4(a)(3)(B)(iii)(I);

7    WHEREAS, each of the movants understands the importance of supervising and monitoring
8  the case and has determined that to best protect the interests of the class it would be more efficient to
9  propose a consensual resolution of this matter rather than to proceed with competing lead plaintiff
10  motions. As a result, the movants have reached an agreement that resolves the pending motions and
11  provides for the joint appointment of Reinhard Schroeder, Charter Township of Clinton Police &
12  Fire Retirement System and Mark and Karen Gurvey as Lead Plaintiff;

13    WHEREAS, Reinhard Schroeder has agreed to the selection of his counsel, Murray Frank, as
14  Co-Lead Counsel and Charter Township of Clinton Police & Fire Retirement System and Mark and
15  Karen Gurvey have agreed to the selection of their counsel, Lerach Coughlin, as Co-Lead Counsel
16  for the purchasers of Infineon securities; and

17    WHEREAS, the proposed Lead Plaintiff collectively has the largest financial interest in the
18  relief sought by the class and satisfies the requirements of §21D(a)(3)(B)(iii)(I) of the Exchange Act,
19  15 U.S.C. §78u-4(a)(3)(B)(iii)(I);

20    IT IS HEREBY STIPULATED AND AGREED, by the parties, through their undersigned
21  counsel, as follows:

22    1.    Reinhard Schroeder, Charter Township of Clinton Police & Fire Retirement System
23  and Mark and Karen Gurvey shall be appointed Lead Plaintiff for the class of purchasers of Infineon
24  securities between March 13, 2000, and September 15, 2004, pursuant to §21D(a)(3)(B) of the
25  Exchange Act, 15 U.S.C. §78u-4(a)(3)(B);

26    2.    Murray Frank and Lerach Coughlin will serve as Co-Lead Counsel for the purchasers
27  of Infineon securities pursuant to §21D(a)(3)(B)(v) of the Exchange Act, 15 U.S.C. §78u-
28  4(a)(3)(B)(v);

1    3.    Each of the related actions shall be consolidated for all purposes (the "Consolidated

2    Action"). This Order shall apply to the Consolidated Action and to each case that relates to the same

3    subject matter that is subsequently filed in this Court or is transferred to this Court and is

4    consolidated with the Consolidated Action;

5    4.    Every pleading filed in this Action shall have the following caption:

6

7    IN RE INFINEON TECHNOLOGIES AG            )        Case No. C-04-4156-JW
     SECURITIES LITIGATION                     )
8                                              )

9

10   DATED: April 4, 2005                          Respectfully submitted,

11                                                  MURRAY, FRANK & SAILER LLP
                                                    BRIAN P. MURRAY (BM-9954)
12                                                  ERIC J. BELFI (EB-8895)

13                                                      /s/ Eric J. Belfi
                                                         ERIC J. BELFI
14

15   DATED: April 4, 2005                          LERACH COUGHLIN STOIA GELLER
16                                                  RUDMAN & ROBBINS LLP
                                                    JOHN K. GRANT
17                                                  SYLVIA SUM

18

19                                                     /s/ John K. Grant
                                                        JOHN K. GRANT
20
                                                    100 Pine Street, Suite 2600
21                                                  San Francisco, CA 94111
                                                    Telephone: 415/288-4545
22                                                  415/288-4534 (fax)

23                                                  LERACH COUGHLIN STOIA GELLER
                                                    RUDMAN & ROBBINS LLP
24                                                  WILLIAM S. LERACH
                                                    401 B Street, Suite 1600
25                                                  San Diego, CA 92101
                                                    Telephone: 619/231-1058
26                                                  619/231-7423 (fax)

27                                                  [Proposed] Lead Counsel for Plaintiffs

28

1                              *       *       *

2                              O R D E R

3          IT IS SO ORDERED.

4    DATED: April 22, 2005                /s/ James Ware
                                          ─────────────────────────────
                                          THE HONORABLE JAMES WARE
5                                         UNITED STATES DISTRICT JUDGE

6
     U.\CasesLA\Infineon Techs\STP00019864.doc
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLTFFS' JOINT STIP AND [PROPOSED] ORD TO CONSOLIDATE THE ACTIONS, APPOINT LEAD
PLTFFS, AND TO APPROVE LEAD PLTFFS' SEL OF CO-LEAD COUNSEL - C-04-4156-JW        - 4 -

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1.    That declarant is and was, at all times herein mentioned, a resident of the County of Los Angeles, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 9601 Wilshire Blvd., Suite 510, Los Angeles, California 90210.

