UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
:
BRIARWOOD INVESTMENTS, INC., Individually    :    07 CIV 8159 (LLS)
and On Behalf of All Others Similarly Situated,   :
:
:    NOTICE OF
            Plaintiff,                                  :    **APPEARANCE**
   - against -                                          :
:
CARE INVESTMENT TRUST INC.,                :
:
:
            Defendant.                                  :
------------------------------------------------------------ X

**PLEASE TAKE NOTICE** that Joel G. Chefitz and Myriam P. Warren, both having been admitted to appear in this matter *pro hac vice,* hereby appear as counsel for the defendant, and for the purpose of being added to the list of ECF notice recipients.

Dated: New York, New York
       January 15, 2008

                                                McDERMOTT WILL & EMERY LLP

                                                By: /s/ Andrew Kaizer
                                                    Andrew Kaizer (AK9730)

                                                340 Madison Avenue
                                                New York, New York 10017
                                                (212) 547-5400

                                                *Attorneys for Defendant*
                                                *Care Investment Trust Inc.*

NYK 1104684-1.009900.0011