UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
BRIARWOOD INVESTMENTS, INC., : Civil Action No. 1:07-cv-08159-LLS
Individually and On Behalf of All Others :
Similarly Situated, : <u>CLASS ACTION</u>
:
Plaintiff, : AFFIDAVIT OF ALASKA HOTEL &
: RESTAURANT EMPLOYEES PENSION
vs. : TRUST FUND IN SUPPORT OF
: APPOINTMENT OF LEAD PLAINTIFFS
CARE INVESTMENT TRUST INC., : AND FOR APPROVAL OF SELECTION
: OF LEAD COUNSEL
Defendant. :
:
---------------------------------------------------------x

STATE OF ALASKA           )
                          ) ss:
THIRD JUDICIAL DISTRICT   )

     BRUCE ELIASEN, being duly sworn, deposes and states under penalty of perjury as follows:

     1.    I am Chairman of the Alaska Hotel & Restaurant Employees Pension Trust Fund ("Alaska"), a proposed lead plaintiff, along with the Norfolk County Retirement System ("Norfolk"), in this matter. I submit this Affidavit as a full and candid response to the concerns that the Court raised at the December 14, 2007 conference regarding the lead plaintiff process.

     2.    On November 19, 2007, Alaska filed a motion seeking its appointment as lead plaintiff. I have been informed by Alaska's attorneys at the law firm of Coughlin Stoia Geller Rudman & Robbins LLP ("Coughlin Stoia") that a motion was also filed by Norfolk and State-Boston Retirement System ("Boston"). I have also been informed by Coughlin

Stoia that, at that time, Norfolk and Boston had the largest financial interest in the action, having posted combined losses that arguably exceeded Alaska's individual losses. In addition, I have been informed by Coughlin Stoia that Boston itself had the largest loss of any of the lead plaintiff movants.

3. I have also been informed by Coughlin Stoia that, shortly thereafter, Boston indicated its intention to withdraw from consideration as a lead plaintiff with the apparent understanding that Alaska and Norfolk would seek appointment as lead plaintiffs together. Because Alaska's attorneys at Coughlin Stoia informed me that they have previously worked with Norfolk's counsel, Labaton Sucharow LLP ("Labaton"), we believed, and continue to believe, that we could effectively lead the prosecution of this action along with Norfolk, an institutional investor with losses that are comparable to our own.

4. Indeed, Alaska remains ready, willing and able to perform its responsibilities in connection with leading the prosecution of this action along with Norfolk, a role that Alaska has played before in other similar securities class actions.

5. Alaska's counsel at Coughlin Stoia have also advised us that Boston filed a formal Notice of Withdrawal of its lead plaintiff motion, and that counsel have submitted a Revised Stipulation and Order that proposes the appointment of Alaska and Norfolk as lead plaintiffs, along with the approval of their counsel, Coughlin Stoia and Labaton, respectively, as lead counsel.

_____
BRUCE ELIASEN

Affidavit of Alaska HERE                                                                                    Page 2 of 3
*Briarwood v. Care Investment Trust, Inc.*, 1:07-cv-8159-LLS

SUBSCRIBED AND SWORN to before me this _16th_ day of January, 2008.

                                     _Yvonne Lindblom_
                               Notary Public for the State of Alaska
                               My commission expires: _Sept. 11, 2008_

[Notary Stamp: STATE OF ALASKA NOTARY PUBLIC — Yvonne Lindblom — My Commission Expires Sept. 11, 2008]

CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2008, a copy of the foregoing:

> Affidavit of Alaska Hotel & Restaurant Employees Pension Trust Fund In Support Of Appointment As Lead Plaintiffs And Approval Of Selection Of Lead Counsel

was sent, via U.S. Mail, postage prepaid to the following parties on the attached service list.

*s/ Joseph Russello*_____
Joseph Russello

CARE INVESTMENT
Service List - 12/21/2007   (07-0193)
Page 1 of 1

**Counsel For Defendant(s)**

Andrew David Kaizer
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY  10017
  212/547-5400
  212/547-5444 (Fax)

Joel G. Chefitz
Myriam Pierre Warren
McDermott Will & Emery LLP
227 W. Monroe Street, Suite 3100
Chicago, IL  60606-5096
  312/372-2000
  312/984-3689 (Fax)

**Counsel For Plaintiff(s)**

Jack G. Fruchter
Abraham, Fruchter & Twersky
One Pennsylvania Plaza, Suite 2805
New York, NY  10119
  212/279-5050
  212/279-3655 (Fax)

Samuel H. Rudman
David A. Rosenfeld
Mario Alba, Jr.
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747
  631/367-7100
  631/367-1173 (Fax)

Christopher J. Keller
Andrei V. Rado
Alan I. Ellman
Labaton Sucharow LLP
140 Broadway, 34th Floor
New York, NY  10005
  212/907-0700
  212/818-0477 (Fax)