*STANTON, J.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ORIGINAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/18/08_

---------------------------------------------------------- x

BRIARWOOD INVESTMENTS, INC.,                  :     Civil Action No. 1:07-cv-08159-LLS
Individually and On Behalf of All Others      :
Similarly Situated,                           :     STIPULATION AND ~~[PROPOSED]~~ ORDER    *LLS*
                                              :                                                *1/18*
                        Plaintiff,            :
                                              :
        vs.                                   :
                                              :
CARE INVESTMENT TRUST INC.,                   :
                                              :
                        Defendant.            :
                                              :
---------------------------------------------------------- x

**IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned counsel

for Plaintiff Briarwood Investments, Inc. and Lead Plaintiff Movant Alaska Hotel & Restaurant

Employees Pension Trust Fund, counsel for Defendant Care Investment Trust Inc. and counsel for

Lead Plaintiff Movant Massachusetts Public Pension Funds that:

1.      McDermott Will & Emery is authorized to accept service on behalf of Defendant and

does hereby accept service of the summons and complaint in this action without prejudice and

without waiver of Defendant's defenses except as to sufficiency of service of process.

2.      Because the Private Securities Litigation Reform Act, 15 U.S.C. §78u-4 et seq.,

governs this action, and it is anticipated that this and any related actions will be consolidated and a

consolidated complaint will be filed after the Court appoints Lead Plaintiff, Defendant is not

required to respond to the complaint at this time.

3.      Not later than sixty (60) days after entry of an Order appointing Lead Plaintiff and

Lead Counsel, Lead Plaintiff shall file a consolidated amended class action complaint ("Amended

Complaint"), which shall be deemed the operative complaint.

4.    Defendant shall answer or otherwise respond to the Amended Complaint within sixty (60) days after service of the Amended Complaint.

5.    Should Defendant file a motion to dismiss the Amended Complaint ("Motion to Dismiss"), Lead Plaintiff shall file its opposition to any Motion to Dismiss within sixty (60) days after service of the Motion to Dismiss.

6.    Defendant shall file its reply to Lead Plaintiff's opposition to the Motion to Dismiss within forty-five (45) days after service of the opposition to the Motion to Dismiss.

7.    The Private Securities Litigation Reform Act provides that, "all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss, unless the court finds, upon the motion of any party, that particularized discovery is necessary to preserve evidence or to prevent undue prejudice to that party," 15 U.S.C. § 78u-4(b)(3)(B). Accordingly, the Rule 16 statement and conference are adjourned until after the Court rules on the anticipated motion to dismiss.

DATED: December 6, 2007

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

*Mario Alba, Jr. /MOK*

Samuel H. Rudman
David A. Rosenfeld
Mario Alba Jr.
58 South Service Road, Suite 200
Melville, NY 11747
631/367-7100
631/367-1173 (fax)
*Attorneys for Briarwood Investments, Inc and Alaska Hotel & Restaurant Employees Pension Trust Fund and Proposed Lead Counsel for the Class*

McDERMOTT WILL & EMERY LLP

*Joel D. Kaizi*

Joel G. Chefitz (JC5517)
Myriam Pierre Warren (MW2446)
227 West Monroe Street, Suite 4400
Chicago, Illinois 60606
312/372-2000
312/984-7700 (fax)

Andrew D. Kaizer (AK9730)
340 Madison Avenue
New York, NY 10173-1922
212/547-5400
212/547-5444 (fax)
*Attorneys for Care Investment Trust Inc.*

LABATON SUCHAROW LLP

*Andrei V. Rado / AIK*

Christopher J. Keller
Andrei V. Rado (AR3724)
Alan I. Ellman
140 Broadway
New York, New York 10005
Telephone: 212/907-0700
212/818-0477 (fax)
*Attorneys for Massachusetts Public Pension Funds*
*and Proposed Lead Counsel for the Class*

\* \* \* \*

IT IS SO ORDERED.

DATED: _January 18_        _Louis L. Stanton_
                    THE HONORABLE LOUIS L. STANTON
                    UNITED STATES DISTRICT JUDGE