UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------- x
BRIARWOOD INVESTMENTS, INC., : Civil Action No. 1:07-cv-08159-LLS
Individually and On Behalf of All Others :
Similarly Situated, :
:
                Plaintiff, :
:
vs. :
:
CARE INVESTMENT TRUST INC., :
F. SCOTT KELLMAN, ROBERT O'NEILL :
and FLINT D. BESECKER, :
:
                Defendants. :
--------------------------------------------------- x

## DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT

PLEASE TAKE NOTICE that Defendants Care Investment Trust, Inc., F. Scott Kellman, Robert O'Neill and Flint D. Besecker, by their counsel, will move this Court for an Order dismissing Plaintiffs' Amended Class Action Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6). In support of this Motion, Defendants submit herewith a Memorandum of Law and Declaration of Joel G. Chefitz.

DATED: April 22, 2008

McDERMOTT WILL & EMERY LLP

/s/ Joel G. Chefitz
Joel G. Chefitz (JC5517)
227 West Monroe Street, Suite 4400
Chicago, Illinois 60606
312/372-2000
312/984-7700 (fax)

Andrew D. Kaizer (AK9730)
340 Madison Avenue
New York, NY 10173-1922
212/547-5400
212/547-5444 (fax)

*Attorneys for Care Investment Trust Inc.,
F. Scott Kellman, Robert O'Neill and
Flint D. Besecker*

CHI99 4969841-1.079947.0014