# CERTIFICATE OF SERVICE

I certify under penalty of perjury that, pursuant to 28 U.S.C. §1746, on Tuesday, April 22, 2008, I served the accompanying Defendants' Motion to Dismiss Plaintiffs' Amended Class Action Complaint, Declaration of Joel G. Chefitz in Support of Defendants' Motion to Dismiss Plaintiffs' Amended Class Action Complaint, and Defendants' Memorandum of Law in Support of Their Motion to Dismiss Plaintiffs' Amended Class Action Complaint upon all those having appeared in this matter, and in accordance with the rules of this Court.

Dated: New York, New York
April 22, 2008

_____
Amelia J. Crowley