UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

BRIARWOOD INVESTMENTS, INC.,          :     Civil Action No. 1:07-cv-08159-LLS
Individually and On Behalf of All Others     :
Similarly Situated,                           :
                                              :
                          Plaintiff,          :
                                              :
              vs.                             :
                                              :
                                              :
CARE INVESTMENT TRUST INC.,           :
F. SCOTT KELLMAN, ROBERT O'NEILL      :
and FLINT D. BESECKER,                :
                                              :
                          Defendants.         :

———————————————————— x

### DECLARATION OF JOEL G. CHEFITZ IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT

I, Joel G. Chefitz, declare as follows:

1.   I am a member in good standing of the bar of the State of Illinois and have been admitted *pro hac vice* in the Southern District of New York. I am a partner in the law firm of McDermott Will & Emery. I submit this declaration in support of the motion filed by Care Investment Trust Inc., F. Scott Kellman, Robert O'Neill, and Flint D. Besecker to dismiss Plaintiffs' Amended Class Action Complaint.

2.   Attached as exhibits 1 through 7 are true and correct copies of the following documents:

Exhibit 1:   Form S-11/A Registration Statement, filed with the U.S. Securities and Exchange Commission (SEC) by Care Investment Trust Inc. on June 21, 2007.

Exhibit 2:   Stock price listings for Care Investment Trust Inc. stock on September 18, 2007, and February 19, 2008, reported at the web site www.wsj.com.

Exhibit 3:  Form 10-Q, filed with the SEC by Care Investment Trust Inc. on November 14, 2007.

Exhibit 4:  Contribution Agreement, filed with the SEC as exhibit 10.3 to Form S-11/A by Care Investment Trust Inc. on June 7, 2007.

Exhibit 5:  Form 8-K and exhibit 10.2 to Form 8-K, filed with the SEC by J.P. Morgan Chase Commercial Mortgage Securities Trust 2007-LDP10 on April 13, 2007.

Exhibit 6:  Form 8-K and exhibit 10.2 to Form 8-K, filed with the SEC by J.P. Morgan Chase Commercial Mortgage Securities Trust 2007-LDP12 on September 14, 2007.

Exhibit 7:  Form 10-Q, filed by Care Investment Trust Inc. on August 14, 2007.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

_4/22/2008_
Date

_Joel G. Chefitz /jut_
Joel G. Chefitz

CHI99 4972401-1.079947.0014