# EXHIBIT 2



### HISTORICAL QUOTES

**Care Investment Trust Inc (CRE)**
(NYSE)   U.S. Dollar

| Date | Price | High | Low | Volume |
|---|---|---|---|---|
| 9/18/07 | **11.5** | 12.14 | 11.00 | 28,100 |

**No Splits**

Get another quote any day after 1/2/1970

1/2/1970



Symbol: [ ]   Date: [9/18/2007]   [Go]

Copyright © 1999-2008 BigCharts.com Inc. All rights reserved.
Please see our Terms of Use. Historical and current end-of-day data provided by FT Interactive Data.

Copyright © 2008 Dow Jones & Company, Inc. All Rights Reserved

Case 1:07-cv-08159-LLS   Document 29-13   Filed 04/22/2008   Page 3 of 3





Copyright © 2008 Dow Jones & Company, Inc. All Rights Reserved