# EXHIBIT  3 –

# Part 4

Table of Contents

- the factors referenced in this Form 10-Q, including those set forth under the section captioned "Risk Factors";

- general volatility of the securities markets in which we invest and the market price of our common stock;

- changes in our business or investment strategy;

- changes in healthcare laws and regulations;

- availability, terms and deployment of capital;

- availability of qualified personnel;

- changes in our industry, interest rates, the debt securities markets, the general economy or the commercial finance and real estate markets specifically;

- the degree and nature of our competition;

- the performance and financial condition of borrowers, operators and corporate customers;

- increased rates of default and/or decreased recovery rates on our investments;

- increased prepayments of the mortgage and other loans underlying our mortgage-backed or other asset-backed securities;

- changes in governmental regulations, tax rates and similar matters;

- legislative and regulatory changes (including changes to laws governing the taxation of REITs or the exemptions from registration as an investment company);

- availability of investment opportunities in real estate-related and other securities;

- the adequacy of our cash reserves and working capital; and

- the timing of cash flows, if any, from our investments.

When we use words such as "will likely result," "may," "shall," "believe," "expect," "anticipate," "project," "intend," "estimate," "goal," "objective," or similar expressions, we intend to identify forward looking statements. You should not place undue reliance on these forward looking statements. We are not obligated to publicly update or revise any forward looking statements, whether as a result of new information, future events, or otherwise.

## Item 4.    Controls and Procedures

We maintain disclosure controls and procedures that are designed to ensure that information required to be disclosed in our Exchange Act reports is recorded, processed, summarized and reported within the time periods specified in the SEC's rules and forms, and that such information is accumulated and communicated to our management, including the Chief Executive Officer and Chief Financial Officer, as appropriate, to allow timely decisions regarding required disclosures. Notwithstanding the foregoing, no matter how well a control system is designed and operated, it can provide only reasonable, not absolute, assurance that it will detect or uncover failures within our company to disclose material information otherwise required to be set forth in our periodic reports.

As of the end of the period covered by this report, we conducted an evaluation, under the supervision and with the participation of our management, including our Chief Executive Officer and our Chief Financial Officer, of the effectiveness of the design and operation of our disclosure controls and procedures. Based upon that evaluation, our Chief Executive Officer and Chief Financial Officer concluded that our disclosure controls and procedures were effective as of the end of the period covered by this report.

## Changes in Internal Controls over Financial Reporting

There has been no change in our internal control over financial reporting during the three months ended

September 30, 2007 that has materially affected, or is reasonably likely to materially affect, our internal control over financial reporting.

28

Table of Contents

## Part II.    Other Information

### ITEM 1.    Legal Proceedings

On September 18, 2007, a class action complaint for violations of federal securities laws was filed in the United States District Court, Southern District of New York alleging that the Registration Statement relating the initial public offering of shares of Care Investment Trust Inc.'s common stock, filed on June 21, 2007, failed to disclose that certain of the assets in the contributed portfolio were materially impaired and overvalued and that Care was experiencing increasing difficulty in securing its warehouse financing lines. Care believes the complaint and allegations are without merit and intends to defend against the complaint and allegations vigorously. However, the outcome of this matter can not currently be predicted.

Care is not presently involved in any other material litigation nor, to our knowledge, is any material litigation threatened against us or our investments, other that routine litigation arising in the ordinary course of business. Management believes the costs, if any, incurred by us related to litigation will not materially affect our financial position, operating results or liquidity.

### ITEM 1A.    Risk Factors

### Risk Factors

There have been no material changes to the risk factors previously disclosed in the prospectus filed pursuant to Rule 424b(4) on June 21, 2007 with the Securities and Exchange Commission in connection with our initial public offering, except for a continued disruption in the Collateralized Debt Obligation (CDO) market and other sectors of the credit markets, as discussed below.

Our funding strategy involves leveraging our investments through borrowings, generally through the use of warehouse facilities, bank credit facilities, repurchase agreements, secured loans, securitizations, including the issuance of CDOs or Commercial Mortgage Bond Securities, loans to entities in which we hold, directly or indirectly, interests in pools of assets, and other borrowings. In the short-term we intend to use warehouse lines of credit to finance the acquisition of assets until a sufficient quantity of eligible assets is accumulated, at which point we intend to refinance through a CDO securitization or other long-term secured financing. Currently, the availability of liquidity through CDOs is very limited due to investor concern surrounding sub-prime mortgage credit risk, hedge fund losses, the large volume of unsuccessful leveraged loan syndications and related impact on the overall credit markets. These concerns have materially impacted liquidity in the debt markets, making financing terms for borrowers less attractive. A prolonged downturn in the term CDO and CMBS markets may cause us to seek alternative sources of potentially less attractive financing, and may impede our ability to grow the Company in accordance with our plan.

### ITEM 2.    Changes in Securities and Use of Proceeds

### Unregistered Sales of Equity Securities

None.

29

Table of Contents

**ITEM 6.  Exhibits**

Except as indicated by an asterisk (*), the following exhibits are filed herewith as part of this Form 10-Q.

(a)  Exhibits

| | |
|---|---|
| 10.1 | Master Repurchase Agreement entered into by Care Investment Trust Inc. and two of its subsidiaries, Care QRS 2007 RE Holdings Corp. and Care Mezz QRS 2007 RE Holdings Corp., with Column Financial, Inc. as of October 1, 2007. |
| 31.1 | Certification of CEO pursuant to Section 302 of the Sarbanes-Oxley Act of 2002 |
| 31.2 | Certification of CFO pursuant to Section 302 of the Sarbanes-Oxley Act of 2002 |
| 32.1 | Certification of CEO pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 |
| 32.2 | Certification of CFO pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 |

30

Table of Contents

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

Care Investment Trust, Inc.

By:     /s/ Robert O'Neill
        **Robert O'Neill**
        **Chief Financial Officer,**
        **Treasurer and Secretary**

November 12, 2007

31

Table of Contents

## EXHIBIT INDEX

Except as indicated by an asterisk (*), the following exhibits are filed herewith as part of this Form 10-Q.

| Exhibit No. | Description |
| --- | --- |
| 10.1 | Master Repurchase Agreement entered into by Care Investment Trust Inc. and two of its subsidiaries, Care QRS 2007 RE Holdings Corp. and Care Mezz QRS 2007 RE Holdings Corp., with Column Financial, Inc. |
| 31.1 | Certification of CEO pursuant to Section 302 of the Sarbanes-Oxley Act of 2002 |
| 31.2 | Certification of CFO pursuant to Section 302 of the Sarbanes-Oxley Act of 2002 |
| 32.1 | Certification of CEO pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 |
| 32.2 | Certification of CFO pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 |

32