# EXHIBIT 5 –

# Part 3

```
                                      By: /s/ Mark Green
                                      ------------------------------------
                                      Name: Mark Green
                                      Title: Managing Director
```

<PAGE>

EXHIBIT A

MORTGAGE LOAN SCHEDULE

JPMCC 2007-LDP10
Mortgage Loan Schedule (UBS)

<TABLE>
<CAPTION>

| Loan # | Loan Seller |
|--------|-------------|
| <S>    | <C>         |
| 21     | UBS         |
| 22     | UBS         |
| 23     | UBS         |
| 27     | UBS         |
| 28     | UBS         |
| 29     | UBS         |
| 31     | UBS         |
| 32     | UBS         |
| 32.01  | UBS         |
| 32.02  | UBS         |
| 32.03  | UBS         |
| 32.04  | UBS         |
| 51     | UBS         |
| 56     | UBS         |
| 57     | UBS         |
| 57.01  | UBS         |
| 57.02  | UBS         |
| 70     | UBS         |
| 71     | UBS         |
| 71.01  | UBS         |
| 71.02  | UBS         |
| 71.03  | UBS         |
| 71.04  | UBS         |
| 71.05  | UBS         |
| 71.06  | UBS         |
| 71.07  | UBS         |
| 71.08  | UBS         |
| 71.09  | UBS         |
| 76     | UBS         |
| 80     | UBS         |
| 86     | UBS         |
| 88     | UBS         |
| 92     | UBS         |
| 94     | UBS         |
| 97     | UBS         |
| 98     | UBS         |
| 105    | UBS         |
| 105.01 | UBS         |
| 105.02 | UBS         |

```
105.03          UBS
 109            UBS
 114            UBS
 116            UBS
 119            UBS
119.01          UBS
119.02          UBS
119.03          UBS
 122            UBS
122.01          UBS
122.02          UBS
 124            UBS
 128            UBS
128.01          UBS
128.02          UBS
 133            UBS
 136            UBS
 137            UBS
 141            UBS
 150            UBS
 158            UBS
 160            UBS
 162            UBS
 168            UBS
 174            UBS
174.01          UBS
174.02          UBS
 181            UBS
181.01          UBS
181.02          UBS
 182            UBS
 189            UBS
 190            UBS
190.01          UBS
190.02          UBS
 194            UBS
 198            UBS
 201            UBS
201.01          UBS
201.02          UBS
 205            UBS
 210            UBS
 215            UBS
 217            UBS

<CAPTION>
 Loan #         Mortgagor Name
 ------         --------------
<S>             <C>
   21           SRI Eight Franklin Tower LLC
   22           Bayview II, LLC
   23           Rex Uniondale Hotel LLC
   27           Center West, A California Limited Partnership
   28           90 Broad Owner, LLC
   29           90-100 Trinity Owner LLC
   31           1515 Market Street Acquisition Partners, LP
   32           Art Mortgage Borrower PROPCO 2006-1B L.P., Art Mortgage Borrower OPCO
32.01           Art Mortgage Borrower PROPCO 2006-1B L.P., Art Mortgage Borrower OPCO
32.02           Art Mortgage Borrower PROPCO 2006-1B L.P., Art Mortgage Borrower OPCO
32.03           Art Mortgage Borrower PROPCO 2006-1B L.P., Art Mortgage Borrower OPCO
```

```
32.04         Art Mortgage Borrower PROPCO 2006-1B L.P., Art Mortgage Borrower OPCO
  51          Bronx Park East LLC
  56          TGP-Fair Oaks Plaza, LLC
  57          SRH Whispering Limited Partnership, SRH Boardwalk Apartments, LLC
 57.01        SRH Whispering Limited Partnership, SRH Boardwalk Apartments, LLC
 57.02        SRH Whispering Limited Partnership, SRH Boardwalk Apartments, LLC
  70          9-47 Hall Street Owner, LLC
  71          DEMCO 35 L.L.C., DEMCO II L.L.C., DEMCO IV L.L.C., DEMCO XIX L.L.C.,
              L.L.C., MWIP Development L.L.C. and PM Associates II L.L.C.
