# EXHIBIT 6 – Part 3

```
                           UBS REAL ESTATE SECURITIES INC.,
                           as Seller

                           By:   /s/ Brian E. O'Hara
                                 ---------------------------------------
                                 Name:  Brian E. O'Hara
                                 Title: Director

                           By:   /s/ Jeffrey N. Lavine
                                 ---------------------------------------
                                 Name:  Jeffrey N. Lavine
                                 Title: Managing Director
```

<PAGE>

EXHIBIT A

MORTGAGE LOAN SCHEDULE

JPMCC 2007-LDP12
Mortgage Loan Schedule (UBS)

<TABLE>
<CAPTION>

| Loan # | Originator/ Loan Seller | Mortgagor Name |
|---|---|---|
| <S> | <C> | <C> |
| 8 | UBS | 7000 Central Park Investors, LLC |
| 10 | UBS | Pacific Coast Plaza Investments, L.P. |
| 11 | UBS | Integrated Capital - Overland Park LL |
| 17 | UBS | E-Lake Holding, L.P. |
| 17.01 | UBS | |
| 17.02 | UBS | |
| 18 | UBS | Chula Vista Center II Associates, L.P |
| 18.01 | UBS | |
| 18.02 | UBS | |
| 18.03 | UBS | |
| 18.04 | UBS | |
| 18.05 | UBS | |
| 18.06 | UBS | |
| 22 | UBS | Reads West Forsyth, LLC; Sendar (Gara Pepperwood West Forsyth, LLC; West Fo Associates, LLC; Riverside West Forsy |
| 25 | UBS | Kahn Property Owner, LLC |
| 29 | UBS | VR Buckhead Limited Partnership |
| 30 | UBS | Hotel Pacific Monterey, LLC |
| 40 | UBS | VR Sweetwater Limited Partnership |
| 44 | UBS | WRD Melville LLC |
| 49 | UBS | DDCM Broome Realty, LLC and SMGB Broo |
| 53 | UBS | Jacaroga, L.L.C.; Benhad L.L.C. |
| 56 | UBS | North Side Realty Trust |
| 59 | UBS | Jaguar Steel LLC |
| 61 | UBS | Verde Braun Station Apartments LP |
| 62 | UBS | 286 Fifth Realty Corp. |
| 63 | UBS | 25 West 36th Realty Corp. |
| 71 | UBS | Comcapp Bryan Willow Oaks, LLC |
| 72 | UBS | Zahava Realty Corp. |

```
    75              UBS         Hill Country Self Storage Investments
                                DK Hill Country, LP; MW Hill Country,
    78              UBS         2701 Emmons Ave, LLC; Emmons Associat
    79              UBS         WRD Centereach LLC
    80              UBS         Cedar Village Townhomes, LP
    88              UBS         ARC CVHVHMA001, LLC
    89              UBS         ACV North Richland Hills, LP
    90              UBS         MWG Westwood, LLC
    92              UBS         Kingsley-Silverado Springs I, LP; Kin
                                Kingsley-Silverado Springs III, LP; K
                                Kingsley-Silverado Springs V, LP
    94              UBS         DTC Hanover Business Center East, LLC
    96              UBS         Pearl Drake, LLC
    97              UBS         ARC SSMAMO0001, LLC
   101              UBS         348 13th Street LLC
   102              UBS         7231 Roosevelt, L.P.
   103              UBS         Craig Nellis Investments, LLC; DK Cra
                                MW Craig Nellis, LLC; ED Craig Nellis
                                JL Craig Nellis, LLC; MT Craig Nellis
   110              UBS         99 University Corp.
   111              UBS         ARC CVDVLGA001, LLC
   118              UBS         CRE Johnson City Triple Net Holdings
   121              UBS         101-02/10 Metropolitan LLC
   122              UBS         Rosenberg Plaza Associates, L.P.
   134              UBS         Storage Inn Las Vegas Investments, LL
                                Las Vegas; HB Storage Inn Las Vegas,
                                Las Vegas, LLC
   135              UBS         Cordova Storage Investments, LLC
   141              UBS         Naperville Advance, L.L.C.
   162              UBS         ACV Traders Point, LLC


<CAPTION>

                    Property
   Loan #           Address                                        City
------------------------------------------------------------------------------
   <S>              <C>                                            <C>            <
    8               7000 Central Parkway                           Atlanta
   10               2178 Vista Way                                 Oceanside
   11               10800 Metcalf Avenue                           Overland Park
   17               Various                                        Chula Vista
   17.01            1450, 1480, 2097 & 2121 Eastlake Parkway;      Chula Vista
                    2089 & 2127 Olympic Parkway
   17.02            2305 & 2315 Otay Lakes Road                    Chula Vista
   18               Various                                        Various
   18.01            810- 835 College Boulevard                     Oceanside
   18.02            13578 Camino Canada                            El Cajon
   18.03            640-650 Dennery Rd                             San Diego
   18.04            13687 Camino Canada                            El Cajon
   18.05            55 & 67 N. Broadway                            Chula Vista
   18.06            3460-3464 Murphy Canyon Road                   San Diego
   22               200 West Forsyth Street                        Jacksonville
   25               135 West Gate Drive                            Huntington
   29               2900 Pharr Court South NW                      Atlanta
   30               300 Pacific Street                             Monterey
   40               3405 Sweetwater Road                           Lawrenceville
   44               610 Broad Hollow Road                          Melville
   49               248-254 Broome Street                          New York
```

```
 53        6154-6158 Springfield Blvd              Oakland Gardens
 56        1050 Bicentennial Drive                 Manchester
 59        198 Grumman Road West                   Bethpage
 61        9603 Bandera Road                       San Antonio
 62        286 Fifth Avenue                        New York
 63        25 West 36th Street                     New York
 71        3902 East 29th St                       Bryan
 72        447 Broadway                            New York
 75        15616 Stewart Road                      Lakeway
 78        2701 Emmons Avenue                      Brooklyn
 79        1929 Middle Country Road                Centereach
 80        44 Eagle Court                          Wilkes-Barre
 88        225 Main Street                         Haverhill
 89        6537 Northeast Loop 820                 North Richland Hills
 90        112 Westwood Place                      Brentwood
 92        11100 Walnut Hill Lane                  Dallas
 94        272 Brodhead Road                       Bethlehem
 96        17600 Pearl Road                        Strongsville
 97        9521 Lewis & Clark Boulevard            Moline Acres
101        348 13th Street                         Brooklyn
102        7321 Roosevelt Blvd                     Philadelphia
103        5250 Craig Road                         Las Vegas
110        99 University Place                     New York
111        6031 Fairburn Road                      Douglasville
118        335 Main Street                         Johnson City
121        101-04/10 Metropolitan Avenue           Forest Hills
122        2634 Avenue H                           Rosenberg
134        4950 Duneville Street                   Las Vegas
135        1570 Bonnie Lane                        Cordova
141        925 East Odgen Avenue                   Naperville
162        5640 W. 8t6th Street                    Indianapolis
```

