# EXHIBIT 6 – Part 5

| Loan No. | Loan Name | Description of Exception |
|---|---|---|
| <S> | <C> | <C> |
| 11 | Marriott Overland Park | The related Mortgage Loan documents contain a sale" clause that prohibits the sale or transf related Mortgaged Property and any controlling therein other than in connection with (A) any a result of the death of any person with inter Integrated Capital - Overland Park LLC (the "M any transfer as a result of legal incapacity o person or any transfer by any such person for planning purposes; provided, that, in each cas Overland Park GP, LLC continues to control the or (B) any transfer of interests in the Mortga provided, that, among other things, Integrated LLC and/or RCG Longview Equity Partners, LLC a entity wholly owned and controlled by Integrat LLC and/or RCG Longview Equity Partners, LLC (collectively, the "Sponsors") retain control Mortgagor; Integrated Capital - OP Mezz LLC, t member of the Mortgagor, and Integrated Capita Overland Park Holdings, LLC, the holder of 100 interests in such sole member of the Mortgagor (collectively, the "Controlling Parties") and Sponsors continue to own at least 20% equity i each of the Controlling Parties.  In determini extent of RCG Longview Equity Partners, LLC's interest, RCG Longview Equity Partners, LLC wi credited for interests held by RCG Longview Eq L.P. for so long as RCG Longview Equity Partne controls RCG Longview Equity Fund, L.P.  Addit any foreclosure of any pledge of interests in Controlling Parties that results in a failure Sponsors to continue to control the Controllin or a failure to maintain at least 20% equity i each of the Controlling Parties will constitut of default. |
| 11; 29; 40; 49; 53; 71; 88; 97; 111; 118 | Marriott Overland Park; Camelot at Buckhead Apartments; Camelot at Sweetwater Apartments; Broome Street Apartments; Bayside Retail Center; Willow Oaks Apartments; CVS Haverhill; Shop `N Save - St. Louis; CVS Douglasville; Walgreens - Johnson City | The owners of the Mortgagor are permitted to i mezzanine indebtedness secured by the pledge o and/or indirect ownership interests of the rel Mortgagor. |
| 22 | BB&T Tower | The related Mortgage Loan documents provide th the membership interest in two of the tenants- owners of the Mortgagor may be transferred to permitted transferee in order to facilitate a "reverse 1031 exchange" transaction. |

| | | |
|---|---|---|
| 25 | Oheka Castle | The related Mortgage Loan documents provide th control of management responsibilities of Kahn Associates, LLC ("Kahn") to Arbor Oheka, LLC ( and the subsequent transfer of such control of responsibilities of the Mortgagor to Kahn, or Gary Melius's membership interests in Kahn to be transferred without the mortgagee's prior w consent; provided that, among other things, (x of default exists, (y) no change of control of arises from the foregoing transfers; and (z) A provides an additional guarantor acceptable to mortgagee. |
| 88; 97; 111 118 | CVS Haverhill; Shop `N Save-St. Louis; CVS Douglasville; Walgreens - Johnson City | The related Mortgage Loan documents provide th interests in the related Mortgagor may be tran any entity in which UBS Real Estate Investment ("UBSREI"), an affiliate of the Seller and UBS AG (or any of their respective affiliates) hol interests or investment in and to any entity i UBSREI or UBS AG is merged into or consolidate Additionally, UBSREI may, without the prior wr consent of the mortgagee, transfer or assign, the transfer or assignment of, all or any por direct or indirect interests in the related Mo may permit a transfer, directly or indirectly, direct or indirect interest in UBSREI or the r Mortgagor, to (x) any fund advised by UBSREI o "affiliate" of UBSREI, or (y) any other entity as, in the case of this clause (y) only, UBSRE affiliate of UBSREI, or a fund advised by UBSR affiliate of UBSREI either directly or indirec "controls" such entity or (2) is empowered to (or directly or indirectly controls an entity empowered to conduct), all day-to-day manageme Mortgaged Property and, subject to obtaining t of other persons or entities that may have an therein, has the right to participate in (or d indirectly controls an entity that has the rig participate in), all day-to-day management of Mortgaged Property. Additionally, nothing in Mortgage Loan documents restricts the right of engage in repurchase transactions or any pledg hypothecation, or re-hypothecation transaction respect to its indirect ownership of the partn interests in the related Mortgagor. |
| 88; 97; 110; 111; 118; 143; 145; 146; 148 - 153; 155 - 157; 159; 161 | CVS Haverhill; Shop `N Save-St. Louis; 99 University Place; CVS Douglasville; Walgreens - Johnson City; The Logan Portfolio Loans | The Seller holds the direct and/or indirect eq interests of the related Mortgagor. |
| 110 | 99 University Place | A pledge of the Mortgagor's equity interests s mezzanine indebtedness held by the Seller. |

