ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

BRIARWOOD INVESTMENTS, INC., Individually : 07 CIV 8159 (LLS)
and On Behalf of All Others Similarly Situated, :
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　: ORDER FOR
　　　　　　　　　　　　　　　　　　　　　　　: ADMISSION *PRO HAC*
　　　　　　　　　　　Plaintiff,　　　　　　　: *VICE* ON WRITTEN
　　　　　　　　　　　　　　　　　　　　　　　: MOTION
　　　　　　- against -　　　　　　　　　　　 :
　　　　　　　　　　　　　　　　　　　　　　　:
CARE INVESTMENT TRUST INC.,　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　Defendant.　　　　　　　:
------------------------------------------------------------------ X

Upon the motion of Andrew D. Kaizer, attorney for Defendant Care Investment Trust Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name:    Amanda J. Metts
    Firm Name:    McDermott Will & Emery LLP
    Address:    227 West Monroe Street
    City/State/Zip:    Chicago, Illinois
    Phone Number:    (312) 372-2000
    Fax Number:    (312) 984-7700

and

    Applicant's Name:    Jeffrey M. Hammer
    Firm Name:    McDermott Will & Emery LLP
    Address:    227 West Monroe Street
    City/State/Zip:    Chicago, Illinois
    Phone Number:    (312) 372-2000
    Fax Number:    (312) 984-7700

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 6/11/08]

- 2 -

are admitted to practice *pro hac vice* as counsel for Defendant Care Investment Trust Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: June 11, 2008
New York, New York

*Louis L. Stanton*
Louis L. Stanton, U.S.D.J.