UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| BRIARWOOD INVESTMENTS, INC., Individually, and On Behalf of All Others Similarly Situated, | Civil Action No.: 1:07-cv-08159-LLS |
| Plaintiff, | |
| v. | |
| CARE INVESTMENT TRUST, INC., F. SCOTT KELLMAN, ROBERT O'NEILL and FLINT D. BESECKER | |
| Defendants | |

**LEAD PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO OPPOSE DEFENDANTS' MOTION TO DISMISS**

Lead Plaintiffs, Alaska Hotel & Restaurant Employees Pension Trust Fund and Norfolk County Retirement System ("Lead Plaintiffs") hereby move for a 15 day extension of time to respond to Defendants' motion to dismiss Lead Plaintiffs' Amended Class Action Complaint for Violation of the Federal Securities Laws for the reasons set forth in the accompanying memorandum. Defendants do not oppose Lead Plaintiffs' request.

Dated: June 19, 2008                    Respectfully submitted,


                                        s/   Christopher J. Keller
                                        Christopher J. Keller (CK-2347)
                                        LABATON SUCHAROW LLP
                                        140 Broadway
                                        New York, NY 10005
                                        Telephone: (212) 907-0792
                                        Facsimile: (212) 818-0477

s/   Samuel H. Rudman
Samuel H. Rudman (SR-7957)
David A. Rosenfeld (DR-7564)
Joseph Rusello (JR-2041)
COUGHLIN STOIA GELLER RUDMAN &
ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-7100

*Co-Lead Counsel for Lead Plaintiffs Alaska Hotel & Restaurant Employees Pension Trust Fund and Norfolk County Retirement System*