UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| BRIARWOOD INVESTMENTS, INC., Individually, and On Behalf of All Others Similarly Situated, | : Civil Action No.: 1:07-cv-08159-LLS |
| Plaintiff, | : |
| v. | : |
| CARE INVESTMENT TRUST, INC., F. SCOTT KELLMAN, ROBERT O'NEILL and FLINT D. BESECKER | : |
| Defendants | : |

---

**MEMORANDUM IN SUPPORT OF LEAD PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO OPPOSE DEFENDANTS' MOTION TO DISMISS**

Lead Plaintiffs, Alaska Hotel & Restaurant Employees Pension Trust Fund and Norfolk County Retirement System ("Lead Plaintiffs") respectfully request a 15 day extension of time of time to oppose Defendants' motion to dismiss Lead Plaintiffs' Amended Class Action Complaint for Violation of the Federal Securities Laws.

Pursuant to the schedule set by the Court, Lead Plaintiffs' brief in opposition to Defendants' motion is due on June 24, 2008. Lead Plaintiffs have been diligently preparing and continue to prepare the opposition to Defendants motion to dismiss. However, due to the complexity of the issues presented, and in light of scheduling issues and upcoming holidays, Lead Plaintiffs are seeking a brief extension of time – 15 days - in which to file their opposition brief. If the extension is granted, Lead Plaintiffs opposition will be due on or before July 9, 2008. Defendants reply will then be due on or before September 10, 2008.

The parties have conferred regarding this Motion, and counsel for the Defendants have indicated that Defendants do not oppose the request made in this Motion.  No prior extensions have been sought or granted in this matter.

Accordingly, Lead Plaintiff respectfully requests that the Court grant this Motion and enter the [Proposed] Order submitted herewith.

Dated:  June 19, 2008                          Respectfully submitted,


                                               s/    Christopher J. Keller
                                               Christopher J. Keller (CK-2347)
                                               LABATON SUCHAROW LLP
                                               140 Broadway
                                               New York, NY 10005
                                               Telephone: (212) 907-0792
                                               Facsimile: (212) 818-0477


                                               s/   Samuel H. Rudman
                                               Samuel H. Rudman (SR-7957)
                                               David A. Rosenfeld (DR-7564)
                                               Joseph Rusello (JR-2041)
                                               COUGHLIN STOIA GELLER RUDMAN &
                                               ROBBINS LLP
                                               58 South Service Road, Suite 200
                                               Melville, NY 11747
                                               Telephone: (631) 367-7100
                                               Facsimile: (631) 367-7100

                                               *Co-Lead Counsel for Lead Plaintiffs Alaska Hotel
                                               & Restaurant Employees Pension Trust Fund and
                                               Norfolk County Retirement System*