**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------- x

BRIARWOOD INVESTMENTS, INC.,　　　　　:　　Civil Action No.: 1:07-cv-08159-LLS
Individually, and On Behalf of All Others　　:
Similarly Situated,　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Plaintiff,　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
　　　　　v.　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
CARE INVESTMENT TRUST, INC.,　　　　　:
F. SCOTT KELLMAN, ROBERT O'NEILL　　:
and FLINT D. BESECKER　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Defendants　　　　　　:

----------------------------------------------------------- x

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

　　　Please enter my appearance as counsel in this case for Lead Plaintiffs Alaska Hotel &

Restaurant Employees Pension Trust Fund and Norfolk County Retirement System.

　　　I certify that I am admitted to practice in this Court.

Dated: June 19, 2008
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　LABATON SUCHAROW LLP


　　　　　　　　　　　　　　　　　　　By: ____/s/ Jonathan Gardner_____
　　　　　　　　　　　　　　　　　　　　　　Jonathan Gardner (JG-8512)
　　　　　　　　　　　　　　　　　　　　　　140 Broadway
　　　　　　　　　　　　　　　　　　　　　　New York, New York 10005
　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 907-0700
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 818-0477

　　　　　　　　　　　　　　　　　　　*Counsel for Lead Plaintiffs Alaska Hotel &*
　　　　　　　　　　　　　　　　　　　*Restaurant Employees Pension Trust Fund*
　　　　　　　　　　　　　　　　　　　*and Norfolk County Retirement System*