USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x

BRIARWOOD INVESTMENTS, INC.,     :     Civil Action No.: 1:07-cv-08159-LLS
Individually, and On Behalf of All Others  :
Similarly Situated,     :

          Plaintiff,     :

          v.     :

CARE INVESTMENT TRUST, INC.,     :
F. SCOTT KELLMAN, ROBERT O'NEILL  :
and FLINT D. BESECKER     :

          Defendants     :

------------------------------------------------------- x

**[PROPOSED] ORDER GRANTING LEAD PLAINTIFFS' UNOPPOSED MOTION
FOR EXTENSION OF TIME TO OPPOSE DEFENDANTS' MOTION TO DISMISS**

LLS

This cause having come before the Court on Lead Plaintiffs' Unopposed Motion for Extension of Time To Oppose Defendants' Motion to Dismiss, and the same having been duly considered,

IT IS HEREBY ORDERED THAT:

1.     Lead Plaintiffs' Unopposed Motion for Extension of Time is hereby GRANTED;

2.     Lead Plaintiffs shall file an opposition to the Motion to Dismiss on or before July 9, 2008; and

3.     Defendants shall file a reply in further support of their Motion to Dismiss on or before September 10, 2008.

**DONE and ORDERED this 20th day of June, 2008.**

Louis L. Stanton
Honorable Louis L. Stanton
United States District Judge

1