**Exhibit F**

EDGAR access
by EDGAR Online

# CARE INVESTMENT TRUST INC.

## FORM 8-K
(Current report filing)

## Filed 11/13/07 for the Period Ending 11/12/07

| | |
|---|---|
| Address | 505 FIFTH AVENUE, 6TH FLOOR |
| | NEW YORK, NY 10017 |
| Telephone | 212-771-0505 |
| CIK | 0001393726 |
| Symbol | CRE |
| SIC Code | 6798 - Real Estate Investment Trusts |
| Industry | Misc. Financial Services |
| Sector | Technology |
| Fiscal Year | 12/31 |

http://pro.edgar-online.com
© Copyright 2008, EDGAR Online, Inc. All Rights Reserved.
Distribution and use of this document restricted under EDGAR Online, Inc. Terms of Use.

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

---

# FORM 8-K

**CURRENT REPORT**
**PURSUANT TO SECTION 13 OR 15(D) OF THE**
**SECURITIES EXCHANGE ACT OF 1934**

Date of Report (Date of earliest event reported): **November 12, 2007**

# CARE INVESTMENT TRUST INC.

(Exact name of registrant as specified in its charter)

**Maryland**
(State or other jurisdiction of incorporation)

| | |
|---|---|
| **001-33549** | **38-3754322** |
| (Commission File Number) | (I.R.S. Employer Identification No.) |
| **505 Fifth Avenue, 6th Floor, New York, New York** | **10017** |
| (Address of principal executive offices) | (zip code) |

**(212) 771-0505**
(Registrant's telephone number, including area code)

---

Check the appropriate box below if the Form 8-K is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐   Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐   Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐   Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐   Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c)

**Item 2.02 Results of Operations and Financial Condition.**

On November 12, 2007, Care Investment Trust Inc. (the "Company") issued a press release reporting its results for the quarter ended September 30, 2007 and for the period from June 22, 2007 (commencement of operations) to September 30, 2007 and held a conference call to discuss these results. The press release, which is attached as Exhibit 99.1, the transcript of the conference call, which is attached as Exhibit 99.2, and the information included in Item 7.01 of this Form 8-K are incorporated herein by reference.

The information in the earnings release, the transcript and the information in this Item 2.02 are "furnished" and not "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, or otherwise subject to the liabilities of that section. Such information may be incorporated by reference in another filing under the Securities Exchange Act of 1934 or the Securities Act of 1933 only if and to the extent such subsequent filing specifically references such information.

The earnings release and the transcript contain non-GAAP financial measures. For purposes of Regulation G, a non-GAAP financial measure is a numerical measure of a registrant's historical or future financial performance, financial position or cash flows that excludes amounts, or is subject to adjustments that have the effect of excluding amounts, that are included in the most directly comparable measure calculated and presented in accordance with GAAP in the statement of income, balance sheet or statement of cash flows (or equivalent statements) of the issuer; or includes amounts, or is subject to adjustments that have the effect of including amounts, that are excluded from the most directly comparable measure so calculated and presented. In this regard, GAAP refers to generally accepted accounting principles in the United States. Pursuant to the requirements of Regulation G, the Company has provided reconciliations of the non-GAAP financial measures to the most comparable GAAP financial measures set forth in the earnings release on the reconciliation schedules attached to the earnings release.

**Item 7.01 Regulation FD Disclosure**

On November 12, 2007, the Company issued a press release announcing its results for the quarter ended September 30, 2007 and for the period from June 22, 2007 (commencement of operations) to September 30, 2007 and held a conference call to discuss these results. The press release, which is attached as Exhibit 99.1, the transcript of the conference call, which is attached as Exhibit 99.2, and the information included in Item 2.02 of this Form 8-K are incorporated herein by reference.

The information in the press release, the transcript and in this Item 7.01 is "furnished" and not "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, or otherwise subject to the liabilities of that section. Such information may be incorporated by reference in another filing under the Securities Exchange Act of 1934 or the Securities Act of 1933 only if and to the extent such subsequent filing specifically references the information incorporated by reference herein.

