UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
BRIARWOOD INVESTMENTS, INC., : Civil Action No.: 1:07-cv-08159-LLS
Individually, and On Behalf of All Others :
Similarly Situated, :
 :
                 Plaintiff, :
 :
        v. :
 :
CARE INVESTMENT TRUST, INC., :
F. SCOTT KELLMAN, ROBERT O'NEILL :
and FLINT D. BESECKER :
 :
              Defendants :
---------------------------------------------------------- x

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for Lead Plaintiffs Alaska Hotel & Restaurant Employees Pension Trust Fund and Norfolk County Retirement System.

    I certify that I am admitted to practice in this Court.

Dated: September 4, 2008
       New York, New York

                                              Respectfully submitted,

                                              LABATON SUCHAROW LLP

                                              By:    /s/ Serena Richardson
                                                      Serena Richardson (SR-1120)
                                                      140 Broadway
                                                      New York, New York 10005
                                                      Telephone: (212) 907-0700
                                                      Facsimile: (212) 818-0477

                                              *Counsel for Lead Plaintiffs Alaska Hotel &*
                                              *Restaurant Employees Pension Trust Fund*
                                              *and Norfolk County Retirement System*