UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
Briarwood Investments, Inc.,

          Plaintiff,

    -against-

Care Investment Trust, Inc. et al.
          Defendant.
-----------------------------------------------------------------x

07 CIVIL 08159 (LLS)

# NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Serena Waheed Richardson__

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: NY 4244950

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ *Law Firm/Government Agency Association*

    From: __Ohrenstein & Brown, LLP (NYC)__

    To: __Labaton Sucharow LLP__

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ *Address:* 140 Broadway, New York, NY 10005

☒ *Telephone Number:* (212) 907-0700

☒ *Fax Number:* (212) 818-0477

☒ *E-Mail Address:* srichardson@labaton.com

Dated: 9/4/08