F-1 1 a2178262zf-1.htm F-1

QuickLinks -- Click here to rapidly navigate through this document

As filed with the Securities and Exchange Commission on July 10, 2007.

Registration No. 333-

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM F-1
REGISTRATION STATEMENT
Under
The Securities Act of 1933

# AERCAP HOLDINGS N.V.
(Exact name of Registrant as specified in its charter)

| **Netherlands** | **7359** | **Not Applicable** |
|---|---|---|
| (State or other jurisdiction of incorporation or organization) | (Primary Standard Industrial Classification Code Number) | (I.R.S. Employer Identification Number) |

**Evert van de Beekstraat 312**
**1118 CX Schiphol Airport**
**The Netherlands**
**+31 20 655 9655**

(Address, including zip code, and telephone number, including area code, of Registrant's principal executive offices)

**CT Corporation System, 111 Eighth Avenue, 13th Floor, New York, NY 10011, (212) 894 8641**
(Name, address, including zip code, and telephone number, including area code, of agent for service of process)

*Copies to:*

| Douglas A. Tanner, Esq. | Erwin den Dikken | Richard J. Sandler, Esq. |
|---|---|---|
| Milbank, Tweed, Hadley & McCloy LLP | Chief Legal Officer | Davis Polk & Wardwell |
| 1 Chase Manhattan Plaza | Evert van de Beekstraat 312 | 450 Lexington Ave. |
| New York, NY 10005 | 1118 CX Schiphol Airport | New York, NY 10017 |
| Tel: (212) 530 5000 | The Netherlands | Tel: (212) 450 4224 |
| Fax: (212) 822 5219 | Tel: +31 20 655 9655 | Fax: (212) 450 3224 |
| | Fax: +31 20 655 9100 | |

**Approximate date of commencement of proposed sale to the public.** As soon as practicable after the Registration Statement becomes effective.