EXHIBIT F

[Reserved]

F-1

EXHIBIT G

Form of Servicing Agreement

[See attached]

G-1

EXHIBIT H

Form of Monthly Report

[See attached]

H-1

EXHIBIT I

Form of Security Trust Agreement

[See attached]

I-1

EXHIBIT J

Form of Participation Agreement

[See attached]

J-1

EXHIBIT K

Forms of Opinion of Counsel

to Borrower Group/AerCap

K-1

EXHIBIT L

Forms of Opinion of Counsel

To Administrative Agent/Lenders

L-1

EXHIBIT M

Form of AerCap-Borrower Purchase Agreement

[See attached]

M-1

EXHIBIT N

Form of Syndication Cooperation Agreement

[See attached]

N-1

EXHIBIT O

## AerFunding 1 Limited Hedging Policy
## As Of April 26, 2006

**Hedging Methods/Objectives**

- The Borrower will use interest rate derivatives to hedge the interest rate risk ("Exposure") arising from the mis-match between its fixed and floating rate lease assets, cash balances held in the Liquidity Reserve Account, and Advances provided through this Credit Agreement.

**Strategy**

- The Exposure will be calculated based on the current and projected outstanding principal balances of Advances, the Borrower's existing interest rate derivatives portfolio, the Borrower's cash balances held in the Liquidity Reserve Account, and the maturity profile of the Borrower's Lease portfolio.

- At least 70% of the Exposure (the "Hedge Requirement") will be hedged through the use of Eligible Hedge Agreements.

- If any Eligible Hedge Agreement constituting interest rate caps are used, the spread above the then "at-the-money" strike rate shall not exceed 1.50%. Eligible Hedge Agreements constituting interest rate swaps will require the Borrower to pay a fixed rate and receive a monthly floating rate, against the notional amount stated therein.

- The Borrower will evaluate monthly whether it is in compliance with the Hedge Requirement and if its determination concludes that it is not in compliance, the Borrower will promptly make adjustments to its portfolio of Eligible Hedge Agreements to restore compliance.

- On behalf of the Borrower, the Cash Manager will be obligated to assist the Borrower in implementing and maintaining the Hedging Policy, pursuant to the terms of the Cash Management Agreement and in compliance with this Credit Agreement.

**Modification**

If the Borrower desires to amend the Hedging Policy, it may present the proposed change in or replacement Hedging Policy to the Administrative Agent. The Administrative Agent must approve the proposed change or replacement in order for it to be adopted and become the Hedging Policy hereunder. Any proposed modification not so approved shall not be given effect, and the existing current Hedging Policy shall continue as the Hedging Policy for purposes of the Credit Agreement.

O-1

SCHEDULE I

List of Aircraft

[See attached]

I-1

SCHEDULE II

List of Aircraft Owning Entities, the Aircraft Owned
by Such Aircraft Owning Entities and the associated
Owner Participants and Owner Trustees

[See attached]

II-1

SCHEDULE III

List of Leases

[See attached]

III-1

SCHEDULE IV

<u>Approved Country List</u>

All countries that are members of the European Union

Argentina
Aruba
Azerbaijan
Australia
Brazil
Canada
Chile
China
Colombia
Costa Rica
Egypt
El Salvador
Ethiopia
Guatemala
Hong Kong
Iceland
India
Indonesia
Israel
Jamaica
Japan
Jordan
Kazakstan
Korea
Macau
Malaysia
Malta

IV-1

Mauritius
Mexico
New Zealand
Nigeria
Norway
Pakistan
Panama
Peru
Philippines
Qatar
Russia (provided that the Aircraft is not registered in Russia, *i.e.* applicable Lessee is domiciled or organized under the laws of Russia)
Singapore
South Africa
Sri Lanka
Switzerland
Taiwan
Thailand
Trinidad & Tobago
Turkey
Ukraine
USA
Vietnam

In addition, countries ratifying/acceding to the Cape Town Convention are included as provided in clause (c) of the definition of Approved Country List.

IV-2