SCHEDULE V

[Reserved]

V-1

SCHEDULE VI

Account Details

Deutsche Bank Trust Company Americas
60 Wall Street - 26th Floor
New York, NY 10005
ABA: 021001033

Borrower Funding Account
Account Number: 51948
Account Name: AERFUNDING 1 LTD BORROWER FDG

Collection DDA Account
Account Number: 01-474-339
Account Name:

Collection Trust Account
Account Number: 51944
Account Name: AERFUNDING 1 LTD COLLECTIONS

Liquidity Reserve Account
Account Number: 51949
Account Name: AERFUNDING 1 LTD LIQUIDITY RES

Maintenance Reserve Trust Account
Account Number: 51945
Account Name: AERFUNDING 1 LTD MAINT RESERVE

Maintenance Reserve DDA Account
Account Number: 01474611
Account Name: DBTCA as Collateral Agent for AerFunding 1 Ltd., Maintenance Reserve Account

Security Deposit Account
Account Number: 51946
Account Name: AERFUNDING 1 LTD SECURITY DEP

[Hong Kong Account Bank]

Hong Kong Holding Account
Account Number:
Account Name:

[Irish Bank]

Irish VAT Refund Account
Account Number:
Account Name:

VI-1

[London Account Bank]                    <u>London Holding Account</u>
                                         Account Number
                                         Account Name:

<u>Non-Trustee Accounts</u>

| **Name and Address of Bank** | **Account Number** |
|---|---|
| N/A | N/A |

VI-2

SCHEDULE VII

[Reserved]

VII-1

SCHEDULE VIII

Capitalization and Subsidiaries

[See attached]

VIII-1

**TABLE OF CONTENTS**

| | | Page |
|---|---|---|
| **ARTICLE I DEFINITIONS** | | 2 |
| SECTION 1.1 | Defined Terms | 2 |
| SECTION 1.2 | Other Definitional Provisions | 55 |
| **ARTICLE II THE FACILITY, ADVANCE PROCEDURES AND NOTES** | | 56 |
| SECTION 2.1 | Facility | 56 |
| SECTION 2.2 | Advance Procedures | 59 |
| SECTION 2.3 | Funding | 61 |
| SECTION 2.4 | Representation and Warranty | 65 |
| SECTION 2.5 | Notes | 66 |
| **ARTICLE III YIELD, FEES, ETC** | | 67 |
| SECTION 3.1 | Yield | 67 |
| SECTION 3.2 | Yield Payment Dates | 67 |
| SECTION 3.3 | [Reserved] | 67 |
| SECTION 3.4 | Fees | 67 |
| SECTION 3.5 | Computation of Yield | 67 |
| **ARTICLE IV REPAYMENTS, PREPAYMENTS AND PAYMENTS** | | 68 |
| SECTION 4.1 | Required Principal Repayments | 68 |
| SECTION 4.2 | Principal Prepayments | 68 |
| SECTION 4.3 | Payments Generally | 69 |
| SECTION 4.4 | Sharing of Set-Off | 69 |
| **ARTICLE V LIQUIDITY RESERVE** | | 70 |
| SECTION 5.1 | Establishment of Liquidity Reserve Account | 70 |
| **ARTICLE VI INCREASED COSTS, ETC** | | 73 |
| SECTION 6.1 | Illegality | 73 |
| SECTION 6.2 | Increased Costs | 73 |
| SECTION 6.3 | Taxes | 75 |
| SECTION 6.4 | Indemnity Regarding Breakage Costs | 77 |
| SECTION 6.5 | Notice of Amounts Payable | 78 |
| SECTION 6.6 | Mitigation Obligations; Replacement | 78 |
| **ARTICLE VII CONDITIONS PRECEDENT** | | 79 |
| SECTION 7.1 A | Conditions to Effectiveness | 79 |
| SECTION 7.1 B | Conditions to Release of Initial Advances | 81 |
| SECTION 7.2 | Additional Advances | 81 |
| SECTION 7.3 | Improvement Advances | 88 |
| SECTION 7.4 | Critical Mass Event Advance; Increased Availability Advance | 89 |
| SECTION 7.5 | All Advances | 89 |

