## CERTIFICATE OF SERVICE

I certify under penalty of perjury that, pursuant to 28 U.S.C. §1746, on Wednesday, September 10, 2008, I served the accompanying Defendants' Reply in Support of Their Motion to Dismiss Plaintiffs' Amended Class Action Complaint and Declaration of Joel G. Chefitz in Further Support of Defendants' Motion to Dismiss Plaintiffs' Amended Class Action Complaint upon all those having appeared in this matter, and in accordance with the rules of this Court.

Dated: New York, New York
       September 10, 2008

                                          Amelia J. Crowley