USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 1/31/11

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

BRIARWOOD INVESTMENTS, INC., Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

-against-

CARE INVESTMENT TRUST INC., F. SCOTT KELLMAN, ROBERT O'NEILL, and FLINT D. BESECKER,

Defendants.

------------------------------------------------------------X

07 **CIVIL** 8159 (LLS)

# JUDGMENT

Defendants having moved for summary judgment, and the matter having come before the Honorable Louis L. Stanton, United States District Judge, and the Court, on December 22, 2010, having rendered its Opinion and Order granting defendants' motion for summary judgment, and directing the Clerk to enter judgment, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 22, 2010, defendants' motion for summary judgment is granted.

**Dated:** New York, New York
January 31, 2011

**RUBY J. KRAJICK**

______________________
**Clerk of Court**

**BY:** ______________________
**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON ____________