2.    That on April 4, 2005, declarant served the **PLAINTIFFS' JOINT STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE THE ACTIONS, APPOINT LEAD PLAINTIFF, AND TO APPROVE LEAD PLAINTIFF'S SELECTION OF CO-LEAD COUNSEL** by depositing a true copy thereof in a United States mailbox at Los Angeles, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3.    That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 4, 2005, at Los Angeles, California.

_____
_/s/ Diana L. Houck_
DIANA L. HOUCK

INFINEON TECHS (CA)

Service List - 1/10/2005    (04-0381)

Page 1 of 2

## Counsel For Defendant(s)

General  Counsel
Infineon Technologies North America Corp.
1730 North First Street
San Jose, CA  95112

## Counsel For Plaintiff(s)

Michael D. Braun
Marc L. Godino
Braun Law Group, P.C.
12400 Wilshire Blvd., Suite 920
Los Angeles, CA  90025
   310/442-7755
   310/442-7756 (Fax)

Robert S. Green
Green Welling LLP
235 Pine Street, 15th Floor
San Francisco, CA  94104
   415/477-6700
   415/477-6710 (Fax)

Marc S. Henzel
Law Offices of Marc S. Henzel
273 Montgomery Avenue, Suite 202
Bala Cynwyd, PA  19004
   610/660-8000
   610/660-8080 (Fax)

Lionel Z. Glancy
Peter A. Binkow
Glancy Binkow & Goldberg LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA  90067
   310/201-9150
   310/201-9160 (Fax)

Charles J. Piven
Law Offices of Charles J. Piven, P.A.
The World Trade Center-Baltimore
401 East Pratt Street, Suite 2525
Baltimore, MD  21202
   410/332-0030
   410/685-1300 (Fax)

John K. Grant
Sylvia  Sum
Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111-5238
   415/288-4545
   415/288-4534 (Fax)

INFINEON TECHS (CA)

Service List - 1/10/2005    (04-0381)

Page 2 of 2

William S. Lerach
Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
401 B Street, Suite 1600
San Diego, CA 92101-4297
  619/231-1058
  619/231-7423 (Fax)

Marc A. Topaz
Richard A. Maniskas
Tamara Skivirsky
Schiffrin & Barroway, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
  610/667-7706
  610/667-7056 (Fax)

Robert I. Harwood
Jeffrey M. Norton
Wechsler Harwood LLP
488 Madison Avenue, 8th Floor
New York, NY 10022
  212/935-7400
  212/753-3630 (Fax)

Eric J. Belfi
Murray, Frank & Sailer LLP
275 Madison Avenue, Suite 801
New York, NY 10016
  212/682-1818
  212/682-1892 (Fax)

Alexander Reus
Tilp Rechtsanwalte PLLC
100 SE Second Street, Suite 2610
Miami, FL 33131
  786/235-5000
  786/235-5005 (Fax)

UNITED STATES DISTRICT COURT

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID P. BERLIEN, On Behalf of Himself and All Others Similarly Situated, | ) ) ) | No. 8:05-cv-00292-LES-TDT |
| | ) | CLASS ACTION |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| CONAGRA FOODS, INC., et al., | ) ) ) | |
| Defendants. | ) ) ) | |
| JOSEPH CALVACCA, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | No. 8:05-cv-00318-LES-TDT |
| | ) | CLASS ACTION |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| CONAGRA FOODS, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

PLAINTIFFS' JOINT STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE THE
ACTIONS, APPOINT LEAD PLAINTIFF AND TO APPROVE LEAD PLAINTIFF'S
SELECTION OF CO-LEAD COUNSEL

WHEREAS, on June 21, 2005, plaintiff in the above-captioned *Berlien v. ConAgra Foods, et al.*, No. 05-cv-292-LES-TDT (D. Neb.) (the "*Berlien* Action"), filed the first of these related actions in the United States District Court for the District of Nebraska alleging violations of the federal securities laws on behalf of a class of purchasers of ConAgra Foods, Inc. ("ConAgra") securities between September 18, 2003 and June 7, 2005, inclusive (the "Class Period"). On June 30, 2005, the above-captioned *Calvacca v. ConAgra Foods, Inc., et al.*, No. 8:05-CV-00318-LES-TDT, was filed in the District of Nebraska on behalf of the same class as that of the *Berlien* Action and asserts the same causes of action. On July 26, 2005, plaintiff in the action captioned *Woods v. ConAgra Foods, Inc., et al.*, No. 05-cv-6707 (S.D.N.Y.), filed a related action in the United States District Court for the Southern District of New York on behalf of the same class as that of the *Berlien* Action and asserts the same causes of action.