 71.01        DEMCO 35 L.L.C., DEMCO II L.L.C., DEMCO IV L.L.C., DEMCO XIX L.L.C.,
              L.L.C., MWIP Development L.L.C. and PM Associates II L.L.C.
 71.02        DEMCO 35 L.L.C., DEMCO II L.L.C., DEMCO IV L.L.C., DEMCO XIX L.L.C.,
              L.L.C., MWIP Development L.L.C. and PM Associates II L.L.C.
 71.03        DEMCO 35 L.L.C., DEMCO II L.L.C., DEMCO IV L.L.C., DEMCO XIX L.L.C.,
              L.L.C., MWIP Development L.L.C. and PM Associates II L.L.C.
 71.04        DEMCO 35 L.L.C., DEMCO II L.L.C., DEMCO IV L.L.C., DEMCO XIX L.L.C.,
              L.L.C., MWIP Development L.L.C. and PM Associates II L.L.C.
 71.05        DEMCO 35 L.L.C., DEMCO II L.L.C., DEMCO IV L.L.C., DEMCO XIX L.L.C.,
              L.L.C., MWIP Development L.L.C. and PM Associates II L.L.C.
 71.06        DEMCO 35 L.L.C., DEMCO II L.L.C., DEMCO IV L.L.C., DEMCO XIX L.L.C.,
              L.L.C., MWIP Development L.L.C. and PM Associates II L.L.C.
 71.07        DEMCO 35 L.L.C., DEMCO II L.L.C., DEMCO IV L.L.C., DEMCO XIX L.L.C.,
              L.L.C., MWIP Development L.L.C. and PM Associates II L.L.C.
 71.08        DEMCO 35 L.L.C., DEMCO II L.L.C., DEMCO IV L.L.C., DEMCO XIX L.L.C.,
              L.L.C., MWIP Development L.L.C. and PM Associates II L.L.C.
 71.09        DEMCO 35 L.L.C., DEMCO II L.L.C., DEMCO IV L.L.C., DEMCO XIX L.L.C.,
              L.L.C., MWIP Development L.L.C. and PM Associates II L.L.C.
  76          Oakmead Terrace LLC
  80          Southbay Marketplace Holdings, LLC
  86          APHM North Charleston, LLC
  88          Broadway Sky, LLC
  92          15 W. 39th St. NY LLC
  94          DEA Jericho LLC
  97          260 West 36 Associates, LLC
  98          MOB Real Estate Holdings, LLC
 105          Yorktown 1031 LLC
105.01        Yorktown 1031 LLC
105.02        Yorktown 1031 LLC
105.03
 109          Delray Square, LLC
 114          961 Southern Boulevard Partners LLC
 116          Wall Street Hospitality, Ltd.
 119          Maplewood 1031 LLC
119.01        Maplewood 1031 LLC
119.02        Maplewood 1031 LLC
119.03        Maplewood 1031 LLC
 122          FLSD Trust Associates II, LLC, B&G Ormond Beach Land Trust, Bray & Gi
122.01        FLSD Trust Associates II, LLC, B&G Ormond Beach Land Trust, Bray & Gi
122.02        FLSD Trust Associates II, LLC, B&G Ormond Beach Land Trust, Bray & Gi
 124          4600 Vegas Drive, LLC
 128          Woodman 1031 PA Limited Partnership, Woodman 1031, LLC
128.01        Woodman 1031 PA Limited Partnership, Woodman 1031, LLC
128.02        Woodman 1031 PA Limited Partnership, Woodman 1031, LLC
 133          308 E. Lancaster Associates, L.P.
 136          Racetrack Plaza LLC
 137          Litke O'Farrell, LLC
 141          Harvest 200 Wireless Boulevard, LLC
 150          166 Realty Associates LLC
 158          Heritage Rock Offices, Ltd.
 160          Harvest 263 Old Country Road, LLC
```

```
162          SCFW, LLC; JKFW, LLC; EKFW, LLC; FWJES, LLC; DSFW, LLC
168          Sarasota Storage, L.P.
174          ACV RAD06 Three, LLC
174.01       ACV RAD06 Three, LLC
174.02       ACV RAD06 Three, LLC
181          Rensor Realty Corp.
181.01       Rensor Realty Corp.
181.02       Rensor Realty Corp.
182          Americana Plaza Associates, LLC
189          Cap Buncombe, LLC
190          ACV RAD06 Two, LLC
190.01       ACV RAD06 Two, LLC
190.02       ACV RAD06 Two, LLC
194          LRF Whippany Associates, L.L.C.
198          Harvest 336 South Service Road, LLC
201          ACV RAD06 One, LLC
201.01
201.02
205          First Reservoir, LLC
210          Belle Terre Associates, LLC
215          Harvest 645 Stewart Avenue, LLC
217          Smith WG, LLC
```