<CAPTION>

|  Loan # | Property Name | Size | Measure |
|---|---|---|---|
| <S> | <C> | <C> | <C> |
| 8 | 7000 Central Park | 415324 | Square Feet |
| 10 | Pacific Coast Plaza | 312313 | Square Feet |
| 11 | Marriott Overland Park | 390 | Rooms |
| 17 | Eastlake Terraces Retail Portfolio | 77889 | Square Feet |
| 17.01 | Eastlake Terraces | 61089 | Square Feet |
| 17.02 | Village Center East | 16800 | Square Feet |
| 18 | Chula Vista II Retail Portfolio | 133246 | Square Feet |
| 18.01 | Rancho Del Oro | 43800 | Square Feet |
| 18.02 | East County Square | 28500 | Square Feet |
| 18.03 | Palm Promenade | 32198 | Square Feet |
| 18.04 | East County Village | 12501 | Square Feet |
| 18.05 | Broadway Plaza | 8632 | Square Feet |
| 18.06 | Stonecrest Plaza | 7615 | Square Feet |
| 22 | BB&T Tower | 252987 | Square Feet |
| 25 | Oheka Castle | 32 | Rooms |
| 29 | Camelot Buckhead Apartments | 224 | Units |
| 30 | Hotel Pacific | 105 | Rooms |
| 40 | Camelot on Sweetwater Apartments | 280 | Units |

| | | | |
|---|---|---|---|
| 44  | Melville Plaza               | 55405  | Square Feet |
| 49  | Broome Street Apartments     | 76     | Units       |
| 53  | Bayside Retail Center        | 30915  | Square Feet |
| 56  | Northside Plaza              | 114612 | Square Feet |
| 59  | 198 Grumman Road             | 68000  | Square Feet |
| 61  | Verde Braun Station          | 240    | Units       |
| 62  | 286 Fifth Avenue             | 44800  | Square Feet |
| 63  | 3-25 West 36th Street        | 44520  | Square Feet |
| 71  | Willow Oaks Apartments       | 299    | Units       |
| 72  | 447 Broadway                 | 25000  | Square Feet |
| 75  | Hill Country Storage         | 621    | Units       |
| 78  | 2701 Emmons Avenue           | 21000  | Square Feet |
| 79  | Centereach Plaza             | 47602  | Square Feet |
| 80  | Cedar Village                | 140    | Units       |
| 88  | CVS Haverhill                | 11970  | Square Feet |
| 89  | Burlington Coat Factory      | 70891  | Square Feet |
| 90  | Westwood Building            | 37086  | Square Feet |
| 92  | Silverado Springs Apartments | 317    | Units       |
| 94  | Hanover Business Center      | 60000  | Square Feet |
| 96  | Parkview Plaza I & II        | 47920  | Square Feet |
| 97  | Shop 'N Save - St. Louis     | 53781  | Square Feet |
| 101 | 348 13th Street              | 20762  | Square Feet |
| 102 | Office Max - Philadelphia    | 23500  | Square Feet |
| 103 | Craig Nellis Storage         | 842    | Units       |
| 110 | 99 University Place          | 34600  | Square Feet |
| 111 | CVS Douglasville             | 13013  | Square Feet |
| 118 | Walgreens - Johnson City     | 14820  | Square Feet |
| 121 | 101-102 Metropolitan Avenue  | 8000   | Square Feet |
| 122 | Plaza Shopping Center        | 80928  | Square Feet |
| 134 | Storage Inn                  | 277    | Units       |
| 135 | Cordova Stor 'N Lock         | 387    | Units       |
| 141 | Advance Auto                 | 7000   | Square Feet |
| 162 | Union Federal Bank           | 2000   | Square Feet |