</TABLE>

Rep. No. 35

| Loan No. | Loan Name | Description of Exception |
|---|---|---|
| 17; 18 | Eastlake Terraces Retail Portfolio; Chula Vista II Retail Portfolio | Same as exception to Rep. No. 12 above. |

Rep. No. 42

| Loan No. | Loan Name | Description of Exception |
|---|---|---|
| 10; 17; 18 | Pacific Coast Plaza; Eastlake Terraces Retail Portfolio; Chula Vista II Retail Portfolio | Terrorism insurance is required to the extent insurance can be purchased for an annual premi excess of $75,000. |
| 11 | Marriott Overland Park | Terrorism insurance is required to the extent insurance can be purchased for an annual premi excess of $65,000. |
| 61 | Verde Braun Station | Terrorism insurance is required to the extent insurance can be purchased for an annual premi excess of $25,000. |
| 88; 89; 97; 111; 118; 162 | CVS Haverhill; Burlington Coat Factory; Shop `N Save - St. Louis; CVS Douglasville; Walgreens - Johnson City; Union Federal Bank | Terrorism insurance is required to the extent insurance can be purchased for a premium not i of 2 times the amount paid for the applicable coverage (which is either provided as part of risk" standard extended coverage or separately "stand-alone-basis", as the case may be) for t immediately preceding 12-month coverage period |
| 122 | Plaza Shopping Center | Terrorism insurance is required to the extent insurance can be purchased for an annual premi excess of $7,500. |

<PAGE>

EXHIBIT D

FORM OF OFFICER'S CERTIFICATE

I, [_____], a duly appointed, qualified and acting [_____] of [_____], a [_____] [_____] (the "Company"), hereby certify on behalf of the Company as follows:

1. I have examined the Mortgage Loan Purchase Agreement, dated as of August 1, 2007 (the "Agreement"), between the Company and J.P. Morgan Chase Commercial Mortgage Securities Corp., and all of the representations and warranties of the Company under the Agreement are true and correct in all material respects on and as of the date hereof (or, in the case of any particular representation or warranty set forth on Exhibit B to the Agreement, as of such other date provided for in such representation or warranty) with the same force and effect as if made on and as of the date hereof, subject to the exceptions set forth in the Agreement (including Exhibit C thereto).

2. The Company has complied with all the covenants and satisfied all the conditions on its part to be performed or satisfied under the Agreement on or prior to the date hereof and no event has occurred which, with notice or the passage of time or both, would constitute a default under the Agreement.

3. I have examined the information regarding the Mortgage Loans in the Prospectus, dated August 3, 2007, as supplemented by the Prospectus Supplement, dated August 3, 2007 (collectively, the "Prospectus"), relating to the offering of the Class A-1, Class A-2, Class A-3, Class A-4, Class A-SB, Class A-1A, Class X, Class A-M, Class A-J, Class B, Class C, Class D, Class E and Class F Certificates, the Private Placement Memorandum, dated August 24, 2007 (the "Privately Offered Certificate Private Placement Memorandum"), relating to the offering of the Class G, Class H, Class J, Class K, Class L, Class M, Class N, Class P, Class Q, Class T, Class NR, Class S, Class R, and Class LR Certificates, and the Residual Private Placement Memorandum, dated August 24, 2007 (together with the Privately Offered Certificate Private Placement Memorandum, the "Private Placement Memoranda"), relating to the offering of the Class R and Class LR Certificates, and nothing has come to my attention that would lead me to believe that the Prospectus, as of the date of the Prospectus Supplement or as of the date hereof, or the Private Placement Memoranda, as of the date of the Private Placement Memoranda or as of the date hereof, included or includes any untrue statement of a material fact relating to the Mortgage Loans or omitted or omits to state therein a material fact necessary in order to make the statements therein relating to the Mortgage Loans, in light of the circumstances under which they were made, not misleading.

Capitalized terms used herein without definition have the meanings given them in the Agreement.

[SIGNATURE APPEARS ON THE FOLLOWING PAGE]


IN WITNESS WHEREOF, I have signed my name this ___ day of August, 2007.

By:_____
    Name:

Title:

<PAGE>

SCHEDULE I

MORTGAGE LOANS FOR WHICH A LENDER'S ENVIRONMENTAL POLICY WAS OBTAINED
IN LIEU OF AN ENVIRONMENTAL SITE ASSESSMENT

Reference is made to the Representations and Warranties set forth in Exhibit B attached hereto corresponding to the Paragraph number set forth below.

Paragraph 21(a) and (e):

None.

<PAGE>

MORTGAGED PROPERTY FOR WHICH OTHER
ENVIRONMENTAL INSURANCE IS MAINTAINED

Reference is made to the Representations and Warranties set forth in Exhibit B attached hereto corresponding to the Paragraph number set forth below.

Paragraph 21(b) and (c):

1.   Marriott Overland Park.

2.   198 Grumman Road.
</TEXT>
</DOCUMENT>