**Item 9.01 Financial Statements and Exhibits.**

(d) Exhibits

The following exhibits are filed or furnished as part of this Report to the extent described in Item 2.02 and Item 7.01.

| Exhibit No. | Description of Document |
| --- | --- |
| 99.1 | Press Release of Care Investment Trust Inc., dated November 12, 2007 |
| 99.2 | Transcript of Earnings Conference Call held on November 12, 2007 |

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Date: November 12, 2007                    CARE INVESTMENT TRUST

                                           By:  /s/ Robert O'Neill
                                                Name:   Robert O'Neill
                                                Title:   Chief Financial Officer,
                                                         Treasurer and Secretary

**EXHIBIT INDEX**

| Exhibit Number | Description |
| --- | --- |
| 99.1 | Press Release of Care Investment Trust Inc., dated November 12, 2007 |
| 99.2 | Transcript of Earnings Conference Call held on November 12, 2007 |



**FOR IMMEDIATE RELEASE**
**MONDAY, NOVEMBER 12, 2007**

**CARE INVESTMENT TRUST INC. ANNOUNCES**
**THIRD QUARTER 2007 RESULTS**

**NEW YORK – November 12, 2007 – Care Investment Trust Inc. (NYSE: CRE** ), a real estate investment and finance company formed principally to invest in healthcare-related commercial mortgage debt and real estate, today reported financial results for the quarter ended September 30, 2007. Both net income and funds from operations (FFO) for the third quarter of 2007 were $3.7 million, or $0.18 per basic and diluted share.

The Company initiated investment activities on June 22, 2007 upon the completion of its initial public offering. Therefore, there are no comparable financial results for the prior year

**Portfolio Activity**

During the quarter, the Company originated two new term loans totaling approximately $15.4 million through the Company's external manager, CIT Healthcare LLC. In addition, the Company funded approximately $1.2 million to existing portfolio clients. The Company realized an early loan payoff from one borrower of $24.1 million and a partial payoff of $2.0 million from a second borrower. Gross investments in loans were $272.1 million at September 30, 2007 of which $237.7 million (15 loans) were variable rate and the remaining $34.4 million loan was fixed rate. The effective yield on the floating rate portion of the portfolio for the quarter ended September 30, 2007 was LIBOR plus 3.20 percent. The effective yield on the fixed rate loan for the quarter ended September 30, 2007 was 8.12 percent. Subsequent to the end of the third quarter, the Company received a $34.4 million early payoff of the fixed rate loan.

F. Scott Kellman, chief executive officer, stated, "Care's portfolio demonstrated considerable strength during the third quarter. All loans performed in accordance with their terms and debt service coverage remained strong."

**Operating Activities**

The Company generated total revenues of approximately $6.1 million during the third quarter, which included income on investments from loans of $5.9 million and other income of $0.2 million, primarily from interest earned on cash balances. The Company did not use leverage during the quarter ended September 30, 2007 and therefore did not incur any interest expense related to the financing of the Company's investments in loans. Total expenses incurred during the quarter included approximately $1.3 million in management fees, approximately $0.1 million of non-employee stock based compensation and approximately $1.0 million in other operating expenses.

Net income allocable to common stockholders was approximately $3.7 million, or $0.18 per basic and diluted share, for the quarter ended September 30, 2007. Funds from operations (FFO) and adjusted funds

**- more -**

from operations (AFFO) were approximately $3.7 million and $3.9 million, respectively. FFO and AFFO were both $0.18 per basic and diluted share for the third quarter.

**Liquidity and Funding**

At September 30, 2007, the Company had $23.9 million in cash and cash equivalents. On October 1, 2007, the Company secured a warehouse line of credit with Column Financial, Inc., an affiliate of Credit Suisse Securities LLC.

Mr. Kellman commented, "Management pursued two critical initiatives during the quarter - obtaining capital for growth through the finalization of our credit facility and determining the optimal strategy for deploying this capital going forward. The achievement of these objectives helps position Care for the future."