| | | |
|---|---|---:|
| **ARTICLE VIII ADMINISTRATION AND SERVICING OF AIRCRAFT AND LEASES** | | 90 |
| SECTION 8.1 | Collection Procedures | 90 |
| SECTION 8.2 | Investments | 99 |
| SECTION 8.3 | Covenants, Representations and Warranties of Service Providers | 100 |
| **ARTICLE IX REPRESENTATIONS AND WARRANTIES OF THE BORROWER** | | 107 |
| SECTION 9.1 | Subsidiaries | 107 |
| SECTION 9.2 | Organization and Good Standing | 107 |
| SECTION 9.3 | Due Qualification | 107 |
| SECTION 9.4 | Enforceability | 108 |
| SECTION 9.5 | Security Interest | 108 |
| SECTION 9.6 | No Violation | 108 |
| SECTION 9.7 | No Proceedings | 109 |
| SECTION 9.8 | Approvals | 109 |
| SECTION 9.9 | Subsidiaries | 109 |
| SECTION 9.10 | Solvency | 109 |
| SECTION 9.11 | Compliance with Laws | 110 |
| SECTION 9.12 | Taxes | 110 |
| SECTION 9.13 | Monthly Report | 110 |
| SECTION 9.14 | No Liens, Etc. | 110 |
| SECTION 9.15 | Purchase and Sale | 111 |
| SECTION 9.16 | Securities Act of 1933 | 111 |
| SECTION 9.17 | Information True and Correct | 111 |
| SECTION 9.18 | Environmental Laws | 111 |
| SECTION 9.19 | Employment Matters | 112 |
| SECTION 9.20 | RICO | 112 |
| SECTION 9.21 | Anti-Terrorism Law | 112 |
| SECTION 9.22 | Depositary Banks | 113 |
| SECTION 9.23 | Financial Condition | 113 |
| SECTION 9.24 | Investment Company Status | 113 |
| SECTION 9.25 | [Reserved] | 113 |
| SECTION 9.26 | Representations and Warranties True and Accurate | 113 |
| SECTION 9.27 | No Event of Loss | 113 |
| SECTION 9.28 | Description of Aircraft and Leases | 114 |
| SECTION 9.29 | No Default, Etc. | 114 |
| SECTION 9.30 | Subsidiary Constituent Documents | 114 |
| **ARTICLE X COVENANTS** | | 114 |
| SECTION 10.1 | Legal Existence and Good Standing | 114 |
| SECTION 10.2 | Protection of Security Interest of the Lenders | 114 |
| SECTION 10.3 | Records | 116 |
| SECTION 10.4 | Other Liens or Interests | 117 |
| SECTION 10.5 | Negative Pledge Clause | 117 |