WHEREAS, pursuant to §21D(a)(3)(A) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §78u-4(a)(3)(A), the plaintiff in the *Berlien* Action caused notice to be published on *Business Wire* on June 21, 2005 (the "Notice"), which informed class members of their right to seek appointment as lead plaintiff by filing a motion with the court no later than August 22, 2005;

WHEREAS, on August 22, 2005, putative class member National Elevator Industry Pension Fund ("National Elevator"), pursuant to §21D of the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), timely filed a motion seeking consolidation of the above-captioned actions, appointment as lead plaintiff, and approval of its selection of Lerach Coughlin Stoia Geller Rudman & Robbins LLP as lead counsel in the proposed consolidated cases. During the Class Period, National Elevator purchased 256,800 shares of ConAgra common stock and suffered losses of $1,266,629 on its transactions;

WHEREAS, on August 22, 2005, purported class member International Fund Management S.A., Luxembourg ("International Fund Management"), pursuant to §21D of the PSLRA, timely filed a motion seeking consolidation of the above-captioned actions, appointment as lead plaintiff, and approval of its selection of Murray, Frank & Sailer LLP as lead counsel in the proposed consolidated cases. During the Class Period, International Fund Management purchased 298,297 shares of ConAgra common stock on the New York Stock Exchange and suffered losses of $1,139,802 on its transactions;

WHEREAS, on August 22, 2005, the self-styled "Sumas Group," comprised of putative class members James Sumas, Jean Bull, Joan B. Galbraith, Nelson D. Fogle, Donna M. Fogle, Frieda B. Blum and Betty B. Bates, pursuant to §21D of the PSLRA, timely filed a motion seeking consolidation of the above-captioned actions, appointment as lead plaintiff, and approval of its selection of Stull, Stull & Brody as lead counsel in the proposed consolidated cases. During the Class Period, the Sumas Group purchased 4,300 shares of ConAgra common stock and suffered losses of $12,536 on its transactions;

WHEREAS, there are no other motions to be appointed lead plaintiff and to approve lead plaintiff's selection of lead counsel pending in the District of Nebraska or the Southern District of New York;

WHEREAS, pursuant to the PSLRA, the Court is to presume that the "most adequate plaintiff" is the person or group of persons who "in the determination of the court has the largest financial interest in the relief sought by the class";

WHEREAS, National Elevator, having suffered a loss of $1,266,629, and International Fund Management, having suffered a loss of $1,139,802, each have a significant financial interest in the outcome and a financial interest far exceeding that of the only other lead plaintiff movant, the Sumas Group, which suffered an aggregated loss of $12,536;

- 2 -

WHEREAS, National Elevator and International Fund Management understand the importance of supervising and monitoring the case and have determined that in order to best protect the interests of the class it would be more efficient to propose a consensual resolution of this matter rather than to proceed with competing lead plaintiff motions. As a result, National Elevator and International Fund Management have reached an agreement for the joint appointment of National Elevator and International Fund Management as lead plaintiff;

WHEREAS, National Elevator has selected its counsel, Lerach Coughlin Stoia Geller Rudman & Robbins LLP, to serve as co-lead counsel and International Fund Management has selected its counsel, Murray, Frank & Sailer LLP, to serve as co-lead counsel for the purchasers of ConAgra securities; and

WHEREAS, the proposed lead plaintiffs, National Elevator and International Fund Management, collectively have the largest financial interest in the relief sought by the class and satisfy the requirements of §21D(a)(3)(B)(iii)(I) of the Exchange Act, 15 U.S.C. §78u-4(a)(3)(B)(iii)(I);

IT IS HEREBY STIPULATED AND AGREED, by the parties, through their undersigned counsel, as follows:

1.       National Elevator and International Fund Management shall be appointed lead plaintiff for the class, pursuant to §21D(a)(3)(B) of the Exchange Act, 15 U.S.C. §78u-4(a)(3)(B);