<CAPTION>

| Loan # | Property Address | City |
|--------|------------------|------|
| ------ | ---------------- | ---- |
| <S> | <C> | <C> |
| 21 | 1401 Eye Street, NW | Washington |
| 22 | 1255 Pale San Vitores Road | Tumon |
| 23 | 101 James Doolittle Boulevard | Uniondale |
| 27 | 10877 Wilshire Boulevard | Los Angeles |
| 28 | 90 Broad Street | New York |
| 29 | 90-100 Trinity Place | New York |
| 31 | 1515 Market Street | Philadelphia |
| 32 | Various | Various |
| 32.01 | 1845 Westgate Parkway SW | Atlanta |
| 32.02 | 500 John F. Varley Court | Atlanta |
| 32.03 | 18531 US Route 20 West | East Dubuque |
| 32.04 | 3801 East Princess Anne Road | Norfolk |
| 51 | 2700-2800 Bronx Park East | Bronx |
| 56 | 11350 Random Hills Road | Fairfax |
| 57 | Various | Various |
| 57.01 | 4550 NW 36th Street | Lauderdale La |
| 57.02 | 2915 NW 60th Avenue | Sunrise |
| 70 | 9-47 Hall Street | Brooklyn |
| 71 | Various | Plymouth |
| 71.01 | 47912 Halyard Drive | Plymouth |
| 71.02 | 14909 Beck Road | Plymouth |
| 71.03 | 47799 Halyard Drive | Plymouth |
| 71.04 | 44191 Plymouth Oaks Boulevard | Plymouth |
| 71.05 | 39555 Schoolcraft Road | Plymouth |
| 71.06 | 15111 Keel Street | Plymouth |
| 71.07 | 45501 Helm Street | Plymouth |
| 71.08 | 14744 Jib Street | Plymouth |
| 71.09 | 45550 Helm Street | Plymouth |
| 76 | 1230-1290 Oakmead Parkway | Sunnyvale |
| 80 | 3400-3470 Highland Avenue | National City |
| 86 | 4770 Goer Drive | Charleston |
| 88 | 1691-1695 Broadway | New York |
| 92 | 15 West 39th Street | New Yok |

```
 94        125 and 131 Jericho Turnpike                              Jericho
 97        260 West 36th Street                                      New York
 98        Northwest Michigan Surgery Center                         Traverse City
105        Various                                                   Various
105.01     900 Main Avenue                                           Moorhead
105.02     511 West Williams Street                                  Apex
105.03
109        4771 West Atlantic Avenue                                 Delray Beach
114        961-979 Southern Boulevard                                Bronx
116        117 West Wall Street                                      Midland
119        Various                                                   Various
119.01     845 North Federal Boulevard                               Riverton
119.02     Northeast Corner of Broadway and 109th Street             Crown Point
119.03     Southwest Corner of Monroe Street & Western Street        Mexico
122        Various                                                   Ormond Beach
122.01     295 South Atlantic Ave                                    Ormond Beach
122.02     507 South Atlantic Ave                                    Ormond Beach
124        4600 Vegas Drive                                          Las Vegas
128        Various                                                   Various
128.01     133 West 8th Street                                       Homestead
128.02     2498 Second Loop Road                                     Florence
133        308 East Lancaster Avenue                                 Wynnewood
136        732 South Racetrack Road                                  Henderson
137        180 - 190 O'Farrell Street                                San Francisco
141        200 Wireless Boulevard                                    Hauppauge
150        166 West 125th Street                                     New Yok
158        2310-2340 West Interstate 20                              Arlington
160        263 Old Country Road                                      Melville
162        1912 Whitley Avenue & 6651 Franklin Avenue                Los Angeles
168        619 Cattlemen Road                                        Sarasota
174        Various                                                   Various
174.01     6101 North Broad Street                                   Philadelphia
174.02     21 South Hope Chapel Road                                 Jackson
181        Various                                                   Various
181.01     801-803 Las Olas Boulevard                                Fort Lauderda
181.02     151 North County Road                                     Palm Beach
182        2001 Americana Boulevard                                  Orlando
189        1232 West Wade Hampton Boulevard                          Greenville
190        Various                                                   Various
190.01     104 Pedro Way                                             Winchester
190.02     455 West Main Street                                      Middletown
194        7930 Beltline Road                                        Dallas
198        336 South Service Road                                    Melville
201        Various                                                   Louisville
201.01     7500 Terry Road                                           Louisville
201.02     7700 Shepherdsville Road                                  Louisville
205        One Reservoir Avenue                                      Providence
210        1475 Palm Coast Parkway                                   Palm Coast
215        645 Stewart Avenue                                        Garden City
217        330 Southwest Ward Road                                   Lee's Summit

<CAPTION>
Loan #      Zip Code        County              Property Name
------      --------        ------              -------------
<S>         <C>             <C>                 <C>
 21         20005           Washington          Franklin Tower
 22         96913           Guam                Outrigger Guam Resort
 23         11553           Nassau              Long Island Marriott and Con
 27         90024           Los Angeles         Center West
 28         10004           New York            90 Broad Street
```