<CAPTION>

| Loan # | Cutoff Balance | Term | Rem. Term | Maturity/ ARD Date | Amort. Term |
|---|---|---|---|---|---|
| <S>    | <C>         | <C> | <C> | <C>      | <C> |
| 8      | 65,000,000  | 60  | 59  | 07/10/12 | 0   |
| 10     | 62,950,000  | 120 | 119 | 07/09/17 | 0   |
| 11     | 49,500,000  | 60  | 60  | 08/10/12 | 360 |
| 17     | 39,000,000  | 120 | 119 | 07/09/17 | 0   |
| 17.01  | 29,300,000  | 120 | 119 | 07/09/17 | 0   |
| 17.02  | 9,700,000   | 120 | 119 | 07/09/17 | 0   |
| 18     | 36,700,000  | 120 | 119 | 07/09/17 | 0   |
| 18.01  | 12,000,000  | 120 | 119 | 07/09/17 | 0   |
| 18.02  | 8,500,000   | 120 | 119 | 07/09/17 | 0   |
| 18.03  | 8,300,000   | 120 | 119 | 07/09/17 | 0   |
| 18.04  | 3,500,000   | 120 | 119 | 07/09/17 | 0   |
| 18.05  | 2,400,000   | 120 | 119 | 07/09/17 | 0   |
| 18.06  | 2,000,000   | 120 | 119 | 07/09/17 | 0   |
| 22     | 31,400,000  | 84  | 83  | 07/09/14 | 0   |
| 25     | 28,500,000  | 60  | 60  | 08/09/12 | 360 |
| 29     | 23,750,000  | 120 | 119 | 07/10/17 | 0   |
| 30     | 23,500,000  | 60  | 56  | 04/11/12 | 0   |

```
            40         17,100,000        120       119       07/10/17              0
            44         14,280,000        120       120       08/09/17            420
            49         13,250,000         60        59       07/09/12              0
            53         12,500,000        120       118       06/07/17              0
            56         12,100,000        120       119       07/09/17              0
            59         11,550,000        120       120       08/06/17            300
            61         11,300,000        120       120       08/09/17            360
            62         11,100,000        120       120       08/09/17            360
            63         10,650,000        120       120       08/09/17            360
            71          8,750,000         84        82       06/09/14            360
            72          8,250,000        120       120       08/09/17            360
            75          7,760,000        120       117       05/11/17              0
            78          7,540,000        120       119       07/09/17              0
            79          7,530,000        120       120       08/09/17            360
            80          7,287,000        120       120       08/09/17              0
            88          6,664,000        120       119       07/11/17              0
            89          6,500,000        120       115       03/10/17              0
            90          6,500,000        120       118       06/11/17            360
            92          6,200,000        120       119       07/09/17            360
            94          6,000,000        120       119       07/09/17              0
            96          5,840,000        120       119       07/11/17            360
            97          5,675,000        120       118       06/11/17              0
           101          5,375,000        120       119       07/09/17              0
           102          5,200,000         84        84       08/09/14              0
           103          5,200,000        120       117       05/11/17              0
           110          4,500,000        120       118       06/09/17              0
           111          4,420,000        120       118       06/11/17              0
           118          4,081,000        120       118       06/11/17              0
           121          3,840,000        120       120       08/09/17              0
           122          3,800,000        120       120       08/09/17            360
           134          2,820,000        120       118       06/11/17              0
           135          2,800,000        120       118       06/11/17            360
           141          2,150,842        120       118       06/11/17            360
           162            800,000        120       120       08/10/17            360
```

```
<CAPTION>

                Accrual          ARD      ARD Step      Title       Crossed
     Loan #     Type             (Y/N)    Up (%)        Type        Loan          Guarantor
     ----------------------------------------------------------------------------------------
     <S>        <C>              <C>      <C>           <C>         <C>           <C>
         8      Actual/360       No                     Fee                       Berwind Prop
        10      Actual/360       No                     Fee                       Franklin C.
        11      Actual/360       No                     Fee                       IC Overland
        17      Actual/360       No                     Fee                       Franklin C.
      17.01     Actual/360       No                     Fee
      17.02     Actual/360       No                     Fee
        18      Actual/360       No                     Fee                       Franklin C.
      18.01     Actual/360       No                     Fee
      18.02     Actual/360       No                     Fee
      18.03     Actual/360       No                     Fee
      18.04     Actual/360       No                     Fee
      18.05     Actual/360       No                     Fee
      18.06     Actual/360       No                     Fee
        22      Actual/360       No                     Fee                       HGGP Capital
        25      Actual/360       No                     Fee                       Gary Melius
        29      Actual/360       No                     Fee                       Andrew Stewa
        30      Actual/360       No                     Leasehold                 Michael D. F
```