**Dividends**

The Company's Board of Directors declared an inaugural dividend of $0.17 per share of common stock for the third quarter 2007. The dividend is payable on November 30, 2007 to common shareholders of record on November 15, 2007

**Conference Call Details**

The Company will host a conference call on Monday, November 12, 2007, at 11:00 a.m. Eastern Time to discuss the third quarter results. The call may be accessed live by dialing 800-218-8862 or by visiting the Company's website at www.carereit.com .

Investors may access a replay by dialing 800-405-2236, passcode 11101601, which will be available through November 19, 2007. The webcast replay will also be archived in the "Investor Relations" section of the Company's website.

**About Care Investment Trust**

Care Investment Trust Inc. is a real estate investment and finance company formed principally to invest in healthcare-related commercial mortgage debt and real estate. It is externally managed and advised by CIT Healthcare LLC, a wholly-owned subsidiary of CIT Group Inc.

**Safe Harbor Statement**

This release contains "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. All forward-looking statements (including statements regarding future financial and operating results) involve risks, uncertainties and contingencies, many of which are beyond Care Investment Trust's control, which may cause actual results, performance, or achievements to differ materially from anticipated results, performance, or achievements. All statements contained in this release that are not clearly historical in nature are forward-looking, and the words "anticipate," "believe," "expect," "estimate," "plan," "target," and similar expressions are generally intended to identify forward-looking statements. Economic, business, funding market, competitive and/or regulatory factors, among others, affecting Care Investment Trust's businesses are examples of factors that could cause actual results to differ materially from those described in the forward-looking statements in addition to those factors specified in Care Investment Trust's Registration Statement on Form S-11 relating to its initial public offering and its Quarterly Report of Form 10-Q for its initial period of operations ended June 30, 2007. Care Investment Trust is under no obligation to (and expressly disclaims any such obligation to) update or alter its forward-looking statements, whether as a result of new information, future events or otherwise.

**- more -**

**Funds from Operations and Adjusted Funds from Operations**

Funds from Operations, or FFO, which is a non-GAAP financial measure, is a widely recognized measure of REIT performance. The Company computes FFO in accordance with standards established by the National Association of Real Estate Investment Trusts, or NAREIT, which may not be comparable to FFO reported by other REITs that do not compute FFO in accordance with the NAREIT definition, or that interpret the NAREIT definition differently than we do.

NAREIT currently defines FFO as net income (loss) (computed in accordance with GAAP), excluding gains (or losses) from debt restructuring and sales of properties, plus real estate related depreciation and amortization and after adjustments for unconsolidated partnerships and joint ventures.

**Adjusted Funds from Operations**

Adjusted Funds from Operations, or AFFO, is a non-GAAP financial measure. The Company computes AFFO in accordance with our management agreement's definition of FFO and as such it may not be comparable to AFFO reported by other REITs that do not compute AFFO on the same basis. The Company's management agreement defines FFO, for purposes of the agreement, to mean net income (loss) (computed in accordance with GAAP), excluding gains (losses) from debt restructuring and gains (losses) from sales of property, plus depreciation and amortization on real estate assets and non-cash equity compensation expense, and after adjustments for unconsolidated partnerships and joint ventures; provided, that the foregoing calculation of Funds From Operations shall be adjusted to exclude one-time events pursuant to changes in GAAP and may be adjusted to exclude other non-cash charges after discussion between the Manager and the independent directors, and approval by the majority of the independent directors in the case of non-cash charges.

The Company believes that FFO and AFFO are helpful to investors as measures of the performance of a REIT because, along with cash flow from operating activities, financing activities and investing activities, FFO and AFFO provide investors with an indication of our ability to incur and service debt, to make investments and to fund other cash needs. AFFO, as defined in our agreement with our Manager, also provides the basis for the computation of the amount of the Management Incentive Fee payable to our Manager.