| | | |
|---|---|---|
| SECTION 10.6 | Maintain Properties | 117 |
| SECTION 10.7 | Ownership, Operation and Leasing of Funded Aircraft | 118 |
| SECTION 10.8 | Limitation on Disposition of Aircraft | 119 |
| SECTION 10.9 | Extension, Amendment or Replacement of Leases | 121 |
| SECTION 10.10 | Acquisitions of Aircraft | 122 |
| SECTION 10.11 | Servicing Agreement | 122 |
| SECTION 10.12 | Representations Regarding Operation | 122 |
| SECTION 10.13 | Costs and Expenses | 122 |
| SECTION 10.14 | Compliance with Laws, Etc | 122 |
| SECTION 10.15 | Environmental Compliance | 123 |
| SECTION 10.16 | Employee Benefit Plans; Employees | 124 |
| SECTION 10.17 | Change in Business | 124 |
| SECTION 10.18 | Notice of Adverse Claim or Loss | 124 |
| SECTION 10.19 | Reporting Requirements | 124 |
| SECTION 10.20 | Corporate Separateness | 126 |
| SECTION 10.21 | Purchase Agreement | 130 |
| SECTION 10.22 | Limitation on Certain Restrictions on Borrower Subsidiaries | 130 |
| SECTION 10.23 | Mergers, Etc. | 130 |
| SECTION 10.24 | Distributions, Etc | 130 |
| SECTION 10.25 | Subsidiaries; Investments | 130 |
| SECTION 10.26 | Guarantees | 131 |
| SECTION 10.27 | Indebtedness | 131 |
| SECTION 10.28 | Organizational Documents | 131 |
| SECTION 10.29 | Audits; Inspections | 131 |
| SECTION 10.30 | Use of Proceeds; Margin Regulations | 132 |
| SECTION 10.31 | Accounting; Irish Tax Residency | 132 |
| SECTION 10.32 | Hedging Policy; Currency Risks | 132 |
| SECTION 10.33 | [Reserved] | 133 |
| SECTION 10.34 | Insurance | 133 |
| SECTION 10.35 | Anti-Terrorism Law; Anti-Money Laundering | 133 |
| SECTION 10.36 | Embargoed Person | 134 |
| **ARTICLE XI THE SERVICE PROVIDERS** | | **135** |
| SECTION 11.1 | [Reserved] | 135 |
| SECTION 11.2 | Service Providers Not to Resign | 135 |
| **ARTICLE XII SERVICE PROVIDER TERMINATION EVENTS** | | **135** |
| SECTION 12.1 | Servicer Termination Event | 135 |
| SECTION 12.2 | Consequences of a Servicer Termination Event | 136 |
| SECTION 12.3 | Appointment of Successor Service Provider; New Service Provider Agreement | 137 |
| **ARTICLE XIII EVENTS OF DEFAULT** | | **138** |
| SECTION 13.1 | Events of Default | 138 |
| SECTION 13.2 | Effect of Event of Default | 140 |

| | | |
|---|---|---|
| SECTION 13.3 | Rights Upon the Facility Termination Date | 141 |
| **ARTICLE XIV THE ADMINISTRATIVE AGENT** | | **143** |
| SECTION 14.1 | Authorization and Action | 143 |
| SECTION 14.2 | Exculpation | 143 |
| SECTION 14.3 | Administrative Agent and Affiliates | 144 |
| SECTION 14.4 | Lender's Credit Decision | 144 |
| SECTION 14.5 | Certain Matters Affecting the Administrative Agent | 144 |
| SECTION 14.6 | Administrative Agent Not Liable | 145 |
| SECTION 14.7 | Agent May Own Notes | 146 |
| SECTION 14.8 | Resignation or Removal of Agent | 146 |
| SECTION 14.9 | Successor Administrative Agent | 147 |
| SECTION 14.10 | Eligibility Requirements for Successor Agent | 148 |
| SECTION 14.11 | Merger or Consolidation of Agent | 148 |
| SECTION 14.12 | Administrative Agent May Enforce Claims Without Possession of Notes | 148 |
| SECTION 14.13 | Suit for Enforcement | 148 |
| SECTION 14.14 | Indemnification of Agent | 149 |
| **ARTICLE XIVA FUNDING AGENTS** | | **149** |
| SECTION 14A.1 | Authorization and Action | 149 |
| SECTION 14A.2 | Exculpation | 149 |
| SECTION 14A.3 | Funding Agent and Affiliates | 150 |
| SECTION 14A.4 | Lender's Credit Decision | 150 |
| SECTION 14A.5 | Certain Matters Affecting the Funding Agent | 150 |
| SECTION 14A.6 | Funding Agent Not Liable | 151 |
| SECTION 14A.7 | Agent May Own Notes | 152 |
| SECTION 14A.8 | Resignation or Removal of Agent | 152 |
| SECTION 14A.9 | Successor Funding Agent | 153 |
| SECTION 14A.10 | Eligibility Requirements for Successor Agent | 154 |
| SECTION 14A.11 | Merger or Consolidation of Agent | 154 |
| SECTION 14A.12 | Funding Agent May Enforce Claims Without Possession of Notes | 154 |
| SECTION 14A.13 | Indemnification of Agent | 154 |
| SECTION 14A.14 | Other Arrangements | 154 |
| **ARTICLE XV ASSIGNMENTS** | | **155** |
| SECTION 15.1 | Assignments | 155 |
| SECTION 15.2 | Documentation | 156 |
| SECTION 15.3 | Rights of Assignee | 156 |
| SECTION 15.4 | Endorsement | 156 |
| SECTION 15.5 | Registration; Registration of Transfer and Exchange | 156 |
| SECTION 15.6 | Mutilated, Destroyed, Lost and Stolen Notes | 158 |
| SECTION 15.7 | Persons Deemed Owners | 158 |
| SECTION 15.8 | Cancellation | 158 |
| **ARTICLE XVI INDEMNIFICATION** | | **159** |