2.       Lerach Coughlin Stoia Geller Rudman & Robbins LLP and Murray, Frank & Sailer LLP will serve as co-lead counsel for the class, pursuant to §21D(a)(3)(B)(v) of the Exchange Act, 15 U.S.C. §78u-4(a)(3)(B)(v);

3.       Each of the related actions shall be consolidated for all purposes (the "Consolidated Action"). This Order shall apply to the Consolidated Action and to each case that relates to the same

subject matter that is subsequently filed in this Court or is transferred to this Court and is
consolidated with the Consolidated Action;

    4.    Every pleading filed in this Action shall have the following caption:

| | |
|---|---|
| IN RE CONAGRA FOODS, INC.<br>SECURITIES LITIGATION | )<br>)<br>)<br>)   Case No. 05-CV-00292-LES-TDT |

DATED: September 6, 2005          LERACH COUGHLIN STOIA GELLER
                                   RUDMAN & ROBBINS LLP
                              DARREN J. ROBBINS
                              RAMZI ABADOU

                                      /s/ *Ramzi Abadou*
                                     RAMZI ABADOU

                              401 B Street, Suite 1600
                              San Diego, CA 92101
                              Telephone: 619/231-1058
                              619/231-7423 (fax)

                              LERACH COUGHLIN STOIA GELLER
                                   RUDMAN & ROBBINS LLP
                              PATRICK J. COUGHLIN
                              JONATHAN E. BEHAR
                              REGINA M. AMES
                              MICHAEL F. GHOZLAND
                              9601 Wilshire Blvd., Suite 510
                              Los Angeles, CA 90210
                              Telephone: 310/859-3100
                              310/278-2148 (fax)

DATED: September 6, 2005

                              MURRAY, FRANK & SAILER LLP
                              BRIAN P. MURRAY (BM-9954)
                              ERIC J. BELFI (EB-8895)

                                     /s/ *Brian P. Murray*
                                     BRIAN P. MURRAY

275 Madison Avenue, Suite 801
New York, NY 10016
Telephone: 212/682-1818
212/682-1892 (fax)

[Proposed] Lead Counsel for Plaintiffs

ABRAHAMS KASLOW & CASSMAN LLP
FREDERICK S. CASSMAN
8712 West Dodge Road, Suite 300
Omaha, NE 68114-3419
Telephone: 402/392-1250
402/392-0816 (fax)

[Proposed] Liaison Counsel

\*      \*      \*

## O R D E R

IT IS SO ORDERED.

DATED: _____    _____
                                   THE HONORABLE LYLE E. STROM
                                   UNITED STATES DISTRICT JUDGE

S:\CasesSD\ConAgra Foods\STIP00024128-Joint-NE2.doc

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1.     That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 401 B Street, Suite 1600, San Diego, California 92101.

2.     That on September 6, 2005, declarant served the PLAINTIFFS' JOINT STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE THE ACTIONS, APPOINT LEAD PLAINTIFF AND TO APPROVE LEAD PLAINTIFF'S SELECTION OF CO-LEAD COUNSEL by depositing a true copy thereof in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3.     That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of September, 2005, at San Diego, California.

/s/ *Deborah D. Hayes*
DEBORAH D. HAYES

CONAGRA

Service List – 9/6/2005    (05-0138)

Page 1 of 2

**Counsel For Defendant(s)**

Patrick E. Brookhouser, Jr.
McGrath, North, Mullin & Kratz, P.C.
First National Tower, Suite 3700
1601 Dodge Street
Omaha, NE 68102
  402/341-3070
  402/341-0216 (Fax)

**Counsel For Plaintiff(s)**

Frederick S. Cassman
Abrahams Kaslow & Cassman LLP
8712 West Dodge Road, Suite 300
Omaha, NE 68114-3419
  402/393-1250
  402/392-0816 (Fax)

James M. Bausch
Shawn D. Renner
Andre R. Barry
Cline, Williams, Wright, Johnson & Oldfather, LLP
233 South 13th Street, Suite 1900
Lincoln, NE 68508-2095
  402/474-6900

Norman Denenberg
Law Office of Norman Denenberg
3814 Dodge Street
Omaha, NE 68131
  402/551-5540

James M. Orman
Law Offices of James M. Orman
1845 Walnut Street, 14th Floor
Philadelphia, PA 19103
  215/523-7800
  215/523-9290 (Fax)