| | | | |
|---|---|---|---|
| 29 | 10006 | New York | 90-100 Trinity Place |
| 31 | 19102 | Philadelphia | 1515 Market Street |
| 32 | Various | Various | Americold Pool 1 |
| 32.01 | 30336 | Fulton | 1845 Westgate Parkway SW |
| 32.02 | 30336 | Fulton | 500 John F. Varley Court |
| 32.03 | 61025 | Jo Davies | 18531 U.S. 20 West |
| 32.04 | 23502 | Norfolk | 3801 East Princess Anne Road |
| 51 | 10467 | New York | 2700-2800 Bronx Park East |
| 56 | 22030 | Fairfax | Fair Oaks Plaza |
| 57 | Various | Broward | Sawyer Portfolio |
| 57.01 | 33319 | Broward | Whispering Palms |
| 57.02 | 33313 | Broward | Boardwalk at Inverrary |
| 70 | 11205 | New York | Hall Street |
| 71 | 48170 | Wayne | Demattia Portfolio |
| 71.01 | 48170 | Wayne | Johnson Controls |
| 71.02 | 48170 | Wayne | Flint Group |
| 71.03 | 48170 | Wayne | Dow Corning |
| 71.04 | 48170 | Wayne | Plymouth Oaks I |
| 71.05 | 48170 | Wayne | City Transfer |
| 71.06 | 48170 | Wayne | Karmann |
| 71.07 | 48170 | Wayne | R.A. DeMattia |
| 71.08 | 48170 | Wayne | Tri-Star Fire Protection |
| 71.09 | 48170 | Wayne | Limbach Facility |
| 76 | 94085 | Santa Clara | Oakmead Terrace |
| 80 | 91950 | San Diego | Southbay Marketplace |
| 86 | 29406 | Charleston | Sheraton Charleston |
| 88 | 10019 | New York | 1691 Broadway |
| 92 | 10018 | New York | 15 West 39th Street |
| 94 | 11753 | Nassau | Jericho Office Park |
| 97 | 10018 | New York | 260 West 36th Street |
| 98 | 49684 | Grand Traverse | Northwest Michigan Surgery C |
| 105 | Various | Various | Walgreens Hermilin Portfolio |
| 105.01 | 56560 | Clay | 900 Main Avenue |
| 105.02 | 27502 | Wake | 511 West Williams Street |
| 105.03 | | | |
| 109 | 33445 | Palm Beach | Delray Square |
| 114 | 10459 | New York | 961-979 Southern Boulevard |
| 116 | 79701 | Midland | Hilton Midland Plaza |
| 119 | Various | Various | Walgreens Hermilin Portfolio |
| 119.01 | 82501 | Fremont | 845 North Federal Boulevard |
| 119.02 | 46307 | Lake | NE Corner of Broadway and 10 |
| 119.03 | 65265 | Audrain | SW Corner of Monroe Street & |
| 122 | 32176 | Volusia | Ormond Beach Portfolio |
| 122.01 | 32176 | Volusia | Quality Inn & Suites on the |
| 122.02 | 32176 | Volusia | Comfort Inn on the Beach |
| 124 | 89108 | Clark | Sagebrook Apartments - Las V |
| 128 | Various | Various | Walgreens Hermilin Portfolio |
| 128.01 | 15120 | Allegheny | 133 West 8th Street |
| 128.02 | 29501 | Florence | 2498 Second Loop Road |
| 133 | 19096 | Montgomery | 308 East Lancaster Avenue |
| 136 | 89015 | Clark | K-Mart Henderson, NV |
| 137 | 94102 | San Francisco | 180 - 190 O'Farrell Street |
| 141 | 11788 | Suffolk | 200 Wireless Boulevard |
| 150 | 10027 | New York | 166 West 125th Street |
| 158 | 76017 | Tarrant | Heritage Rock I & II |
| 160 | 11747 | Suffolk | 263 Old Country Road |
| 162 | 90068 | Los Angeles | Franklin Avenue & Whitley Av |
| 168 | 34327 | Sarasota | Metro Self Storage - Sarasot |
| 174 | Various | Various | Rite Aid Portfolio III |
| 174.01 | 19141 | Philadelphia | 6101 North Broad Street |

```
174.02        08527         Ocean                21 South Hope Chapel Road
181           Various        Various             Florida Retail Portfolio
181.01        33301          Broward             801-803 Las Olas Boulevard
181.02        33480          Palm Beach          151 North County Road
182           34759          Orange              Americana Plaza Shopping Cen
189           29650          Greenville          Walgreens - Greer
190           Various        Various             Rite Aid Portfolio II
190.01        40391          Clark               104 Pedro Way
190.02        19709          New Castle County   455 West Main Street
194           75254          Dallas              Walgreens - Dallas
198           11747          Suffolk             336 South Service Road
201           Various        Jefferson           Rite Aid Portfolio I
201.01        40258          Jefferson           7500 Terry Road
201.02        40219          Jefferson           7700 Shepherdsville Road
205           02907          Providence          One Reservoir Avenue
210           32137          Flagler             Belle Terre Shoppes
215           11530          Nassau              645 Stewart Avenue
217           64081          Jackson             Walgreens - Lee's Summit
```

<CAPTION>

| Loan # | Measure | Interest Rate (%) | Net Mortgage Interest Rate | Origi |
|--------|---------|-------------------|----------------------------|-------|
| <S> | <C> | <C> | <C> | <C> |
| 21 | Square Feet | 5.67500 | 5.65461 | 105 |
| 22 | Rooms | 6.98000 | 6.95961 | 105 |
| 23 | Rooms | 6.11850 | 6.09811 | 103 |
| 27 | Square Feet | 5.40000 | 5.37961 | 90 |
| 28 | Square Feet | 5.29250 | 5.27211 | 86 |
| 29 | Square Feet | 6.11841 | 6.09802 | 82 |
| 31 | Square Feet | 5.82800 | 5.80761 | 70 |
| 32 | Square Feet | 5.43350 | 5.41311 | 65 |
| 32.01 | Square Feet | 5.43350 | 5.43350 | 21 |
| 32.02 | Square Feet | 5.43350 | 5.43350 | 20 |
| 32.03 | Square Feet | 5.43350 | 5.43350 | 18 |
| 32.04 | Square Feet | 5.43350 | 5.43350 | 6 |
| 51 | Units | 5.53650 | 5.51611 | 52 |
| 56 | Square Feet | 5.52000 | 5.49961 | 44 |
| 57 | Units | 5.99000 | 5.96961 | 43 |
| 57.01 | Units | 5.99000 | 5.99000 | 21 |
| 57.02 | Units | 5.99000 | 5.99000 | 21 |
| 70 | Square Feet | 5.53500 | 5.51461 | 30 |
| 71 | Square Feet | 5.79500 | 5.77461 | 28 |
| 71.01 | Square Feet | 5.79500 | 5.79500 | 7 |
| 71.02 | Square Feet | 5.79500 | 5.79500 | 5 |
| 71.03 | Square Feet | 5.79500 | 5.79500 | 3 |
| 71.04 | Square Feet | 5.79500 | 5.79500 | 3 |
| 71.05 | Square Feet | 5.79500 | 5.79500 | 3 |
| 71.06 | Square Feet | 5.79500 | 5.79500 | 1 |
| 71.07 | Square Feet | 5.79500 | 5.79500 | 1 |
| 71.08 | Square Feet | 5.79500 | 5.79500 | |
| 71.09 | Square Feet | 5.79500 | 5.79500 | |
| 76 | Square Feet | 5.80200 | 5.78161 | 24 |
| 80 | Square Feet | 5.47700 | 5.45661 | 23 |
| 86 | Rooms | 6.51000 | 6.48961 | 19 |
| 88 | Units | 5.64800 | 5.62761 | 18 |
| 92 | Square Feet | 5.86000 | 5.83961 | 17 |
| 94 | Square Feet | 5.65500 | 5.63461 | 15 |
| 97 | Square Feet | 5.85600 | 5.83561 | 15 |
| 98 | Square Feet | 5.87000 | 5.84961 | 14 |
| 105 | Square Feet | 5.66200 | 5.64161 | 13 |