| | | | | |
|---|---|---|---|---|
| 40 | Actual/360 | No | Fee | Andrew Stewa |
| 44 | Actual/360 | No | Fee | Michael B. W |
| 49 | Actual/360 | No | Fee | Sina Mahfar, |
| | | | | Lawrence Hel |
| 53 | Actual/360 | No | Fee | Ben-Zion Alc |
| 56 | Actual/360 | No | Fee | Edward C. Go |
| 59 | Actual/360 | No | Fee | Joseph Lostr |
| 61 | Actual/360 | No | Fee | Verde Realty |
| 62 | Actual/360 | No | Fee | Elie Chetrit |
| 63 | Actual/360 | No | Fee | Abraham Chet |
| 71 | Actual/360 | No | Fee | Kevin Bell, |
| 72 | Actual/360 | No | Fee | Elie Chetrit |
| 75 | Actual/360 | No | Fee | Stephen Kapl |
| 78 | Actual/360 | No | Fee | Rubin Schron |
| 79 | Actual/360 | No | Fee | Michael B. W |
| 80 | Actual/360 | No | Fee | Alan R. Hamm |
| 88 | Actual/360 | No | Fee | ARC, Master |
| 89 | Actual/360 | No | Fee | David R. Gri |
| 90 | Actual/360 | No | Fee | Mark W. Gaw |
| 92 | Actual/360 | No | Fee | James J. Mor |
| 94 | Actual/360 | No | Fee | Michael M. D |
| | | | | James Krisov |
| 96 | Actual/360 | No | Fee | David T. Ter |
| 97 | Actual/360 | No | Fee | ARC, Master |
| 101 | Actual/360 | No | Fee | Harry Einhor |
| 102 | Actual/360 | No | Fee | Jack Wolgin |
| 103 | Actual/360 | No | Fee | Stephen R. K |
| | | | | Melissa Arho |
| | | | | Eddie Prosis |
| 110 | Actual/360 | No | Fee | Bijan Nassi |
| 111 | Actual/360 | No | Fee | ARC, Master |
| 118 | Actual/360 | No | Fee | Master Tripl |
| 121 | Actual/360 | No | Leasehold | Jeff Sutton, |
| 122 | Actual/360 | No | Fee | Rosenberg Pl |
| 134 | Actual/360 | No | Fee | Stephen R. K |
| | | | | Hugh S. Bela |
| 135 | Actual/360 | No | Fee | Stephen Kapl |
| 141 | Actual/360 | No | Fee | George Novog |
| 162 | Actual/360 | No | Fee | David R. Gri |

<CAPTION>

| Loan # | Letter of Credit | Upfront CapEx Reserve | Upfront Eng. Reserve | Upfront Envir. Reserve | UPFRONT ESCROW Upfro TI/L Reser |
|---|---|---|---|---|---|
| <S> | <C> | <C> | <C> | <C> | <C> |
| 8 | No | 281,909.00 | 0.00 | 0.00 | 6,000,0 |
| 10 | No | 36,776.55 | 2,250.00 | 0.00 | 245,17 |
| 11 | No | 16,000,000.00 | 0.00 | 0.00 | 0.0 |
| 17 | No | 10,483.35 | 2,438.00 | 0.00 | 69,889 |
| 17.01 | | | | | |
| 17.02 | | | | | |
| 18 | No | 19,989.15 | 5,063.00 | 0.00 | 199,89 |

```
    18.01
    18.02
    18.03
    18.04
    18.05
    18.06
        22          No          1,917,500.00        32,500.00           0.00        6,015,0
        25          No                  0.00        93,750.00           0.00            0.0
        29          No            860,000.00            0.00            0.00            0.0
        30          No                  0.00            0.00            0.00            0.0
        40          No            654,000.00            0.00            0.00            0.0
        44          No                692.56            0.00            0.00            0.0
        49     400,000.0           850,000.00            0.00            0.00            0.0
        53          No                308.26        6,500.00            0.00        1,284
        56          No            251,433.03            0.00            0.00          454,77
        59          No                  0.00            0.00       50,000.00            0.0
        61          No              5,000.00            0.00            0.00            0.0
        62          No                746.67            0.00            0.00            0.0
        63          No                742.00            0.00            0.00            0.0
        71          No            640,000.00            0.00            0.00            0.0
        72          No                416.67            0.00            0.00            0.0
        75          No             29,478.00            0.00            0.00            0.0
        78          No                  0.00            0.00            0.00            0.0
        79          No                595.03            0.00            0.00            0.0
        80          No                  0.00            0.00            0.00            0.0
        88          No                  0.00            0.00            0.00            0.0
        89          No            349,450.00        3,502.00            0.00        2,172,2
        90          No                  0.00            0.00            0.00            0.0
        92          No                  0.00       26,500.00            0.00            0.0
        94          No                750.00            0.00            0.00        3,250
        96          No                  0.00            0.00            0.00       50,000
        97          No                  0.00            0.00            0.00            0.0
       101          No                  0.00            0.00            0.00            0.0
       102          No                293.75        3,125.00            0.00            0.0
       103          No             43,593.00            0.00            0.00            0.0
       110          No                  0.00       18,375.00            0.00            0.0
       111          No                  0.00            0.00            0.00            0.0
       118          No                  0.00            0.00            0.00            0.0
       121          No                  0.00            0.00            0.00            0.0
       122          No                  0.00            0.00            0.00      100,00
       134          No             19,437.00            0.00            0.00            0.0
       135          No             15,963.00            0.00            0.00            0.0
       141          No                  0.00            0.00            0.00            0.0
       162          No                  0.00            0.00            0.00            0.0

<CAPTION>

                                                                            MONTHLY ESCROW
                                                                       -------------------------
                    Monthly         Monthly           Monthly           Monthly
                    Capex           Envir.            TI/LC             RE Tax
        Loan #      Reserve         Reserve           Reserve           Reserve
        ------      -------         -------           -------           -------
        <S>         <C>             <C>               <C>               <C>
          8         6908.62            0.00               0.00           73850.92
         10         3064.71            0.00           20431.42           43957.58
         11            0.00            0.00               0.00               0.00
         17          873.61            0.00            5824.08           21389.91
```

```
      17.01
      17.02
      18         1665.76           0.00          16657.63          17949.26
      18.01
      18.02
      18.03
      18.04
      18.05
      18.06
      22         5414.66           0.00          15000.00          35833.33
      25            0.00           0.00              0.00          15855.00
      29         4800.00           0.00              0.00          29935.60
      30        20467.51           0.00              0.00          31166.67
      40         5250.00           0.00              0.00          22898.00
      44          692.56           0.00              0.00          11160.03
      49            0.00           0.00              0.00           9478.65
      53          308.26           0.00           1284.42           3460.75
      56         1433.03           0.00           4776.75          16483.08
      59            0.00           0.00              0.00          39155.47
      61         5000.00           0.00              0.00          33833.33
      62          746.67           0.00              0.00          13171.13
      63          742.00           0.00              0.00          11026.31
      71         6229.17           0.00              0.00          14835.44
      72          416.67           0.00              0.00           8713.63
      75          818.88           0.00            416.67          11169.75
      78          297.50           0.00           1400.00           5498.00
      79          595.03           0.00              0.00          13231.35
      80         2916.67           0.00              0.00           5877.28
      88          147.44           0.00              0.00              0.00
      89            0.00           0.00              0.00              0.00
      90          618.10           0.00           2317.83           4589.42
      92         6604.17           0.00              0.00          12108.23
      94          750.00           0.00           3250.00           5396.42
      96          589.00           0.00              0.00           8483.50
      97            0.00           0.00              0.00              0.00
     101          259.53           0.00           1730.17           4200.92
     102          293.75           0.00              0.00              0.00
     103         1210.94           0.00              0.00           2561.55
     110            0.00           0.00              0.00          20631.91
     111            0.00           0.00              0.00              0.00
     118            0.00           0.00              0.00              0.00
     121            0.00           0.00              0.00              0.00
     122         1382.00           0.00              0.00           3991.67
     134          539.92           0.00              0.00           1201.76
     135          443.40           0.00              0.00           4524.77
     141            0.00           0.00              0.00              0.00
     162            0.00           0.00              0.00              0.00
```