Neither FFO nor AFFO represent cash generated from operating activities in accordance with GAAP and they should not be considered as an alternative to net income (determined in accordance with GAAP), as an indication of our financial performance or cash flow from operating activities (determined in accordance with GAAP), as a measure of our liquidity, nor are they indicative of funds available to fund our cash needs, including our ability to make cash distributions.

**FOR FURTHER INFORMATION:**

| **AT CARE INVESTMENT TRUST:** | **AT FINANCIAL RELATIONS BOARD:** |
|---|---|
| Robert O'Neill | Leslie Loyet |
| Chief Financial Officer | Analysts/Investors |
| (973)-740-5115 | (312) 640-6672 |
| *robert.oneill@carereit.com* | *lloyet@frbir.com* |

***For more information on the company, please visit the company's website at www.carereit.com***

***-Financial Tables to Follow-***

**- more -**

**Care Investment Trust Inc.**
**Consolidated Balance Sheet – Unaudited**
(dollars in thousands - except share and per share data)

| | September 30, 2007 |
|---|---|
| **Assets:** | |
| Cash and cash equivalents | $ 23,919 |
| Investments in loans | 271,990 |
| Accrued interest receivable | 2,336 |
| Other assets | 2,475 |
| **Total Assets** | $ 300,720 |
| **Liabilities and Stockholders' Equity** | |
| **Liabilities:** | |
| Accounts payable and accrued expenses | $ 2,026 |
| Accrued expenses payable to related party | 3,564 |
| Other liabilities | 1,924 |
| **Total Liabilities** | 7,514 |
| **Stockholders' Equity:** | |
| Common stock: $0.001 par value, 250,000,000 shares authorized, issued and outstanding: 21,102,373 | 21 |
| Additional paid-in-capital | 298,368 |
| Accumulated deficit | (5,183) |
| **Total Stockholders' Equity** | 293,206 |
| **Total Liabilities and Stockholders' Equity** | $ 300,720 |

**- more -**

**Care Investment Trust Inc.**
**Consolidated Statements of Operations – Unaudited**
(dollars in thousands - except share and per share data)

|  | Three Months Ended September 30, 2007 | Period from June 22, 2007 (Commencement of Operations) to September 30, 2007 |
|---|---|---|
| **Revenues** | | |
| Income from investments in loans | $ 5,907 | $ 6,480 |
| Other income | 217 | 220 |
| **Total Revenues** | 6,124 | 6,700 |
| **Expenses** | | |
| Management fees paid to related party | 1,279 | 1,335 |
| Stock-based compensation to Manager | — | 9,115 |
| Stock-based compensation - other | 142 | 161 |
| Marketing, general and administrative | 989 | 1,272 |
| **Total Expenses** | 2,410 | 11,883 |
| **Net income (loss)** | $ 3,714 | $ (5,183) |
| **Earnings per share** | | |
| Net income (loss), basic and diluted | $ 0.18 | $ (0.25) |
| Basic and diluted weighted average common shares outstanding | 20,864,040 | 20,864,040 |

**- more -**

**Care Investment Trust Inc.**
**Reconciliation of Non-GAAP Financial Measures – Unaudited**
(dollars in thousands - except share and per share data)

| | Three Months Ended September 30, 2007 | | For the period from June 22, 2007 (commencement of operations) to September 30, 2007 | |
| --- | --- | --- | --- | --- |
| | FFO | AFFO | FFO | AFFO |
| Net income (loss) (GAAP) | $ 3,714 | $ 3,714 | $ (5,183) | $ (5,183) |
| Add: | | | | |
|   Stock-based compensation to Manager | — | — | — | 9,115 |
|   Stock-based non-employee compensation | — | 142 | — | 161 |
| Funds From Operations and Adjusted Funds From Operations | $ 3,714 | $ 3,856 | $ (5,183) | $ 4,093 |
| FFO and Adjusted FFO per share, basic and diluted | $ 0.18 | $ 0.18 | $ (0.25) | $ 0.20 |
| Basic and diluted weighted average shares outstanding | 20,864,040 | 20,864,040 | 20,864,040 | 20,864,040 |