| | | |
|---|---|---|
| SECTION 16.1 | General Indemnity of the Borrower | 159 |
| SECTION 16.2 | Waiver of Consequential Damages, Etc. | 160 |

ARTICLE XVII MISCELLANEOUS — 161

| | | |
|---|---|---|
| SECTION 17.1 | No Waiver; Remedies | 161 |
| SECTION 17.2 | Amendments, Waivers | 161 |
| SECTION 17.3 | Notices, Etc. | 163 |
| SECTION 17.4 | Costs and Expenses | 164 |
| SECTION 17.5 | Binding Effect; Survival | 165 |
| SECTION 17.6 | Captions and Cross References | 165 |
| SECTION 17.7 | Severability | 165 |
| SECTION 17.8 | Governing Law; Venue | 165 |
| SECTION 17.9 | Counterparts | 166 |
| **SECTION 17.10** | **WAIVER OF JURY TRIAL** | 167 |
| SECTION 17.11 | Third Party Beneficiary | 167 |
| SECTION 17.12 | No Proceedings | 167 |
| **SECTION 17.13** | **ENTIRE AGREEMENT** | 167 |
| SECTION 17.14 | Resolution of Drafting Ambiguities | 168 |
| SECTION 17.15 | Confidentiality | 168 |
| SECTION 17.16 | USA Patriot Act Notice | 169 |
| SECTION 17.17 | Collateral Agent/Account Bank Notice | 169 |
| SECTION 17.18 | Collateral Agent/Account Protections | 169 |
| SECTION 17.19 | Termination | 169 |

**APPENDICES**
APPENDIX I    Portfolio Concentration Limitations and Eligible Aircraft

**EXHIBITS**
| | |
|---|---|
| EXHIBIT A | Form of Advance Request |
| EXHIBIT A-1 | Form of Advance Request for Original Agreement Refinancing Advance |
| EXHIBIT B | Form of Note |
| EXHIBIT C | Form of Assignment and Assumption |
| EXHIBIT D | Form of Quarterly Report |
| EXHIBIT E | Form of Service Provider Administrative Agency Agreement |
| EXHIBIT F | Form of Cash Management Agreement |
| EXHIBIT G | Form of Servicing Agreement |
| EXHIBIT H | Form of Monthly Report |
| EXHIBIT I | Form of Security Trust Agreement |
| EXHIBIT J | Form of Participation Agreement |
| EXHIBIT K | Forms of Opinion of Counsel to Borrower Group/AerCap |
| EXHIBIT L | Forms of Opinion of Counsel to Administrative Agent/Lenders |
| EXHIBIT M | Form of AerCap-Borrower Purchase Agreement |
| EXHIBIT N | Form of Syndication Cooperation Agreement |
| EXHIBIT O | Hedging Policy |
| EXHIBIT P | [Reserved] |

| | |
|---|---|
| EXHIBIT Q | Forms of limited liability company agreement, trust agreement and corporate constituent documents |

**SCHEDULES**

| | |
|---|---|
| SCHEDULE I | List of Aircraft |
| SCHEDULE II | List of Aircraft Owning Entities, the Aircraft Owned by Such Aircraft Owning Entities and the associated Owner Participants and Owner Trustees |
| SCHEDULE III | List of Leases |
| SCHEDULE IV | List of Approved Countries |
| SCHEDULE V | [Reserved] |
| SCHEDULE VI | Account Details |
| SCHEDULE VII | [Reserved] |
| SCHEDULE VIII | Capitalization and Subsidiaries |