Jonathan E. Behar
Regina M. Ames
Michael F. Ghozland
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210
  310/859-3100
  310/278-2148 (Fax)

Eric J. Belfi
Christopher S. Hinton
Bradley P. Dyer
Murray, Frank & Sailer LLP
275 Madison Avenue, Suite 801
New York, NY 10016
  212/682-1818
  212/682-1892 (Fax)

CONAGRA

Service List – 9/6/2005    (05-0138)

Page 2 of 2

Marc A. Topaz
Richard A. Maniskas
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087
  610/667-7706
  610/667-7056 (Fax)

Jules Brody
Aaron Brody
Michael J. Klein
Stull, Stull & Brody
6 East 45th Street, 4th Floor
New York, NY 10017
  212/687-7230
  212/490-2022 (Fax)

Alexander Reus
Tilp Rechtsanwalte PLLC
100 SE Second Street, Suite 2610
Miami, FL 33131
  786/235-5000
  786/235-5005 (Fax)

Thomas M. White
White & Wulff
Continental Building
209 South 19th Street, Suite 300
Omaha, NE 68102-1705
  402/346-5700
  402/346-5999 (Fax)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

MILWAUKEE DIVISION

---

RAYMOND KADAGIAN, On Behalf of
Himself and All Others Similarly Situated,

                Plaintiff,           Civil No. 2:05-cv-00547-CNC

vs.                          CLASS ACTION

HARLEY-DAVIDSON, INC., et al.,

                Defendants.

---

ALBERT VILLAR, Individually and On
Behalf of All Others Similarly Situated,

                Plaintiff,           Civil No. 2:05-cv-00554-CNC

vs.                          CLASS ACTION

HARLEY-DAVIDSON, INC., et al.,

                Defendants.

---

PLAINTIFFS' JOINT STIPULATION TO CONSOLIDATE THE ACTIONS, APPOINT LEAD
PLAINTIFF, AND TO APPROVE LEAD PLAINTIFF'S SELECTION OF CO-LEAD
COUNSEL

---

[Caption continued on following page.]

FRANKLIN HIMES, On Behalf of Himself
and All Others Similarly Situated,

                Plaintiff,        Civil No. 2:05-cv-00579-LA

vs.                      CLASS ACTION

HARLEY-DAVIDSON, INC., et al.,

                Defendants.

---

PHILIP KATZ, Individually and On Behalf of
All Others Similarly Situated,

                Plaintiff,        Civil No. 2:05-cv-00609-CNC

vs.                      CLASS ACTION

HARLEY-DAVIDSON, INC., et al,

                Defendants.

---

JAMES A. ZIOLKOWSKI, On Behalf of
Himself and All Others Similarly Situated,

                Plaintiff,        Civil No. 2:05-cv-00629-CNC

vs.                      CLASS ACTION

HARLEY-DAVIDSON, INC., et al.,

                Defendants.

---

CHARLES R. BOURRET, On Behalf of
Himself and All Others Similarly Situated,

                Plaintiff,        Civil No. 2:05-cv-00696-CNC

vs.                      CLASS ACTION

HARLEY-DAVIDSON, INC., et al.,

                Defendants.

WHEREAS, on or about May 18, 2005, plaintiff in the above-captioned *Kadagian v. Harley-Davidson, Inc., et al.*, 05-cv-547 (E.D. Wis. 2005) (the "*Kadagian* Action") filed the first of these related actions alleging violations of the federal securities laws on behalf of a class of purchasers of Harley-Davidson, Inc. ("Harley-Davidson") securities between January 21, 2004, and April 14, 2005, inclusive (the "Class"). Each of the above-captioned actions filed, was filed on behalf of the same Class as that of the *Kadagian* Action and asserts the same causes of action;

WHEREAS, pursuant to §21D(a)(3)(A) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. §78u-4(a)(3)(A), the plaintiff in the *Kadagian* Action caused notice to be published on *Primezone* on May 18, 2005 (the "Notice"), which informed class members of their right to seek appointment as lead plaintiff by filing a motion with the Court no later than July 18, 2005;