| 105.01 | Square Feet | 5.66200 | 5.66200 | 4 |
| 105.02 | Square Feet | 5.66200 | 5.66200 | 4 |
| 105.03 | | | | |
| 109 | Square Feet | 5.39900 | 5.37861 | 13 |
| 114 | Square Feet | 5.74000 | 5.71961 | 12 |
| 116 | Rooms | 5.99000 | 5.96961 | 12 |
| 119 | Square Feet | 5.67000 | 5.64961 | 11 |
| 119.01 | Square Feet | 5.67000 | 5.67000 | 3 |
| 119.02 | Square Feet | 5.67000 | 5.67000 | 3 |
| 119.03 | Square Feet | 5.67000 | 5.67000 | 3 |
| 122 | Rooms | 6.80500 | 6.78461 | 11 |
| 122.01 | Rooms | 6.80500 | 6.80500 | 6 |
| 122.02 | Rooms | 6.80500 | 6.80500 | 4 |
| 124 | Units | 5.85000 | 5.82961 | 10 |
| 128 | Square Feet | 5.67700 | 5.65661 | 10 |
| 128.01 | Square Feet | 5.67700 | 5.67700 | 5 |
| 128.02 | Square Feet | 5.67700 | 5.67700 | 4 |
| 133 | Square Feet | 5.87000 | 5.84961 | 9 |
| 136 | Square Feet | 5.51000 | 5.48961 | 9 |
| 137 | Square Feet | 5.87000 | 5.84961 | 8 |
| 141 | Square Feet | 5.87000 | 5.84961 | 8 |
| 150 | Square Feet | 5.77000 | 5.74961 | 7 |
| 158 | Square Feet | 5.66000 | 5.63961 | 6 |
| 160 | Square Feet | 5.87000 | 5.84961 | 6 |
| 162 | Units | 5.61000 | 5.58961 | 6 |
| 168 | Units | 5.79200 | 5.77161 | 5 |
| 174 | Square Feet | 6.01500 | 5.99461 | 5 |
| 174.01 | Square Feet | 6.01500 | 6.01500 | 3 |
| 174.02 | Square Feet | 6.01500 | 6.01500 | 1 |
| 181 | Square Feet | 5.79200 | 5.77161 | 5 |
| 181.01 | Square Feet | 5.79200 | 5.79200 | 2 |
| 181.02 | Square Feet | 5.79200 | 5.79200 | 2 |
| 182 | Square Feet | 6.13000 | 6.10961 | 5 |
| 189 | Square Feet | 6.18000 | 6.15961 | 4 |
| 190 | Square Feet | 6.01500 | 5.99461 | 4 |
| 190.01 | Square Feet | 6.01500 | 6.01500 | 2 |
| 190.02 | Square Feet | 6.01500 | 6.01500 | 1 |
| 194 | Square Feet | 5.53250 | 5.51211 | 4 |
| 198 | Square Feet | 5.99500 | 5.97461 | 3 |
| 201 | Square Feet | 6.01500 | 5.99461 | 3 |
| 201.01 | Square Feet | 6.01500 | 6.01500 | 2 |
| 201.02 | Square Feet | 6.01500 | 6.01500 | 1 |
| 205 | Square Feet | 5.63200 | 5.61161 | 3 |
| 210 | Square Feet | 5.85800 | 5.83761 | 3 |
| 215 | Square Feet | 5.87000 | 5.84961 | 2 |
| 217 | Square Feet | 5.69000 | 5.66961 | 2 |

<CAPTION>

| Loan # | Maturity/ARD Date | Amort. Ter | Rem. Amort | Monthly Debt Service |
| ------ | ----------------- | ---------- | ---------- | -------------------- |
| <S> | <C> | <C> | <C> | <C> |
| 21 | 03/09/12 | 0 | 0 | 503,459 |
| 22 | 03/11/17 | 360 | 360 | 697,158 |
| 23 | 02/10/17 | 0 | 0 | 535,050 |
| 27 | 01/10/17 | 0 | 0 | 410,625 |
| 28 | 01/10/14 | 0 | 0 | 384,564 |
| 29 | 02/09/17 | 0 | 0 | 423,898 |
| 31 | 01/09/12 | 0 | 0 | 344,688 |
| 32 | 12/11/16 | 0 | 0 | 301,616 |
| 32.01 | 12/11/16 | 0 | 0 | |