<CAPTION>

```
                                                                            Interes
             Grace       Lockbox      Property       Defeasance             Accrua
    Loan #   Period      In-place     Type           Permitted              Period
    ------   ------      --------     --------       ----------             -------
    <S>      <C>         <C>          <C>            <C>                    <C>
       8      0          Yes          Office         No                     Actual/3
      10      0          Yes          Retail         Yes                    Actual/3
```

```
        11           0       No                  Hotel           Yes        Actual/3
        17           0       Yes                 Retail          Yes        Actual/3
     17.01           0                           Retail                     Actual/3
     17.02           0                           Retail                     Actual/3
        18           0       Yes                 Retail          Yes        Actual/3
     18.01           0                           Retail                     Actual/3
     18.02           0                           Retail                     Actual/3
     18.03           0                           Retail                     Actual/3
     18.04           0                           Retail                     Actual/3
     18.05           0                           Retail                     Actual/3
     18.06           0                           Retail                     Actual/3
        22           0       Yes                 Office          Yes        Actual/3
        25           0       Yes                 Hotel           Yes        Actual/3
        29           0       No              Multifamily         Yes        Actual/3
        30           0       Yes                 Hotel           Yes        Actual/3
        40           0       No              Multifamily         Yes        Actual/3
        44           0       Yes                 Retail          Yes        Actual/3
        49           0       Yes             Multifamily         Yes        Actual/3
        53           2       No               Mixed Use          Yes        Actual/3
        56           0       Yes                 Retail          Yes        Actual/3
        59           0       No               Industrial         Yes        Actual/3
        61           0       No              Multifamily         No         Actual/3
        62           0       No                  Office          Yes        Actual/3
        63           0       No                  Office          Yes        Actual/3
        71           0       No              Multifamily         No         Actual/3
        72           0       No                  Office          Yes        Actual/3
        75           0       No              Self Storage        No         Actual/3
        78           0       No                  Office          Yes        Actual/3
        79           0       Yes                 Retail          Yes        Actual/3
        80           0       No              Multifamily         Yes        Actual/3
        88           0       Yes                 Retail          Yes        Actual/3
        89           0       Yes                 Retail          Yes        Actual/3
        90           0       No                  Office          Yes        Actual/3
        92           0       No              Multifamily         Yes        Actual/3
        94           0       No               Industrial         Yes        Actual/3
        96           0       No                  Retail          Yes        Actual/3
        97           0       Yes                 Retail          Yes        Actual/3
       101           0       No                  Office          Yes        Actual/3
       102           0       No                  Retail          Yes        Actual/3
       103           0       No              Self Storage        No         Actual/3
       110           0       Yes                 Office          Yes        Actual/3
       111           0       Yes                 Retail          Yes        Actual/3
       118           0       Yes                 Retail          Yes        Actual/3
       121           0       Yes                 Retail          Yes        Actual/3
       122           0       Yes                 Retail          No         Actual/3
       134           0       No              Self Storage        No         Actual/3
       135           0       No              Self Storage        No         Actual/3
       141           0       No                  Retail          Yes        Actual/3
       162           0       Yes                 Retail          No         Actual/3
</TABLE>
```

<PAGE>

EXHIBIT B

MORTGAGE LOAN REPRESENTATIONS AND WARRANTIES

(1) No Mortgage Loan is 30 days or more delinquent in payment of principal and interest (without giving effect to any applicable grace period in

the related Mortgage Note) and no Mortgage Loan has been 30 days or more (without giving effect to any applicable grace period in the related Mortgage Note) past due.