-###-

Exhibit 99.2

FINAL TRANSCRIPT

# Thomson StreetEvents℠

▶ ▶ ▶

## Conference Call Transcript

### CRE - Q3 2007 CARE INVESTMENT TRUST INC Earnings Conference Call

**Event Date/Time: Nov. 12. 2007 / 11:00AM ET**

© 2007 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

**Nov. 12. 2007 / 11:00AM ET, CRE - Q3 2007 CARE INVESTMENT TRUST INC Earnings Conference Call**

## CORPORATE PARTICIPANTS

**Leslie Loyet**
*Care Investment Trust Inc. - IR*

**Flint Besecker**
*Care Investment Trust Inc. - Vice Chairman, Care Investment Trust and President, CIT Healthcare*

**Scott Kellman**
*Care Investment Trust Inc. - CEO*

## CONFERENCE CALL PARTICIPANTS

**Bob Napoli**
*Piper Jaffray & Co. - Analyst*

**Douglas Harter**
*Credit Suisse - Analyst*

## PRESENTATION

**Operator**

 Good morning ladies and gentlemen and thank you for standing by. Welcome to the Care Investment Trust third-quarter 2007 conference call. During today's presentation, all parties will be in a listen-only mode. (Operator Instructions) As a reminder, this conference is being recorded on Monday, November 12, 2007. I would like to turn the presentation over to Leslie Loyet, with the financial relations board. Please go ahead, ma'am.

**Leslie Loyet - *Care Investment Trust Inc. - IR***

 Thank you. I would like to thank everyone for joining us today. Earlier in the day, we sent out a press release, outlining the results for the third quarter and for the period from June 22, 2007, our commencement of operations, through September 30, 2007. If anyone has not received the release, please visit Care's Web site at www.carereit.com to retrieve a copy. Management will provide an overview of the results and then we'll open up the call to your questions.

Before I turn the call over to management, I need to inform you that certain statements made in the press release and on this conference call that are not historical may be deemed forward-looking statements within the meaning of the Private Securities Litigation Reform of Act 1995. For a discussion of the risks and uncertainties which could cause actual results to differ from those contained in forward-looking statements, please see "Risk Factors" in the Company's filings with the SEC, including its Form 10-Q for the period ended June 30, 2007 and the Company's registration statement on Form S-11 relating to its initial public offering.

All forward-looking statements speak only as of the date on which they are made and the Company undertakes no obligation to update any forward-looking statements to reflect events or circumstances after the date of such events. Also, during today's conference call, the Company may discuss funds from operations, or FFO, or adjusted funds from operation, or AFFO, both of which are non-GAAP financial measures as defined by SEC Regulation G.

A reconciliation of each non-GAAP financial measure and the comparable GAAP financial measure or net income can be found on the add five page of the press release issued this morning, November 12, 2007 and on the Company's Web site again at www.carereit.com by selecting the press release regarding the Company's third-quarter earnings. At this time, I would like to introduce Flint Besecker, Vice Chairman of Care Investment Trust and President of Care's manager, CIT Healthcare. Flint, please go ahead.

**Flint Besecker  - *Care Investment Trust Inc. - Vice Chairman, Care Investment Trust and President, CIT Healthcare***

© 2007 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

## Nov. 12. 2007 / 11:00AM ET, CRE - Q3 2007 CARE INVESTMENT TRUST INC Earnings Conference Call

Thank you, Leslie. Good morning everyone. I will make some brief comments and then turn the call over to Scott Kellman, Care's Chief Executive Officer. I would also like to acknowledge any veterans who may be listening. Thank you for serving our country.

Whilst many of you are aware, we observed significant dislocations in the debt markets in the third quarter with noticeably tightened liquidity and we expect these market conditions will persist into 2008. I think you will agree though that Care is positioned to weather this market and continue to focus on shareholder growth, principally through two factors; first, through the strength of our sponsor CIT.