WHEREAS, on July 18, 2005, putative Class members Deka Investment GmbH and Deka International S.A. Luxembourg (the "Deka Funds"), and class member Paul G. Satzinger, pursuant to §21D of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), timely filed a motion seeking consolidation of the above-captioned actions, appointment as Lead Plaintiff, and approval of their selection of Murray, Frank & Sailer LLP as Lead Counsel in the proposed consolidated cases. During the Class Period, the Deka Funds purchased 246,242 shares of Harley-Davidson common stock and assert that they suffered a collective loss of $1,870,288 on their transactions;

WHEREAS, on July 18, 2005, putative class members Construction Laborers Pension Trust of Greater St. Louis, the Iron Workers Local No. 25 Pension Fund and the City of Sterling Heights Police & Fire Retirement System ("Pension Funds"), pursuant to §21D of the PSLRA, timely filed a motion seeking consolidation of the above-captioned actions, appointment as Lead Plaintiff, and approval of its selection of Lerach Coughlin Stoia Geller Rudman & Robbins LLP as Lead Counsel in the proposed consolidated cases. During the Class Period, the Pension Funds purchased 57,200

shares of Harley-Davidson common stock on the New York Stock Exchange and assert that they

suffered a collective loss of $558,400 on their transactions;

WHEREAS, on July 18, 2005, purported class members USA Capital Corp., Jack D. Cox and

Raymond Kadagian (the "USA Capital Group"), pursuant to §21D of the PSLRA, timely filed a

motion seeking consolidation of the above-captioned actions, appointment as Lead Plaintiff, and

approval of its selection of Scott + Scott, LLC as Lead Counsel in the proposed consolidated cases.

During the Class Period, the USA Capital Group purchased 9,150 shares of Harley-Davidson

common stock and asserts that it suffered a collective loss of $122,570 on its transactions;

WHEREAS, pursuant to the PSLRA, the Court is to presume that the "most adequate

plaintiff" is the person or group of persons who "in the determination of the court has the largest

financial interest in the relief sought by the class" and otherwise satisfies the requirements of Fed. R.

Civ. P. 23;

WHEREAS, the Deka Funds and the Pension Funds each claim a financial interest in the

relief sought far exceeding that of the only other lead plaintiff movant;

WHEREAS, the Deka Funds and the Pension Funds, collectively, are capable of otherwise

satisfying the requirements of Rule 23;

WHEREAS the only other lead plaintiff movant, the USA Capital Group, did not file an

opposition to the motions filed by the Deka Funds and the Pension Funds;

WHEREAS, the Deka Funds and the Pension Funds understand the importance of

supervising and monitoring the case and have determined that in order to best protect the interests of

the Class it would be more efficient to propose a consensual resolution of this matter rather than to

proceed with competing lead plaintiff motions. *See Montoya v. Mamma.com Inc.*, No. 05 Civ. 2313

(HB), 2005 U.S. Dist. LEXIS 10224, *5 (S.D.N.Y. May 31, 2005) (holding that "two independent

lead plaintiff movants may join together to help ensure that 'adequate resources and experience are available to the prospective class in the prosecution of this action'").

WHEREAS, the Deka Funds and the Pension Funds have reached an agreement that resolves the pending motions and provides for the joint appointment of the Deka Funds and the Pension Funds as lead plaintiff. *See Pirelli Armstrong Tire Corp. Retiree Med. Benefits Trust v. LaBranche & Co.*, No. 03 Civ. 8264 (RWS), 2004 U.S. Dist. LEXIS 9571, 82-83 (S.D.N.Y. May 27, 2004) ("Creating a co-lead structure here will have the salutary effect of providing greater stability in the prosecution of these consolidation actions, should a decision be reached at some later stage in the litigation that either co-lead plaintiff will not adequately represent the class.");

WHEREAS, the Deka Funds have selected their counsel, Murray, Frank & Sailer LLP, to serve as Co-Lead Counsel and the Pension Funds have selected their counsel, Lerach Coughlin Stoia Geller Rudman & Robbins LLP, to serve as Co-Lead Counsel for the Class; and

WHEREAS, the Deka Funds and the Pension Funds, collectively, have the largest financial interest in the relief sought by the Class and collectively satisfy the requirements of §21D(a)(3)(B)(iii)(I) of the Exchange Act, 15 U.S.C. §78u-4(a)(3)(B)(iii)(II).