| | | | | |
|---|---|---|---|---|
| 32.02 | 12/11/16 | 0 | 0 | |
| 32.03 | 12/11/16 | 0 | 0 | |
| 32.04 | 12/11/16 | 0 | 0 | |
| 51 | 03/10/17 | 0 | 0 | 243,247 |
| 56 | 02/09/17 | 0 | 0 | 206,610 |
| 57 | 12/09/16 | 0 | 0 | 217,623 |
| 57.01 | 12/09/16 | 0 | 0 | |
| 57.02 | 12/09/16 | 0 | 0 | |
| 70 | 03/09/17 | 0 | 0 | 140,297 |
| 71 | 01/09/17 | 360 | 360 | 167,280 |
| 71.01 | 01/09/17 | 360 | 360 | |
| 71.02 | 01/09/17 | 360 | 360 | |
| 71.03 | 01/09/17 | 360 | 360 | |
| 71.04 | 01/09/17 | 360 | 360 | |
| 71.05 | 01/09/17 | 360 | 360 | |
| 71.06 | 01/09/17 | 360 | 360 | |
| 71.07 | 01/09/17 | 360 | 360 | |
| 71.08 | 01/09/17 | 360 | 360 | |
| 71.09 | 01/09/17 | 360 | 360 | |
| 76 | 02/09/17 | 0 | 0 | 121,573 |
| 80 | 02/10/17 | 0 | 0 | 106,434 |
| 86 | 12/09/11 | 0 | 0 | 104,782 |
| 88 | 01/10/17 | 0 | 0 | 85,897 |
| 92 | 02/09/17 | 0 | 0 | 84,170 |
| 94 | 02/09/17 | 0 | 0 | 74,536 |
| 97 | 02/09/17 | 0 | 0 | 74,217 |
| 98 | 01/09/17 | 240 | 238 | 102,798 |
| 105 | 03/09/17 | 0 | 0 | 63,721 |
| 105.01 | 03/09/17 | 0 | 0 | |
| 105.02 | 03/09/17 | 0 | 0 | |
| 105.03 | | | | |
| 109 | 03/09/17 | 0 | 0 | 59,302 |
| 114 | 03/09/17 | 0 | 0 | 58,197 |
| 116 | 02/09/17 | 300 | 299 | 77,243 |
| 119 | 03/09/17 | 0 | 0 | 54,805 |
| 119.01 | 03/09/17 | 0 | 0 | |
| 119.02 | 03/09/17 | 0 | 0 | |
| 119.03 | 03/09/17 | 0 | 0 | |
| 122 | 02/10/12 | 300 | 299 | 77,772 |
| 122.01 | 02/10/12 | 300 | 299 | |
| 122.02 | 02/10/12 | 300 | 299 | |
| 124 | 03/10/12 | 0 | 0 | 52,393 |
| 128 | 03/09/17 | 0 | 0 | 48,196 |
| 128.01 | 03/09/17 | 0 | 0 | |
| 128.02 | 03/09/17 | 0 | 0 | |
| 133 | 01/09/17 | 0 | 0 | 47,860 |
| 136 | 03/09/17 | 0 | 0 | 41,899 |
| 137 | 03/09/17 | 0 | 0 | 42,157 |
| 141 | 02/09/17 | 360 | 360 | 48,480 |
| 150 | 03/09/17 | 0 | 0 | 34,126 |
| 158 | 01/09/17 | 361 | 359 | 36,960 |
| 160 | 02/09/17 | 0 | 0 | 30,818 |
| 162 | 02/09/17 | 0 | 0 | 29,408 |
| 168 | 02/09/17 | 0 | 0 | 29,166 |
| 174 | 01/09/17 | 0 | 0 | 28,079 |
| 174.01 | | 0 | 0 | |
| 174.02 | | 0 | 0 | |
| 181 | 03/09/17 | 360 | 360 | 29,312 |
| 181.01 | | 360 | 360 | |
| 181.02 | | 360 | 360 | |

```
182      02/09/17      360      359      30,397
189      01/09/17        0        0      22,191
190      01/09/17        0        0      21,523
190.01   01/09/17        0        0
190.02   01/09/17        0        0
194      03/10/17      360      360      22,793
198      02/09/12        0        0      18,984
201      01/09/17        0        0      19,007
201.01   01/09/17        0        0
201.02   01/09/17        0        0
205      02/09/17      300      299      21,148
210      01/09/17      360      358      18,304
215      02/09/17        0        0      13,208
217      01/09/17        0        0      12,500
```

<CAPTION>

| Loan # | ARD (Y/N) | ARD Step Up(%) | Title Type | Cross Loan | Originator/L |
| ------ | --------- | -------------- | ---------- | ---------- | ------------ |
| <S> | <C> | <C> | <C> | <C> | <C> |
| 21 | No | | Fee | | UBS |
| 22 | No | | Fee | | UBS |
| 23 | No | | Leasehold | | UBS |
| 27 | No | | Leasehold | | UBS |
| 28 | No | | Fee | | UBS |
| 29 | No | | Fee | | UBS |
| 31 | No | | Fee | | UBS |
| 32 | No | | Fee | | UBS |
| 32.01 | No | | Fee | | UBS |
| 32.02 | No | | Fee | | UBS |
| 32.03 | No | | Fee | | UBS |
| 32.04 | No | | Fee | | UBS |
| 51 | No | | Fee | | UBS |
| 56 | No | | Fee | | UBS |
| 57 | No | | Fee | | UBS |
| 57.01 | No | | Fee | | UBS |
| 57.02 | No | | Fee | | UBS |
| 70 | No | | Fee | | UBS |
| 71 | No | | Fee | | UBS |
| 71.01 | No | | Fee | | UBS |
| 71.02 | No | | Fee | | UBS |
| 71.03 | No | | Fee | | UBS |
| 71.04 | No | | Fee | | UBS |
| 71.05 | No | | Fee | | UBS |
| 71.06 | No | | Fee | | UBS |
| 71.07 | No | | Fee | | UBS |
| 71.08 | No | | Fee | | UBS |
| 71.09 | No | | Fee | | UBS |
| 76 | No | | Fee | | UBS |
| 80 | No | | Fee | | UBS |
| 86 | No | | Fee | | UBS |
| 88 | No | | Fee | | UBS |
| 92 | No | | Fee | | UBS |
| 94 | No | | Fee/Leasehold | | UBS |
| 97 | No | | Fee | | UBS |
| 98 | No | | Fee | | UBS |
| 105 | No | | Fee | C | UBS |
| 105.01 | No | | Fee | | UBS |
| 105.02 | No | | Fee | | UBS |
| 105.03 | | | | | |