(2) Except with respect to the ARD Loans, which provide that the rate at which interest accrues thereon increases after the Anticipated Repayment Date, the Mortgage Loans (exclusive of any default interest, late charges or prepayment premiums) are fixed rate mortgage loans with terms to maturity, at origination or as of the most recent modification, as set forth in the Mortgage Loan Schedule.

(3) The information pertaining to each Mortgage Loan set forth on the Mortgage Loan Schedule is true and correct in all material respects as of the Cut-off Date.

(4) At the time of the assignment of the Mortgage Loans to the Purchaser, the Seller had good and marketable title to and was the sole owner and holder of, each Mortgage Loan, free and clear of any pledge, lien, encumbrance or security interest (subject to certain agreements regarding servicing as provided in the Pooling and Servicing Agreement, subservicing agreements permitted thereunder and that certain Servicing Rights Purchase Agreement, dated as of the Closing Date between the applicable Master Servicer and Seller) and such assignment validly and effectively transfers and conveys all legal and beneficial ownership of the Mortgage Loans to the Purchaser free and clear of any pledge, lien, encumbrance or security interest (subject to certain agreements regarding servicing as provided in the Pooling and Servicing Agreement, subservicing agreements permitted thereunder and that certain Servicing Rights Purchase Agreement, dated as of the Closing Date between the applicable Master Servicer and Seller).

(5) In respect of each Mortgage Loan, (A) in reliance on public documents or certified copies of the incorporation or partnership or other entity documents, as applicable, delivered in connection with the origination of such Mortgage Loan, the related Mortgagor is an entity organized under the laws of a state of the United States of America, the District of Columbia or the Commonwealth of Puerto Rico and (B) as of the origination date, the Seller (based on customary due diligence) had no knowledge, and since the origination date, the Seller has no actual knowledge, that the related Mortgagor is a debtor in any bankruptcy, receivership, conservatorship, reorganization, insolvency, moratorium or similar proceeding.

(6) Each Mortgage Loan is secured by the related Mortgage which establishes and creates a valid and subsisting first priority lien on the related Mortgaged Property, or leasehold interest therein, comprising real estate, free and clear of any liens, claims, encumbrances, participation interests, pledges, charges or security interests subject only to Permitted Encumbrances. Such Mortgage, together with any separate security agreement, UCC Financing Statement or similar agreement, if any, establishes and creates a first priority security interest in favor of the Seller in all personal property owned by the Mortgagor that is used in, and is reasonably necessary to, the operation of the related Mortgaged Property and, to the extent a security interest may be created therein and perfected by the filing of a UCC Financing Statement under the Uniform Commercial Code as in effect in the relevant jurisdiction, the proceeds arising from the Mortgaged Property and other collateral securing such Mortgage Loan, subject only to Permitted Encumbrances. There exists with respect to such Mortgaged Property an assignment of leases and rents provision, either as part of the related Mortgage or as a separate document or instrument, which establishes and creates a first priority security interest in and to leases and rents arising in respect of the related Mortgaged Property, subject only to Permitted Encumbrances. Except for the holder of the

Companion Loan with respect to the AB Mortgage Loans, to the Seller's knowledge, no person other than the related Mortgagor and the mortgagee own any interest in any payments due under the related leases. The related Mortgage or such assignment of leases and rents provision provides for the appointment of a receiver for rents or allows the holder of the related Mortgage to enter into possession of the related Mortgaged Property to collect rent or provides for rents to be paid directly to the holder of the related Mortgage in the event of a default beyond applicable notice and grace periods, if any, under the related Mortgage Loan documents. As of the origination date, there were, and, to the Seller's actual knowledge as of the Closing Date, there are, no mechanics' or other similar liens or claims which have been filed for work, labor or materials affecting the related Mortgaged Property which are or may be prior or equal to the lien of the Mortgage, except those that are bonded or escrowed for or which are insured against pursuant to the applicable Title Insurance Policy (as defined below) and except for Permitted Encumbrances. No (a) Mortgaged Property secures any mortgage loan not represented on the Mortgage Loan Schedule other than a Companion Loan, (b) Mortgage Loan is cross-collateralized or cross-defaulted with any other mortgage loan, other than a Mortgage Loan listed on the Mortgage Loan Schedule or a Companion Loan, or (c) Mortgage Loan is secured by property that is not a Mortgaged Property. Notwithstanding the foregoing, no representation is made as to the perfection of any security interest in rent, operating revenues or other personal property to the extent that possession or control of such items or actions other than the recordation of the Mortgage or the Assignment of Leases and Rents or the filing of UCC Financing Statements are required in order to effect such perfection.

(7) The related Mortgagor under each Mortgage Loan has good and indefeasible fee simple or, with respect to those Mortgage Loans described in clause (20) hereof, leasehold title to the related Mortgaged Property comprising real estate subject to any Permitted Encumbrances.