This sponsorship enabled us for example to close a $300 million credit facility at favorable terms relative to the current market. Second, the strength of Care's business model allows for diverse investment in both debt and equity. And as a hybrid, we can select a preferred investment opportunity either in a particular transaction or more broadly as a market focus.

Now you may recall the CDO market was a primary financing tool to leverage our senior mortgage investments. However, the CDO market closed down in the third quarter and is expected to principally remain closed well into 2008. Consequently, we will not be investing heavily in senior mortgages and instead are focusing our investment strategy and in owned real estate in other direct equity investments. There remains liquidity available for these equity investments through property specific debt.

In the turbulent credit markets, we remain very focused on delivering shareholder growth. And we're better positioned to succeed with this objective through both the strength of our sponsor and the diversity of Care's business model.

Thank you. Now I would like to turn the call over to Care's CEO, Scott Kellman.

### Scott Kellman  - *Care Investment Trust Inc. - CEO*

Thank you, Flint and thanks to everyone who joined us this morning to talk about Care Investment Trust. With Flint and me on the call today are Bob O'Neill, our Chief Financial Officer; and Mike McDugall, our Chief Investment Officer who heads our risk and underwriting functions.

Care's first full quarter of operations was marked by a concerted focus on closing our credit line, on strong portfolio performance and on solid financial results. I would like to touch on each of these and then open the call for questions.

The third quarter presented unique challenges for all financial institutions. Care's number one priority was to secure much-needed liquidity through the closing of our credit facility with Column Financial, an affiliate of Credit Suisse securities. As Flint mentioned, we achieved this objective by closing our facility on October 1. The liquidity provided by this facility will allow us to apply our flexible investment approach to opportunistically seek value where the current volatile market makes it available to us. We believe the strong market relationships that our manager, CIT Healthcare, brings in our space positions Care well to identify and execute on proprietary transactions with compelling risk return profiles in this market.

Portfolio metrics for the quarter were excellent. 100% of payments due have been collected and portfolio cash flows resulted in strong debt service coverages. We had no loans on nonaccrual and took no impairments. The average return on assets during the quarter was LIBOR plus 320 basis points.

During the quarter, we received two loan repayments which combined totaled $26.1 million. This runoff was partially offset by two loans to new operators in the amounts of $6.1 million and $9.3 million. Combined with approximately $1.2 million of additional funding to existing portfolio clients, total new investment in the quarter equaled $16.6 million.

At a combined weighted average return of LIBOR plus 465 basis points, these two deals presented compelling value. We passed on other opportunities that were not as attractive as we monitored the pricing volatility in the market and we conserved our capital to redirect the bulk of our origination activity to equity investments going forward.

Earnings per share, funds from operations, and adjusted funds from operations each equaled $0.18 per share for the quarter. Care realized approximately $6.1 million in revenues for the quarter comprised of approximately $5.9 million of investment income from our mortgage portfolio and approximately $200,000 from interest income on invested cash. Of the $5.9 million of investment income, roughly $65,000 of that consisted of termination fees from loan repayments.

| Thomson StreetEvents | www.streetevents.com | | Contact Us | 3 |
| --- | --- | --- | --- | --- |

© 2007 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

**Nov. 12. 2007 / 11:00AM ET, CRE - Q3 2007 CARE INVESTMENT TRUST INC Earnings Conference Call**

Expenses totaled $2.4 million. Significant line items included the $1.3 million of management fees paid to our external manager, CIT Healthcare, and approximately $1 million of marketing, general, and administrative expenses. These expenses consisted of professional fees, insurance expense and general overhead cost for care. As Care did not employ leverage during the quarter, no interest expense was incurred. As we utilize our recently closed credit facility to make new investments, we expect interest expense to become a meaningful factor in future quarters.

Net income for the quarter was consequently $3.7 million. When spread over Care's $20.9 million fully diluted weighted average shares outstanding, this net income yields the $0.18 per share referenced earlier.

Operator, that concludes our prepared remarks. Would you please open the line for questions?

## QUESTION AND ANSWER

**Operator**

(Operator Instructions) Bob Napoli, Piper Jaffray.