IT IS HEREBY STIPULATED AND AGREED, by the parties, through their undersigned counsel, as follows:

1.    Construction Laborers Pension Trust of Greater St. Louis, the Iron Workers Local No. 25 Pension Fund, the City of Sterling Heights Police & Fire Retirement System, and Deka International S.A. Luxembourg shall be appointed Lead Plaintiff for the Class, pursuant to §21D(a)(3)(B) of the Exchange Act, 15 U.S.C. §78u-4(a)(3)(B);

2.    Lerach Coughlin Stoia Geller Rudman & Robbins LLP and Murray, Frank & Sailer LLP will serve as Co-Lead Counsel for the Class, pursuant to §21D(a)(3)(B)(v) of the Exchange Act,

15 U.S.C. §78u-4(a)(3)(B)(v), and Hale & Wagner, S.C. and Ademi & O'Reilly, LLP will serve as
Co-Liaison Counsel;

      3.     Each of the related actions shall be consolidated for all purposes (the "Consolidated
Action") pursuant to Fed. R. Civ. P. 42(a). This Order shall apply to the Consolidated Action and to
each case that relates to the same subject matter that is subsequently filed in this Court or is
transferred to this Court and is consolidated with the Consolidated Action;

      4.     Every pleading filed in this Action shall have the following caption:

| | |
|---|---|
| IN RE HARLEY-DAVIDSON, INC.    ) <br> SECURITIES LITIGATION       ) | Case No. 05-cv-00547-CNC |

      5.     When a pleading is intended to apply to all actions governed by this Order, the words
"All Actions" shall appear immediately after the words "This Document Relates To:" in the caption
set out above. When a pleading is intended to apply only to some, but not all of the consolidated
actions, this Court's docket number for each individual action to which the paper is intended to be
applicable and the last name of the first-named plaintiff in said action shall appear immediately after
the words "This Document Relates To:" in the caption described above (*e.g.*, "No. 2:04-cv-00547"
("*Kadagian*")).

Dated: August 29, 2005                  Respectfully submitted,
                                        /Christopher S. Hinton
                                        CH-0759
                                        MURRAY, FRANK & SAILER LLP
                                        BRIAN P. MURRAY
                                        ERIC J. BELFI
                                        275 Madison Avenue, 8th Floor
                                        New York, NY 10016
                                        Telephone: 212/682-1818
                                        212/682-1892 (fax)

Dated: August 29, 2005

s/Darren J. Robbins
LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MICHAEL J. DOWD
RAMZI ABADOU
BRIAN O. O'MARA
401 B Street, Suite 1600
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PAUL GELLER
197 S. Federal Highway, Suite 200
Boca Raton, FL 33432
Telephone: 561/750-3000
561-750-3364 (fax)

[Proposed] Co-Lead Counsel

HALE & WAGNER, S.C.
CHRISTOPHER T. HALE (Bar No. 1016363)
K. SCOTT WAGNER (Bar No. 1004668)
205 East Wisconsin Avenue, Suite 300
Milwaukee, WI 53202
Telephone: 414/278-7000
414/278-7590 (fax)

ADEMI & O'REILLY, LLP
GURI ADEMI
SHPETIM ADEMI
3620 East Layton Avenue
Cudahy, WI 53110
Telephone: 414/482-8000
414/482-8001 (fax)

[Proposed] Co-Liaison Counsel

S:\CasesSD\Harley-Davidson\STP00023934-1.doc

- 5 -

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

RAYMOND KADAGIAN, On Behalf of
Himself and All others Similarly Situated,

Plaintiff,

v.

Case No. 05-C-0547

HARLEY-DAVIDSON, INC.,
JEFFREY L. BLEUSTEIN,
JAMES L. ZIEMER,

Defendants.

ALBERT VILLAR,
Individually and On Behalf of
All Others Similarly Situated,

Plaintiff,

v.

Case No. 05-C-0554

HARLEY-DAVIDSON, INC.,
JEFFREY BLEUSTEIN,
JAMES ZIEMER,
JAMES BROSTOWITZ,

Defendants.

ORDER CONSOLIDATING THE RELATED ACTIONS, APPOINTING
LEAD PLAINTIFF AND LEAD PLAINTIFF'S SELECTION OF LEAD
AND LIAISON COUNSEL

[Caption continued on following pages]

FRANKLIN HIMES,

        Plaintiff,

        v.                                Case No. 05-C-0579(LA)

HARLEY-DAVIDSON INC.,
JEFFREY L. BLEUSTEIN,
JAMES M. BROSTOWITZ,
R. JON FLICKINGER,
JOHN A. HEVEY,
RONALD M. HUTCHINSON,
GAIL A. LIONE,
JAMES A. MCCASLIN,
KENNETH SUTTON, JR.,
DONNA F. ZARCONE,
JAMES L. ZIEMER,

        Defendants.