| 109 | No | Fee | | UBS |
|---|---|---|---|---|
| 114 | No | Fee | | UBS |
| 116 | No | Fee/Leasehold | | UBS |
| 119 | No | Fee | C | UBS |
| 119.01 | No | Fee | | UBS |
| 119.02 | No | Fee | | UBS |
| 119.03 | No | Fee | | UBS |
| 122 | No | Fee | | UBS |
| 122.01 | No | Fee | | UBS |
| 122.02 | No | Fee | | UBS |
| 124 | No | Fee | | UBS |
| 128 | No | Fee | C | UBS |
| 128.01 | No | Fee | | UBS |
| 128.02 | No | Fee | | UBS |
| 133 | No | Fee | | UBS |
| 136 | No | Fee | | UBS |
| 137 | No | Fee | | UBS |
| 141 | No | Fee | | UBS |
| 150 | No | Fee | | UBS |
| 158 | No | Fee | | UBS |
| 160 | No | Fee | | UBS |
| 162 | No | Fee | | UBS |
| 168 | No | Fee | | UBS |
| 174 | No | Various | | UBS |
| 174.01 | No | Fee | | UBS |
| 174.02 | No | Leasehold | | UBS |
| 181 | No | Fee | | UBS |
| 181.01 | No | Fee | | UBS |
| 181.02 | No | Fee | | UBS |
| 182 | No | Fee | | UBS |
| 189 | No | Fee | | UBS |
| 190 | No | Various | | UBS |
| 190.01 | No | Fee | | UBS |
| 190.02 | No | Leasehold | | UBS |
| 194 | No | Fee | | UBS |
| 198 | No | Fee | | UBS |
| 201 | No | Various | | UBS |
| 201.01 | No | Fee | | UBS |
| 201.02 | No | Leasehold | | UBS |
| 205 | No | Fee | | UBS |
| 210 | No | Fee | | UBS |
| 215 | No | Fee | | UBS |
| 217 | No | Fee | | UBS |

<CAPTION>

UPFRONT ESCROW
--------------------------------------------------------------------------------
Loan #    Letter of Credit    Upfront CapEx Reserve    Upfront Eng. Reserve    Upfro

```
  ------   ----------------   ---------------------   ---------------------   -----
  <S>      <C>                 <C>                     <C>                     <C>
      21                                        0.00                    0.00
      22                                        0.00                    0.00
      23      No               20,000,000.00                            0.00
      27      No                        0.00                            0.00
      28      No                2,060,000.00                            0.00
      29      No                        0.00                            0.00
      31      No                2,285,000.00                            0.00
      32      No                        0.00                            0.00
   32.01
   32.02
   32.03
   32.04
      51      No                        0.00                            0.00
      56      No                1,800,000.00                            0.00
      57      No                   13,020.83                      356,500.00
   57.01
   57.02
      70      No                        0.00                            0.00
      71      No                        0.00                       86,294.00
   71.01
   71.02
   71.03
   71.04
   71.05
   71.06
   71.07
   71.08
   71.09
      76      No                    2,237.13                            0.00
      80      No                        0.00                            0.00
      86      No                   29,793.83                            0.00
      88      No                        0.00                            0.00
      92      No                        0.00                            0.00
      94      No                    1,726.33                       51,250.00
      97      No                        0.00                            0.00
      98      No                        0.00                            0.00
     105      No                        0.00                            0.00
  105.01
  105.02
  105.03
     109      No                        0.00                            0.00
     114      No                        0.00                            0.00
     116      No                   46,035.33                            0.00
     119      No                        0.00                            0.00
  119.01
  119.02
  119.03
     122      No                        0.00                       20,000.00
  122.01
  122.02
     124      No                        0.00                            0.00
     128      No                        0.00                            0.00
  128.01
  128.02
     133      No                      876.17                            0.00
     136      No                        0.00                        8,750.00
     137      No                        0.00                            0.00
     141      No                        0.00                            0.00
```

| | | | |
|---|---|---|---|
| 150 | No | 118.75 | 0.00 |
| 158 | No | 0.00 | 0.00 |
| 160 | No | 0.00 | 0.00 |
| 162 | No | 1,113.75 | 11,125.00 |
| 168 | No | 910.53 | |
| 174 | No | 0.00 | 0.00 |
| 174.01 | | | |
| 174.02 | | | |
| 181 | No | 166.30 | 0.00 |
| 181.01 | | | |
| 181.02 | | | |
| 182 | No | 1,330.73 | 163,750.00 |
| 189 | No | 0.00 | 0.00 |
| 190 | No | 0.00 | 0.00 |
| 190.01 | | | |
| 190.02 | | | |
| 194 | No | 0.00 | 0.00 |
| 198 | No | 0.00 | 0.00 |
| 201 | No | 0.00 | 0.00 |
| 201.01 | | | |
| 201.02 | | | |
| 205 | 100,000.0 | 320.79 | 0.00 |
| 210 | No | 170.00 | 0.00 |
| 215 | No | 0.00 | 0.00 |
| 217 | No | 0.00 | 0.00 |