(8) The Seller has received an American Land Title Association (ALTA) lender's title insurance policy or a comparable form of lender's title insurance policy (or escrow instructions binding on the Title Insurer (as defined below) and irrevocably obligating the Title Insurer to issue such title insurance policy or a title policy commitment or pro-forma "marked up" at the closing of the related Mortgage Loan and countersigned or otherwise approved by the Title Insurer or its authorized agent) as adopted in the applicable jurisdiction (the "Title Insurance Policy"), which was issued by a nationally recognized title insurance company (the "Title Insurer") qualified to do business in the jurisdiction where the applicable Mortgaged Property is located (unless such jurisdiction is the State of Iowa), covering the portion of each Mortgaged Property comprised of real estate and insuring that the related Mortgage is a valid first lien in the original principal amount of the related Mortgage Loan on the Mortgagor's fee simple interest (or, if applicable, leasehold interest) in such Mortgaged Property comprised of real estate, subject only to Permitted Encumbrances. Such Title Insurance Policy was issued in connection with the origination of the related Mortgage Loan. No claims have been made under such Title Insurance Policy. Such Title Insurance Policy is in full force and effect and all premiums thereon have been paid and will provide that the insured includes the owner of the Mortgage Loan and its successors and/or assigns. No holder of the related Mortgage has done, by act or omission, anything that would, and the Seller has no actual knowledge of any other circumstance that would, impair the coverage under such Title Insurance Policy.

(9) The related Assignment of Mortgage and the related assignment of the Assignment of Leases and Rents executed in connection with each Mortgage, if any, have been recorded in the applicable jurisdiction (or, if not recorded, have been submitted for recording or are in recordable form (but for the insertion of the name and address of the assignee and any related recording

information which is not yet available to the Seller)) and constitute the legal, valid and binding assignment of such Mortgage and the related Assignment of Leases and Rents from the Seller to the Purchaser. The endorsement of the related Mortgage Note by the Seller constitutes the legal, valid, binding and enforceable (except as such enforcement may be limited by anti-deficiency laws or bankruptcy, receivership, conservatorship, reorganization, insolvency, moratorium or other similar laws affecting the enforcement of creditors' rights generally, and by general principles of equity (regardless of whether such enforcement is considered in a proceeding in equity or at law)) assignment of such Mortgage Note, and together with such Assignment of Mortgage and the related assignment of Assignment of Leases and Rents, legally and validly conveys all right, title and interest in such Mortgage Loan and Mortgage Loan documents to the Purchaser.

(10) (a) The Mortgage Loan documents for each Mortgage Loan provide that such Mortgage Loan is non-recourse to the related parties thereto except that the related Mortgagor and at least one individual or entity shall be fully liable for actual losses, liabilities, costs and damages arising from certain acts of the related Mortgagor and/or its principals specified in the related Mortgage Loan documents, which acts generally include the following: (i) fraud or intentional material misrepresentation, (ii) misapplication or misappropriation of rents, insurance proceeds or condemnation awards, (iii) either (x) any act of actual waste by or (y) damage or destruction to the Mortgaged Property caused by the acts or omissions of the borrower, its agents, employees or contractors, and (iv) any breach of the environmental covenants contained in the related Mortgage Loan documents.

(b) The Mortgage Loan documents for each Mortgage Loan contain enforceable provisions such as to render the rights and remedies of the holder thereof adequate for the practical realization against the Mortgaged Property of the principal benefits of the security intended to be provided thereby, including realization by judicial or, if applicable, non judicial foreclosure, and there is no exemption available to the related Mortgagor which would interfere with such right of foreclosure except any statutory right of redemption or as may be limited by anti-deficiency or one form of action laws or by bankruptcy, receivership, conservatorship, reorganization, insolvency, moratorium or other similar laws affecting the enforcement of creditors' rights generally, and by general principles of equity (regardless of whether such enforcement is considered in a proceeding in equity or at law).

(c) Each of the related Mortgage Notes and Mortgages are the legal, valid and binding obligations of the related Mortgagor named on the Mortgage Loan Schedule and each of the other related Mortgage Loan documents is the legal, valid and binding obligation of the parties thereto (subject to any non recourse provisions therein), enforceable in accordance with its terms, except as such enforcement may be limited by anti-deficiency or one form of action laws or bankruptcy, receivership, conservatorship, reorganization, insolvency, moratorium or other similar laws affecting the enforcement of creditors' rights generally, and by general principles of equity (regardless of whether such enforcement is considered in a proceeding in equity or at law), and except that certain provisions of such Mortgage Loan documents are or may be unenforceable in whole or in part under applicable state or federal laws, but the inclusion of such provisions does not render any of the Mortgage Loan documents invalid as a whole, and such Mortgage Loan documents taken as a whole are enforceable to the extent necessary and customary for the practical realization of the principal rights and benefits afforded thereby.

(d) The terms of the Mortgage Loans or the related Mortgage Loan

documents, have not been altered, impaired, modified or waived in any material respect, except prior to the Cut-off Date by written instrument duly submitted for recordation, to the extent required, and as specifically set forth in the related Mortgage File.

(e) With respect to each Mortgage which is a deed of trust, a trustee, duly qualified under applicable law to serve as such, currently so serves and is named in the deed of trust or may be substituted in accordance with applicable law, and no fees or expenses are or will become payable to the trustee under the deed of trust, except in connection with a trustee's sale after default by the Mortgagor and de minimis fees paid in connection with the release of the related Mortgaged Property or related security for such Mortgage Loan following payment of such Mortgage Loan in full.

(11) Except by a written instrument that has been delivered to the Purchaser as a part of the related Mortgage File with respect to any immaterial releases of the Mortgaged Property, no Mortgage Loan has been satisfied, canceled, subordinated, released or rescinded, in whole or in part, and the related Mortgagor has not been released, in whole or in part, from its obligations under any related Mortgage Loan document.