**Bob Napoli**  *- Piper Jaffray & Co. - Analyst*

A couple of quick questions. The pipeline -- first of all, when do you expect to begin borrowing? Can you -- what are the terms of that credit facility?

**Scott Kellman**  *- Care Investment Trust Inc. - CEO*

The terms of the credit facility are LIBOR plus 75 for the first four months and then, it accelerates after that to LIBOR plus 100. The terms go out -- it's an 18-month initial term. There are a lot of specifics to it. What else would you like to know?

**Bob Napoli**  *- Piper Jaffray & Co. - Analyst*

I guess, does it peak out at LIBOR plus 100?

**Scott Kellman**  *- Care Investment Trust Inc. - CEO*

It does peak out at LIBOR plus 100.

**Bob Napoli**  *- Piper Jaffray & Co. - Analyst*

And what kind of an advance rate?

**Scott Kellman**  *- Care Investment Trust Inc. - CEO*

It's a 50% advance rate on value. That 50% advance rate is then impacted by certain underwriting adjustments that the warehouse facility lender makes. The effective advance rate currently given our current documentation on loans and what is not is about 35%.

**Bob Napoli**  *- Piper Jaffray & Co. - Analyst*

And does that advance rate apply to both owned real estate and loans?

© 2007 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

**Nov. 12. 2007 / 11:00AM ET, CRE - Q3 2007 CARE INVESTMENT TRUST INC Earnings Conference Call**

**Scott Kellman**  *- Care Investment Trust Inc. - CEO*

It's primarily applied to loans. We have the ability to seek on an individual underwriting basis, advances on owned equity. However, quite frankly, the market for owned equity is so much more compelling on an individual asset specific basis that that will be our execution on those executions.

**Bob Napoli**  *- Piper Jaffray & Co. - Analyst*

And can you talk about the -- what's in your pipeline? What kind of transactions are -- and the size of the pipeline?

**Scott Kellman**  *- Care Investment Trust Inc. - CEO*

We're seeing significant opportunities for investment. The challenge today seems to be agreeing value and pricing in the volatile market that we are in. We have a number of items in our pipeline. We have potential investments that include equity investments in medical office buildings, in assisted living facilities. Actually we have one skilled nursing equity opportunity. We also have a number of opportunities in first mortgages in skilled nursing which we are scrutinizing very closely to see whether they provide adequate value as well as an opportunity to look at a couple of MEZZ opportunities in the skilled nursing.

**Bob Napoli**  *- Piper Jaffray & Co. - Analyst*

And I guess last question. Strategically, as you sit here today, do you expect that you're going to have a much higher weighting of owned real estate versus loans a year from today?

**Scott Kellman**  *- Care Investment Trust Inc. - CEO*

Absolutely. We believe that today's market offers a unique opportunity to capture longer-term value through equity investments in high-quality properties and that those properties have the prospect of internal growth and long-term appreciation. And, in addition to the value proposition inherent in investing in quality properties, there's also dedicated asset specific debt available for these types of investments which -- this will enable us to spread our capital further across more assets. So, we think it's the right strategic approach and we think that the credit markets currently are compelling us to go in that direction.

**Bob Napoli**  *- Piper Jaffray & Co. - Analyst*

I'm sorry, last -- cap rates -- have there been significant changes in cap rates or lending spreads?

**Scott Kellman**  *- Care Investment Trust Inc. - CEO*

You know, we've seen very few deals trade since July. I think everyone on this call believes that cap rates should move. But owners are not selling unless they have to. So we have very few benchmarks to go through over the last couple of months. I think the next couple of quarters should give us more insight into whether cap rates will move materially.

**Bob Napoli**  *- Piper Jaffray & Co. - Analyst*

And lending spreads.

**Scott Kellman**  *- Care Investment Trust Inc. - CEO*

And lending spreads as well.

© 2007 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

**Nov. 12. 2007 / 11:00AM ET, CRE - Q3 2007 CARE INVESTMENT TRUST INC Earnings Conference Call**

**Operator**

(Operator Instructions) Douglas Harter, Credit Suisse.