---

PHILIP KATZ, Individually and On Behalf
of All Others Similarly Situated,

        Plaintiff,

        v.                                Case No. 05-C-0609

HARLEY-DAVIDSON, INC.,
JEFFREY BLEUSTEIN,
JAMES ZIEMER,
JAMES M. BROSTOWITZ,

        Defendants.

---

JAMES A. ZIOLKOWSKI, On Behalf of
Himself and All Others Similarly Situated,

        Plaintiff,

        v.                                Case No. 05-C-0629

2

HARLEY-DAVIDSON, INC.,
JEFFREY L. BLEUSTEIN,
JAMES M. BROSTOWITZ,
KARL M. EBERLE,
JON R. FLICKINGER,
JOHN A. HEVEY,
RONALD M. HUTCHINSON,
GAIL A. LIONE,
JAMES A MCCASLIN,
W. KENNETH SUTTON, JR.,
DONNA F. ZARCONE,
JAMES L. ZIEMER,

                    Defendants.

---

CHARLES R. BOURRET,
On Behalf of Himself and
All Others Similarly Situated,

                  Plaintiff,

           v.                    Case No. 05-C-0696

HARLEY-DAVIDSON, INC.,
JEFFREY L. BLEUSTEIN,
JAMES M. BROSTOWITZ,
R. JON FLICKINGER,
JOHN A. HEVEY,
RONALD M. HUTCHINSON,
GAIL A. LIONE,
JAMES A. McCASLIN,
W. KENNETH SUTTON, JR.,
DONNA F. ZARCONE,
JAMES L. ZIEMER,

                    Defendants.

---

Having considered the Plaintiffs' Joint Stipulation to Consolidate the Actions, Appoint Lead Plaintiff, and to Approve Lead Plaintiff's Selection of Co-Lead Counsel, and good cause appearing therefore, IT IS HEREBY ORDERED that:

1.    The stipulation is approved in part.

2.    Construction Laborers Pension Trust of Greater St. Louis, the Iron Workers

Local No. 25 Pension Fund, the City of Sterling Heights Police & Fire Retirement System,

and Deka International S.A. Luxembourg are hereby appointed Lead Plaintiffs for the

Class, pursuant to §21D(a)(3)(B) of the Securities Exchange Act of 1934 (Exchange Act),

15 U.S.C. §78u-4(a)(3)(B).

3.    Lerach Coughlin Stoia Geller Rudman & Robbins LLP and Murray, Frank &

Sailer LLP are approved as Co-Lead Counsel for the Class, pursuant to §21D(a)(3)(B)(v)

of the Exchange Act, 15 U.S.C. §78u-4(a)(3)(B)(v), and Hale & Wagner, S.C. is approved

as Liaison Counsel.

4.    Each of the above-entitled cases is found to be related and is consolidated

for all purposes (the Consolidated Action) pursuant to Fed. R. Civ. P. 42(a).  This order

applies to the above-entitled cases and to each case related to the claims at issue in this

Consolidated Action that is pending in this district, transferred to this district or consolidated

with the above-entitled cases on or after this date, in accordance with this order.

5.    Every pleading filed in this action shall have the following caption:

| | |
|---|---|
| IN RE HARLEY-DAVIDSON, INC. | ) |
| SECURITIES LITIGATION | ) |

IN RE HARLEY-DAVIDSON, INC.          )
SECURITIES LITIGATION               )          Case No. 05-C-00547-CNC
                                    )

6.    When a pleading is intended to apply to all actions governed by this order,

the words "All Actions" shall appear immediately after the words "This Document Relates

To:" in the caption set out above.  When a pleading is intended to apply only to some, but

not all of the Consolidated Actions, this court's docket number for each individual action

4

to which the paper is intended to be applicable and the last name of the first-named

plaintiff in said action shall appear immediately after the words "This Document Relates

To:" in the caption described above (e.g., "No. 2:04-C-00547," (Kadagian)).

Dated at Milwaukee, Wisconsin, this 14th day of February, 2006.

BY THE COURT

s/ C. N. CLEVERT, JR.
C. N. CLEVERT, JR.
U. S. District Judge

5