<CAPTION>

| | | | UPFRONT ESCROW |
|---|---|---|---|
| Loan_# | Upfront_RE Tax Reserve | Upfront Ins. Reserve | Upfront Other Reserve |
| ------ | ------------------------- | ---------------------- | ------------------------ |
| <S> | <C> | <C> | <C> |
| 21 | 1,060,901.00 | 10,108.00 | 0.00 |
| 22 | 30,680.00 | 791,667.00 | 0.00 |
| 23 | 0.00 | 0.00 | 1,000,000.00 |
| 27 | 0.00 | 0.00 | 0.00 |
| 28 | 0.00 | 0.00 | 0.00 |
| 29 | 87,045.92 | 8,416.67 | 1,542,649.00 |
| 31 | 112,146.27 | 127,969.40 | 0.00 |
| 32 | 0.00 | 0.00 | 0.00 |
| 32.01 | | | |
| 32.02 | | | |
| 32.03 | | | |
| 32.04 | | | |
| 51 | 61,625.00 | 0.00 | 106,666.67 |
| 56 | 0.00 | 0.00 | 0.00 |
| 57 | 0.00 | 300,768.00 | 0.00 |
| 57.01 | | | |
| 57.02 | | | |
| 70 | 144,030.50 | 0.00 | 0.00 |
| 71 | 53,351.79 | 5,663.00 | 2,001,878.67 |
| 71.01 | | | |
| 71.02 | | | |
| 71.03 | | | |
| 71.04 | | | |
| 71.05 | | | |
| 71.06 | | | |
| 71.07 | | | |
| 71.08 | | | |
| 71.09 | | | |

| | | |
|---:|---:|---:|
| 76 | 50,415.66 | 13,069.33 | 0.00 |
| 80 | 81,123.28 | 0.00 | 0.00 |
| 86 | 0.00 | 173,333.33 | 2,551,658.00 |
| 88 | 7,690.00 | 0.00 | 0.00 |
| 92 | 28,399.00 | 0.00 | 0.00 |
| 94 | 63,635.42 | 40,619.75 | 0.00 |
| 97 | 18,136.83 | 0.00 | 0.00 |
| 98 | 0.00 | 0.00 | 0.00 |
| 105 | 0.00 | 0.00 | 0.00 |
| 105.01 | | | |
| 105.02 | | | |
| 105.03 | | | |
| 109 | 0.00 | 0.00 | 0.00 |
| 114 | 31,209.50 | 4,637.57 | 0.00 |
| 116 | 58,979.81 | 43,057.35 | 0.00 |
| 119 | 0.00 | 0.00 | 0.00 |
| 119.01 | | | |
| 119.02 | | | |
| 119.03 | | | |
| 122 | 26,499.78 | 38,299.00 | 0.00 |
| 122.01 | | | |
| 122.02 | | | |
| 124 | 0.00 | 8,525.25 | 0.00 |
| 128 | 0.00 | 0.00 | 0.00 |
| 128.01 | | | |
| 128.02 | | | |
| 133 | 109,536.00 | 17,195.50 | 0.00 |
| 136 | 6,297.00 | 1,241.00 | 0.00 |
| 137 | 4,504.94 | 3,635.50 | 0.00 |
| 141 | 29,883.25 | 12,017.50 | 0.00 |
| 150 | 19,244.52 | 1,416.44 | 2,300,000.00 |
| 158 | 30,398.33 | 5,663.00 | 0.00 |
| 160 | 12,198.85 | 19,630.42 | 0.00 |
| 162 | 14,320.40 | 9,312.00 | 0.00 |
| 168 | 16,902.50 | 0.00 | 0.00 |
| 174 | 0.00 | 0.00 | 0.00 |
| 174.01 | | | |
| 174.02 | | | |
| 181 | 14,359.17 | 0.00 | 0.00 |
| 181.01 | | | |
| 181.02 | | | |
| 182 | 32,124.33 | 27,300.00 | 350,000.00 |
| 189 | 0.00 | 0.00 | 0.00 |
| 190 | 0.00 | 0.00 | 0.00 |
| 190.01 | | | |
| 190.02 | | | |
| 194 | 0.00 | 0.00 | 0.00 |
| 198 | 24,369.25 | 5,570.58 | 0.00 |
| 201 | 0.00 | 0.00 | 0.00 |
| 201.01 | | | |
| 201.02 | | | |
| 205 | 10,895.00 | 11,343.00 | 0.00 |
| 210 | 3,713.08 | 5,738.25 | 74,050.00 |
| 215 | 10,924.26 | 10,446.33 | 0.00 |
| 217 | 0.00 | 0.00 | 0.00 |

```
<CAPTION>
                                                    MONTHLY ESCROW
              --------------------------------------------------------------------
Loan_#        Monthly TI/LC Reserve     Monthly RE Tax Reserve     Monthly Ins. Reserve
```