(12) Except with respect to the enforceability of any provisions requiring the payment of default interest, late fees, additional interest, prepayment premiums or yield maintenance charges, neither the Mortgage Loan nor any of the related Mortgage Loan documents is subject to any right of rescission, set off, abatement, diminution, valid counterclaim or defense, including the defense of usury, nor will the operation of any of the terms of any such Mortgage Loan documents, or the exercise (in compliance with procedures permitted under applicable law) of any right thereunder, render any Mortgage Loan documents subject to any right of rescission, set off, abatement, diminution, valid counterclaim or defense, including the defense of usury (subject to anti-deficiency or one form of action laws and to bankruptcy, receivership, conservatorship, reorganization, insolvency, moratorium or other similar laws affecting the enforcement of creditor's rights generally and to general principles of equity (regardless of whether such enforcement is considered in a proceeding in equity or at law)), and no such right of rescission, set off, abatement, diminution, valid counterclaim or defense has been asserted with respect thereto. None of the Mortgage Loan documents provides for a release of a portion of the Mortgaged Property from the lien of the Mortgage except upon payment or defeasance in full of all obligations under the Mortgage, provided that, notwithstanding the foregoing, certain of the Mortgage Loans may allow partial release (a) upon payment or defeasance of an Allocated Loan Amount which may be formula based, but in no event less than 125% of the Allocated Loan Amount, or (b) in the event the portion of the Mortgaged Property being released was not given any material value in connection with the underwriting or appraisal of the related Mortgage Loan.

(13) As of the Closing Date, there is no payment default, after giving effect to any applicable notice and/or grace period, and, to the Seller's knowledge, as of the Closing Date, there is no other material default under any of the related Mortgage Loan documents, after giving effect to any applicable notice and/or grace period; no such material default or breach has been waived by the Seller or on its behalf or, to the Seller's knowledge, by the Seller's predecessors in interest with respect to the Mortgage Loans; and, to the Seller's actual knowledge, no event has occurred which, with the passing of time or giving of notice would constitute a material default or breach; provided, however, that the representations and warranties set forth in this sentence do not cover any default, breach, violation or event of acceleration that specifically pertains to or arises out of any subject matter otherwise covered

by any other representation or warranty made by the Seller in this Exhibit B. No Mortgage Loan has been accelerated and no foreclosure proceeding or power of sale proceeding has been initiated under the terms of the related Mortgage Loan documents. The Seller has not waived any material claims against the related Mortgagor under any non-recourse exceptions contained in the Mortgage Note.

(14) (a) The principal amount of the Mortgage Loan stated on the Mortgage Loan Schedule has been fully disbursed as of the Closing Date (except for certain amounts that were fully disbursed by the mortgagee, but were escrowed pursuant to the terms of the related Mortgage Loan documents) and there are no future advances required to be made by the mortgagee under any of the related Mortgage Loan documents. Any requirements under the related Mortgage Loan documents regarding the completion of any on-site or off-site improvements and to disbursements of any escrow funds therefor have been or are being complied with or such escrow funds are still being held. The value of the Mortgaged Property relative to the value reflected in the most recent appraisal thereof is not materially impaired by any improvements which have not been completed. The Seller has not, nor, to the Seller's knowledge, have any of its agents or predecessors in interest with respect to the Mortgage Loan, in respect of payments due on the related Mortgage Note or Mortgage, directly or indirectly, advanced funds or induced, solicited or knowingly received any advance of funds by a party other than the Mortgagor other than (a) interest accruing on such Mortgage Loan from the date of such disbursement of such Mortgage Loan to the date which preceded by thirty (30) days the first payment date under the related Mortgage Note and (b) application and commitment fees, escrow funds, points and reimbursements for fees and expenses, incurred in connection with the origination and funding of the Mortgage Loan.

(b) No Mortgage Loan has capitalized interest included in its principal balance, or provides for any shared appreciation rights or other equity participation therein and no contingent or additional interest contingent on cash flow or negative amortization (other than with respect to the deferment of payment with respect to ARD Loans) is due thereon.

(c) Each Mortgage Loan identified in the Mortgage Loan Schedule as an ARD Loan starts to amortize no later than the Due Date of the calendar month immediately after the calendar month in which such ARD Loan closed and substantially fully amortizes over its stated term, which term is at least 60 months after the related Anticipated Repayment Date. Each ARD Loan has an Anticipated Repayment Date not less than seven years following the origination of such Mortgage Loan. If the related Mortgagor elects not to prepay its ARD Loan in full on or prior to the Anticipated Repayment Date pursuant to the existing terms of the Mortgage Loan or a unilateral option (as defined in Treasury Regulations under Section 1001 of the Code) in the Mortgage Loan exercisable during the term of the Mortgage Loan, (i) the Mortgage Loan's interest rate will step up to an interest rate per annum as specified in the related Mortgage Loan documents; provided, however, that payment of such Excess Interest shall be deferred until the principal of such ARD Loan has been paid in full; (ii) all or a substantial portion of the Excess Cash Flow (which is net of certain costs associated with owning, managing and operating the related Mortgaged Property) collected after the Anticipated Repayment Date shall be applied towards the prepayment of such ARD Loan and once the principal balance of an ARD Loan has been reduced to zero all Excess Cash Flow will be applied to the payment of accrued Excess Interest; and (iii) if the property manager for the related Mortgaged Property can be removed by or at the direction of the mortgagee on the basis of a debt service coverage test, the subject debt service coverage ratio shall be calculated without taking account of any increase in the related Mortgage Interest Rate on such Mortgage Loan's Anticipated Repayment Date. No ARD Loan provides that the