**Douglas Harter**  *- Credit Suisse - Analyst*

I was wondering if you could talk about any other options to get further leverage on the debt portfolio?

**Scott Kellman**  *- Care Investment Trust Inc. - CEO*

There really are limited options in today's market and we need some visibility. We need the market to settle down a little bit to really assess the availability of other options. When you look at the pricing on this line, it's exceptionally good for today's market. The availability obviously is somewhat constrained. We have some options. As we move to the equity strategy, we have other options for general corporate lines as well as opportunity for asset specific debt.

The other issue that we've seen which tells you that the asset class within which we are investing is still fairly robust despite the credit contagion in the market is the fact that we've seen a number of payoffs which have provided us liquidity. And if you go back to Bob's suggestion that in fact there may be expansion in credit spreads going forward and better opportunities, the repayment of some of our existing portfolios -- we experienced two payoffs during the first quarter and then a rather significant $34 million payment in the early part of the fourth quarter -- is providing us with some additional liquidity which allows us to redeploy in potential equity investments.

So we're seeing a fair amount of activity. We'll look for other options opportunistically in the market to finance ourselves. But I think that there's a degree of volatility in the financing market now that limits our options currently.

**Douglas Harter**  *- Credit Suisse - Analyst*

Could you talk about the current returns you can earn on an equity investment versus the current returns you're getting on debt portfolio?

**Scott Kellman**  *- Care Investment Trust Inc. - CEO*

Yes, the equity investments truly depend on what area you are investing in. It depends on what the product type is. Returns on a quality medical office, especially high quality have really not moved. You can find things in the low sixes running up to 7.25%; on medium-term medical office, 7% to 8%. If you're looking at assisted living, you're still looking at mid-sevens to possibly lower. If you're looking at skilled nursing, you can go much higher.

But with the leverage, the internal growth characteristics of 2% to 3% inherent inflators and the opportunity for long-term appreciation from high quality properties, I think your total IRRs over time are actually equally if not more compelling. And quite frankly, when leverage is limited in the markets as it is today, the original opportunities to invest in mortgages with three to four times leverage just don't exist.

**Douglas Harter**  *- Credit Suisse - Analyst*

And I guess just one final question. Sort of, as you have paydowns in the short-term, should we expect you to replace those with other mortgages or sort of hold that capital until you are able to make equity investments?

**Scott Kellman**  *- Care Investment Trust Inc. - CEO*

It's more likely that we will hold that capital and look for opportunistic equity investments that provide us long-term value.

**Douglas Harter**  *- Credit Suisse - Analyst*

© 2007 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

**Nov. 12. 2007 / 11:00AM ET, CRE - Q3 2007 CARE INVESTMENT TRUST INC Earnings Conference Call**

All right and obviously those will kind of be lumpy but, is there any sort of visibility on sort of the magnitude that you can do?

**Scott Kellman** - *Care Investment Trust Inc. - CEO*

You know, I think that lumpy references the -- is entirely accurate actually. I think that the markets will dictate that over time. We don't have clear visibility right now in that factor.

**Operator**

Management, at this time, there are no additional questions in the conference and at this time would like to turn the presentation back over to Mr. Kellman. Please go ahead, sir.

**Scott Kellman** - *Care Investment Trust Inc. - CEO*

I just want to say thank you for joining us today. We appreciate your interest and your support and we will talk to you next quarter. Thank you so much. Take care.

**Operator**

Thank you, management. Ladies and gentlemen, at this time, we will conclude today's teleconference. We thank you for your participation on the program. If you would like to listen to a replay, please dial 1-800-405-2236 or 303-590-3000 with an access code of 1110161 followed by the #. (Operator Instructions)

At this time, we will conclude today's teleconference. We thank you for your participation on the program. You may now disconnect and please have a pleasant day.

**DISCLAIMER**

Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION  PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

© 2005, Thomson StreetEvents All Rights Reserved.

© 2007 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.